UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT,

                Plaintiff,

14 Civ. 9949 (VEC)

-against-

U.S. OIL TRADING LLC, O.W. BUNKER
GERMANY GMBH, O.W. BUNKER & TRADING
A/S, ING BANK N.V., CRÉDIT AGRICOLE S.A.,

**ORDER TO SHOW CAUSE**

                Defendants.
-----------------------------------------------------------------X

        Upon the accompanying Memorandum of Law (1) in Opposition to Plaintiff's Ex Parte Motion, Pursuant to 28 U.S.C. §1335 & §2361, for Order Approving Bond and Restraining Any Other Actions; and (2) in Support of Emergency Order to Show Cause Why the Court's Restraining Order Dated December 19, 2014, Should Not be Vacated or Modified; the Declaration of John R. Keough, III dated December 22, 2014, and the exhibits annexed thereto; and the prior pleadings, motions and proceedings herein, it is hereby

        ORDERED that plaintiff Hapag-Lloyd Aktiengesellschaft ("HLAG") show cause before the Honorable Valerie E. Caproni, United States District Court for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, 10007-1312, Courtroom 443, on the 30th day of December, 2014 at 10 a.m./p.m. of that day, or as soon thereafter as counsel can be heard, why an order should not be entered (1) vacating or modifying the Court's Order dated December 19, 2014, restraining and enjoining defendant U.S. Oil Trading LLC ("USOT") "from instituting or prosecuting any proceeding or action anywhere, affecting the property and res involved in this action of interpleader, including but not limited to the arrest, attachment or other restraint" of the M/V SOFIA EXPRESS, M/V SANTA

ROBERTA and M/V SEASPAN HAMBURG (the "Vessels"); ~~(2) ordering plaintiff HLAG to direct the Vessels to remain at the U.S. ports where they are now located and remain there until further order of the Court after a hearing on the order to show cause;~~ and (3) granting such other and further relief as in law and justice that defendant USOT may be entitled to receive; and it is further

ORDERED that service of a copy of this Order to show cause and the papers upon which same is granted, be made by email upon Peter J. Gutowski, Esq., Freehill Hogan & Mahar LLP, 80 Pine Street, New York, New York 10005-1759, counsel for plaintiff, and by overnight courier to the business address of each defendant in this action.

Dated: December 22, 2014
    New York, New York

_____
U.S.D.J.

2