# Exhibit D

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| U.S. OIL TRADING LLC,<br><br>Plaintiff,<br><br>v.<br><br>M/V SANTA ROBERTA, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, M/V SEASPAN HAMBURG, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*,<br><br>Defendants. | Case No. 2:14-cv-09662<br><br>[PROPOSED] ORDER DIRECTING ISSUANCE OF WARRANT OF MARITIME ARREST OF M/V SANTA ROBERTA |

WHEREAS Plaintiff U.S. Oil Trading LLC ("USOT") filed an *Ex Parte* Application for Order Authorizing and Directing Issuance of Warrant of Maritime Arrest pursuant to Rule C(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules") and Central District of California Local Admiralty Rule ("LAR") Rule E.4(a). Upon review of the Application, the Verified Complaint and Verification, and considering the law, particularly Supplemental Rules C and E, and for good cause shown;

IT IS ORDERED that the Application is granted. The Clerk of this Court is Ordered to issue forthwith a Warrant for the Rule C arrest of the M/V SANTA

ROBERTA, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, on behalf of Plaintiff USOT, this Court having determined that the conditions necessary for an action *in rem* appear to exist; and

    IT IS FURTHER ORDERED that the U.S. Marshal will serve the Warrant within this District at any time of the day or night according to instructions from counsel for Plaintiff USOT.

DATED: December 18, 2014

~~UNITED STATES DISTRICT JUDGE~~
United States Magistrate Judge
SUZANNE H. SEGAL

Presented by:

_____
JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@clydeco.us
CLYDE & CO US LLP
4695 MacArthur Court, Suite 1100
Newport Beach, California 92660
Telephone: (949) 798-6120
Facsimile: (949) 798-5501

Attorneys for U.S. OIL TRADING LLC