# Exhibit E

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. OIL TRADING LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>M/V VIENNA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, and M/V SOFIA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*,<br><br>               Defendants. | IN ADMIRALTY<br><br>CASE NO.: C14-5982RJB<br><br>**ORDER FOR ISSUANCE OF WARRANT OF MARITIME ARREST PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(3)** |

Upon reading the verified complaint for issuance of warrant of maritime arrest and supporting papers, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rule C appear to exist, it is

ORDERED that the Clerk shall issue a warrant of maritime arrest as prayed for in the verified complaint; and it is further

ORDERED that the warrant of maritime arrest shall provide for the crew of the M/V SOFIA EXPRESS to be allowed to remain on the vessel during the time the vessel is in custody; and it is further

ORDERED that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court be entitled to a prompt hearing at

ORDER FOR ISSUANCE OF WARRANT
OF MARITIME ARREST - 1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the said warrant of maritime arrest.

DATED this 18th day of December, 2014.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by:

/s/ Christopher W. Nicoll
/s/ Jeremy B. Jones
Christopher W. Nicoll, WSBA #20771
Jeremy B. Jones, WSBA #44138
*Attorneys for Plaintiff*

ORDER FOR ISSUANCE OF WARRANT
OF MARITIME ARREST - 2

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555