# Exhibit G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BIRCH SHIPPING LTD.,

                Plaintiff,                14-cv-9282(CM)

       -against-

                                                  ORDER

O.W. BUNKER CHINA LTD. (HK), et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        After extensive argument from the parties both on the record in open Court and in Chambers, the Court Orders as follows:

        1.     Based upon the claim of Chemoil Latin America Inc. ("Chemoil") that it provided necessaries to M/V BIRCH 6 (the "Vessel"), it may have the right to assert a maritime lien on the Vessel under the Lien Act, 46 U.S.C. § 3142. The Order of November 21, 2014 restraining and enjoining parties from instituting or prosecuting any proceeding in any other Court is modified so as to permit Chemoil to commence an in rem action to endeavor to serve maritime process on the Vessel, including process to arrest the Vessel.

        2.     Chemoil has consented to transfer of any such in rem action to this Court and Chemoil shall promptly move under 28 U.S.C. §1404(a) to transfer the in rem action to this Court and mark it related to the above captioned action.

        3.     Birch has deposited the sum of $266,908.81 into the Registry of this Court in connection with the above interpleader action. Because this interpleader action to which Chemoil is a party and the proposed in rem action to be commenced by Chemoil both relate to

the delivery of bunker fuel (approximately 450 metric tons) to the Vessel on or about October 18, 2014 (the "Fuel Delivery"), the sum deposited into the Registry of Court may be taken into account in setting any security or bond requirement under Rule E(5) of the Supplemental Rules For Admiralty or Maritime Claims.

4. The right of Chemoil or any other party to payment arising from the Fuel Delivery shall be adjudicated solely in the above captioned interpleader action.

SO ORDERED.

New York, NY
November 24, 2014
9:13 p.m.

_____
P. Kevin Castel
United States District Judge
Part I