# Exhibit K

| 10/28/2014 11:34:37 AM | U.S. Oil Trading LLC | 1 of 1 |
|---|---|---|
| | Sales Authorization | |

| Quote Number: 20140190 | Confirm Date: 10/28/2014 | ETA: 10/29/2014 | Sales Auth. #: 14-190 |
|---|---|---|---|
| | Delivery Date: 10/29/2014 | ETD: 10/30/2014 | Dock Move. #: 12829 |

**Customer:** OW Bunker & Trading A/S
**Vessel:** Sofia Express
**Owner:**
**Contact:** Mads Buchwald
**Phone:** +45 99 31 83 54
**Agent:** Norton Lilly
**Broker:** OW Bunker & Trading A/S

**Discharge Port:** Tacoma, WA, USA
**Ind. Insp. Required:** No
**Gross/Net 60 Deg:** Net 60 Deg F
**Title Passage:** Barge Discharge Flange
**Taxable Sale:** No
**Terms:** Wire transfer due 30 days from com
**Credit Check Required:** Yes
**Commission Rate ($/MT):** $0.00
**Shipping Instructions:** Barge
**Freight Rate ($/MT):** $2.52
**Freight Terms:** Delivered
**Insurance:** Yes   **Cost To:** U.S. Oil Trading LLC.
**Loading Port:** Tacoma

| Product Description | Volume (MT) | X Wharf Price ($/MT) | Delivered Price ($/MT) | Extended Price | Volume Determined At |
|---|---|---|---|---|---|
| RMK700 | 2,700.00 | $487.48 | $490.00 | $1,323,000.00 | Barge Gauge |

BARGE SURCHARGE INCLUDED IN PRICE

**Special Notes:**
Barge: Betsy Arntz
Barge Company: OTB
IMO# 9450404


PRICE LISTED ABOVE IS EXCLUSIVE OF ANY BOOMING FEE
A FEE OF $2,200 WILL BE INCLUDED AS A SEPARATE LINE FOR BOOMING CHARGES

DISTRIBUTION: HTV (original), CGP, RBR, RJM, SMH, OS, LNW, AEQ

# U.S. Oil Trading LLC
## Quality, Service, Performance

| | |
|---|---|
| Confirmation Number: | 14-190 12829 |
| Date/Time: | 10/28/2014   11:35 AM |
| Buyer: | OW Bunker & Trading A/S |
| Fax: | |
| Seller | US Oil Trading LLC |
| Fax: | 253-572-1717 |
| Vessel: | Sofia Express |
| Dest. Port: | Tacoma, WA, USA |
| ETA: | Wednesday, October 29, 2014 |
| Agent: | Norton Lilly |
| Payment Terms: | Wire transfer due 30 days from completion of bunkering. |

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---|---|---|---|---|
| RMK700 | | 2,700.00 | $490.00 | $1,323,000.00 |
| | | | | $1,323,000.00 |

For any questions regarding this transaction, please feel free to contact me at any time..
Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE.  PRICING IS ON A DELIVERED BASIC BUT ALL EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED, ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS DELIVERED.  YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE QUANTITY IS REQUESTED.

PLEASE NOTIFY WITIHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
 ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,

| | | |
|---|---|---|
| | Voice: | 253-680-3238 |
| | Fax1: | 253-572-1717 |
| | Fax2: | 253-383-9970 |
| | Home: | |
| Lee N. Weber | Cell: | 253-377-8356 |
| US Oil Trading LLC | Car: | |
| 3001 Marshall Avenue | Pager: | |

Tacoma, WA 98421                                              Email: lnw@usor.com