# Exhibit Q

| 10/13/2014 2:42:36 PM | U.S. Oil Trading LLC<br>Sales Authorization | | 1 of 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Quote Number: | 20140184 | Confirm Date: | 10/13/2014 | ETA: | 10/16/2014 | Sales Auth. #: 14-184 |
| | | Delivery Date: | 10/16/2014 | ETD: | 10/16/2014 | Dock Move. #: 12819 |
| Customer: | | OW Bunker & Trading A/S | | | | |
| Vessel: | Seaspan Hamburg | | | Owner: | | |
| Contact: | Mads Buchwald | | | Phone: | +45 99 31 83 54 | |
| Agent: | Norton Lilly | | | | | |
| Broker: | OW Bunker & Trading A/S | | | | | |

Discharge Port: Tacoma, WA, USA
Ind. Insp. Required: No
Gross/Net 60 Deg: Net 60 Deg F
Title Passage: Barge Discharge Flange
Taxable Sale: No
Terms: Wire transfer due 30 days from com
Credit Check Required: Yes
Commission Rate ($/MT): $0.00
Shipping Instructions: Barge
Freight Rate ($/MT): $2.34
Freight Terms: Delivered
Insurance: Yes    Cost To: U.S. Oil Trading LLC
Loading Port: Tacoma

| Product Description | Volume (MT) | X Wharf Price ($/MT) | Delivered Price ($/MT) | Extended Price | Volume Determined At |
|---|---|---|---|---|---|
| RMK700 | 2,900.00 | $516.66 | $519.00 | $1,505,100.00 | Barge Gauge |

BARGE SURCHARGE INCLUDED IN PRICE

**Special Notes:**
BARGE COMPANY: OTB
BARGE: Betsy Arntz
IMO#: 9224300


PRICE LISTED ABOVE IS EXCLUSIVE OF ANY BOOMING FEE
A FEE OF $2,200 WILL BE INCLUDED AS A SEPARATE LINE FOR BOOMING CHARGES

DISTRIBUTION: HTV (original), CGP, RBR, RJM, SMH, OS, LNW, AEQ

U.S. Oil Trading LLC

# U.S. Oil Trading LLC
## Quality, Service, Performance

| | |
|---|---|
| Confirmation Number: | 14-184 12819 |
| Date/Time: | 10/13/2014   2:43 PM |
| Buyer: | OW Bunker & Trading A/S |
| Fax: | |
| Seller | US Oil Trading LLC |
| Fax: | 253-572-1717 |
| Vessel: | Seaspan Hamburg |
| Dest. Port: | Tacoma, WA, USA |
| ETA: | Thursday, October 16, 2014 |
| Agent: | Norton Lilly |
| Payment Terms: | Wire transfer due 30 days from completion of bunkering. |

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---|---|---|---|---|
| RMK700 | | 2,900.00 | $519.00 | $1,505,100.00 |
| | | | | $1,505,100.00 |

For any questions regarding this transaction, please feel free to contact me at any time..
Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE. PRICING IS ON A DELIVERED BASIC BUT ALL EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED, ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS DELIVERED. YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE QUANTITY IS REQUESTED.

PLEASE NOTIFY WITIHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,

| | |
|---|---|
| | Voice: 253-680-3238 |
| | Fax1: 253-572-1717 |
| | Fax2: 253-383-9970 |
| | Home: |
| | Cell: 253-377-8356 |
| Lee N. Weber | Car: |
| US Oil Trading LLC | Pager: |
| 3001 Marshall Avenue | |

Tacoma, WA 98421                                                  Email: inw@usor.com