# Exhibit S



**U.S. OIL TRADING LLC**
3001 MARSHALL AVE (98421)
P. O. BOX 2255 (98401)
TACOMA, WA 98421
(253) 383-1651

INVOICE

Number: BWTD    83450
Date: 10/16/2014
Due: 11/17/2014

Shipping Point:   Tacoma, WA
Destination:      Tacoma, WA
Cont/PO#:         SEASPAN HAMBURG
Freight:          Prepaid
F.O.B.:           Destination

Customer #:     C06551400

Past Due Accounts are
Subject To Interest

**Account:**
OW BUNKER & TRADING A/S
STIGSBORGVEJ 60

NOERRESUNBY, DL-9400 DENMARK,

**Customer License/Registration #'s:**
State:        EXEMPT
Federal:      EXEMPT
Reseller:     EXEMPT

| B/L # | Carr | Product | Metric Tons | Price | Amount |
|-------|------|---------|-------------|-------|--------|
| 012819 | BETSY | RMK-700 | 2,900.21 | 519.0000 | 1,505,208.99 |
| | | Boom Charge | | 0.0000 | 2,200.00 |

Invoice Total  $1,507,408.99

Exempt WA Sales & Use Tax

A security interest in and an assignment of proceeds from this transaction have been granted to
Crédit Agricole. You are directed to make payment without offset, deduction or
counterclaim via FED. WIRE TRANSFER to: Wells Fargo Bank, NA,
ABA No. 121000248,
Further Credit: U. S. Oil Trading LLC, AC No. 4122063720.

Questions regarding this invoice:  Billing Discrepancies: Billing Dept, Payments: Treasury