# Exhibit T

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
UPT POOL LTD.,                                                 :
                                                               :              ORDER
                                          Plaintiff,           :
                                                               :
             -against-                                         :        14-CV-9262 (VEC)
                                                               :
DYNAMIC OIL TRADING (SINGAPORE) PTE.                           :
LTD., O.W. BUNKER USA INC., O.W. BUNKER                        :
NORTH AMERICA INC., O.W. BUNKER                                :
HOLDING NORTH AMERICA INC., HARLEY                             :
MARINE SERVICES, INC., ING BANK N.V.,                          :
                                                               :
                                          Defendants.          :
-------------------------------------------------------------- X
BIRCH SHIPPING LTD.,                                           :
                                                               :
                                          Plaintiff,           :        14-CV-9282 (VEC)
                                                               :
             -against-                                         :
                                                               :
O.W. BUNKER CHINA LTD. (HK), O.W.                              :
BUNKER USA INC., O.W. BUNKER NORTH                             :
AMERICA INC., O.W. BUNKER HOLDING                              :
NORTH AMERICA INC., O.W. BUNKER &                              :
TRADING A/S, CHEMOIL LATIN AMERICA,                            :
INC., ING BANK N.V.,                                           :
                                                               :
                                          Defendants:          :
-------------------------------------------------------------- X
CLEARLAKE SHIPPING PTE LTD.,                                   :
                                                               :
                                          Plaintiffs,          :
                                                               :
             -against-                                         :
                                                               :        14-CV-9286 (VEC)
O.W. BUNKER (SWITZERLAND) SA, O.W.                             :
BUNKER USA INC., O.W. BUNKER NORTH                             :
AMERICA INC., O.W. BUNKER HOLDING                              :
NORTH AMERICA INC., WESTOIL MARINE                             :
SERVICES, INC., ING BANK N.V.                                  :
                                                               :
                                          Defendants:          :
-------------------------------------------------------------- X
```

```
------------------------------------------------------------X
CLEARLAKE SHIPPING PTE LTD,                                 :
                                                            :
                                Plaintiff,                  :
                                                            :
                -against-                                   :    14-CV-9287 (VEC)
                                                            :
O.W. BUNKER (SWITZERLAND) SA, O.W.                          :
BUNKER USA INC., O.W. BUNKER NORTH                          :
AMERICA INC., O.W. BUNKER HOLDING                           :
NORTH AMERICA INC., NUSTAR ENERGY                           :
SERVICES INC., ING BANK N.V.,                               :
                                                            :
                                Defendants:                 :
------------------------------------------------------------X
BONNY GAS TRANSPORT LIMITED, as owner                       :
of the LNG FINIMA (IMO No. 7702401),                        :
                                                            :
                                Plaintiff,                  :    14-CV-9542 (VEC)
                                                            :
                -against-                                   :
                                                            :
O.W. BUNKER GERMANY GMBH, NUSTAR                            :
TERMINALS MARINE SERVICES N.V.,                             :
NUSTAR ENERGY SERVICES, INC., ING                           :
BANK N.V.                                                   :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
MT CAPE BIRD TANKSCHIFFAHRTS GMBH                           :
& CO. KG, individually and on behalf of M/T                 :
CAPE BIRD (IMO No. 9260067)                                 :
                                                            :
                                Plaintiff,                  :    14-CV-9646 (VEC)
                -against-                                   :
                                                            :
O.W. USA INC., O.W. NORTH AMERICA INC.,                     :
HARLEY MARINE SERVICES, INC., ING                           :
BANK N.V.,                                                  :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

```
-------------------------------------------------------------X
SHV GAS SUPPLY & RISK MANAGEMENT           :
SAS AND EXMAR SHIPPING BVBA,               :
as owner of the WAREGEM (IMO No. 9659127)  :
                                           :
                              Plaintiffs,  :     14-CV-9720 (VEC)
              -against-                    :
                                           :
OW BUNKER USA, INC., OW BUNKER             :
HOLDING NORTH AMERICA INC., OW             :
BUNKER NORTH AMERICA INC., NUSTAR          :
ENERGY SERVICES, INC., ING BANK NV,        :
                                           :
                              Defendants.  :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS, Plaintiffs in the above-captioned cases, as owners and charters of certain maritime vessels, have brought interpleader actions pursuant to 28 U.S.C. §§ 1333, 1335(a) and 2631 and Fed. R. Civ. P. 9(h), seeking to deposit funds owed for fuel bunkers used by the vessels into the Court's registry, and seeking to enjoin claimants to any such funds from prosecuting any proceedings against Plaintiffs or arresting the vessels pursuant to Fed. R. Civ. P., Supplemental Admiralty Rule C or Rule B; and,

WHEREAS, pursuant to a letter filed by counsel for Plaintiffs on November 26, 2014 in case numbers 14-cv-9262, 14-cv-9282, 14-cv-9286, and 14-cv-9287, Chief Judge Preska entered an order, dated December 1, 2014, directing that cases numbered 14-cv-9282, 14-cv-9286, and 14-cv-9287, which were not previously before this Court be transferred to me; and,

WHEREAS, the above-captioned cases have now all been transferred to this Court as related because they involve many of the same Defendants and similar issues of law; it is hereby ORDERED:

3

1. Counsel for parties in the above-captioned cases are directed to appear for a conference before the Court at **11:00 a.m. on Thursday, December 18, 2014** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.  By appearing before the Court for this conference, counsel will not waive any defenses their clients may have as to jurisdiction or otherwise.

2. By close of business on **Tuesday, December 16, 2014,** counsel for the parties in the above-captioned cases shall confer jointly and file one joint submission of no more than 3 pages providing: (1) an agenda of topics to be discussed at the conference and (2) a recommended course of action as to how these cases should proceed.  The submission shall also state whether any named parties were not consulted or otherwise represented during the drafting process, and if so, why.

3. Counsel for Plaintiffs shall be responsible for distributing copies of this Order to all Defendants named in each of their respective cases.

**SO ORDERED.**

Date:  December 11, 2014
New York, New York

**VALERIE CAPRONI**
**United States District Judge**