# Exhibit U

|         |                                                                                                                                                                                                   |
| ------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| From:   | "GUTOWSKI, PETER" <GUTOWSKI@FREEHILL.COM>                                                                                                                                                         |
| Subject:| RE: US OIL  /  Hapag Lloyd. Court Conference                                                                                                                                                      |
| Date:   | December 18, 2014 10:04:16 AM EST                                                                                                                                                                 |
| To:     | "Keough, John" <John.Keough@clydeco.us>                                                                                                                                                           |
| Cc:     | "FERNANDEZ, MICHAEL" <FERNANDEZ@FREEHILL.COM>, "Burlage, Casey" <Casey.Burlage@clydeco.us>, "Greenwald, Corey R." <CoreyR.Greenwald@clydeco.us>, "VENEZIA, GINA" <VENEZIA@FREEHILL.COM> |

Dear John,

I write to follow up on an email message I left for you this morning.

In this respect, yesterday, we filed an application for interpleader and declaratory judgment relief with respect to the U.S. Oil claims. HL instructed us to do so in the wake of U.S. Oil's declination of the security proposal we made earlier this month.

The judge's clerk called and asked us to come up to that hearing today which I think begins at 11:00 and to ask anyone else involved in connection with our claims to do so as well, hence my call and this email. I assume you will be attending as I think you have other matters already before the court but if not, and if your scheduled permits, the court asked you to appear. I am not sure what the status is insofar as OW is concerned but I'll reach out to Holland & Knight to see if they have contact details for anybody from their end, or from ING.

Thanks and regards,

FREEHILL HOGAN & MAHAR LLP

Pete

**PETER J. GUTOWSKI | FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, New York, N.Y. 10005-1759
Tel: 212-425-1900 | Fax: 212-425-1901
Direct: 212-381-3008 | Cell: 917-744-2190
E-mail: gutowski@freehill.com

--------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.