| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Hapag-Lloyd Aktiengesellschaft | COURT CASE NUMBER<br>1:14-cv-9949 (VEC) |
|---|---|
| DEFENDANT<br>U.S. Oil Trading LLC, et al. | TYPE OF PROCESS<br>Complaint, Summons, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Oil Trading LLC, c/o The Corporation Trust Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Corporation Trust Center, 1209 N. Orange Street, Wilmington, DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Freehill Hogan & Mahar LLP
Attn: Peter J. Gutowski / Michael Fernandez
80 Pine Street, 25 Fl.
New York, NY 10005

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (212) 425-1900
DATE: 1/14/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>P1 | District of Origin<br>No. 054 | District to Serve<br>No. 015 | Signature of Authorized USMS Deputy or Clerk | Date<br>2/3/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2/11/15   Time: 1300  ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$65.00 | Total Mileage Charges including endeavors)<br>— | Forwarding Fee<br>$8 | Total Charges<br>$73.00 | Advance Deposits<br>$65.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
2/3/15 - FWD to D/DE for service.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

14-9949-1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

HAPAG-LLOYD AKTIENGESELLSCHAFT

*Plaintiff*

v.

U.S. OIL TRADING LLC, OW. BUNKER GERMANY GMBH, OW. BUNKER & TRADING A/S, et al.

*Defendant*

Civil Action No.  14 CV 9949

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. OIL TRADING LLC
3001 Marshall Avenue
Tacma, Washington  98421

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Peter J. Gutowski, Esq.
Freehill, Hogan & Mahar LLP
80 Pine Street, 24th Floor
New York, NY  10005
212-425-1900
venezia@freehill.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  DEC 1 7 2014

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14 CV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Oil Trading LLC.
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C.T. Corporation _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
Registered Agent _____ on *(date)* 2/11/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0   for travel and $ 65.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 2/11/15

_____
Server's signature

B.R Powers, DUSM
Printed name and title

US Marshals Service
844 King St. Wilm. DE. 19801
Server's address

Additional information regarding attempted service, etc: