482-14/MF/PJG
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/15/2015

HAPAG-LLOYD AKTIENGESELLSCHAFT,

                                Plaintiff,

-against-

U.S. OIL TRADING LLC, O.W. BUNKER
GERMANY GMBH, O.W. BUNKER & TRADING
A/S, O.W. BUNKER USA, INC., ING BANK N.V.,
CRÉDIT AGRICOLE CIB.

                                Defendants.

14-cv-9949 (VEC)

## STIPULATION AND NOTICE OF DISMISSAL OF CRÉDIT AGRICOLE CIB

Plaintiff Hapag Lloyd Aktiengesellschaft ("Plaintiff"), plaintiff in the captioned interpleader proceeding (the "Proceeding"), and Defendant Crédit Agricole CIB ("Crédit Agricole") (together with Plaintiff, the "Parties"), one of the named defendants, hereby stipulate as follows pursuant to, *inter alia*, Federal Rule of Civil Procedure 41:

1.    Crédit Agricole hereby disclaims any interest in the funds at issue in the Proceedings and confirms that it has no claim, and will not pursue any claim in these proceedings or otherwise, against Plaintiff, any of the vessels at issue (e.g., M/V SEASPAN HAMBURG, SOFIA EXPRESS, SANTA ROBERTA, and VIENNA EXPRESS), or the bond deposited in these Proceedings, arising out of or relating to the bunkers delivered to these vessels as described in the pleadings herein (the "Bunker Deliveries").

2.    All claims and causes of action asserted, or that could have been asserted, by either of the Parties against the other and/or the subject vessels arising out of or relating to the

Bunker Deliveries are hereby dismissed with prejudice; and Crédit Agricole is hereby dismissed from the Proceeding with prejudice without costs or fees.

Dated: August 21, 2015

FREEHILL HOGAN & MAHAR, LLP

By: _____
Gina M. Venezia
Michael Fernandez
Peter J. Gutowski
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900

*Attorneys for Plaintiff Hapag Lloyd Aktiengesellschaft*

CRÉDIT AGRICOLE CIB

By: _____
Sandeep Savla
Krista M. Ellis
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 261-4155

*Attorneys for Defendant Crédit Agricole CIB*

The Clerk of Court is respectfully requested to update the docket to reflect that Credit Agricole has been dismissed as a Defendant in this action.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 9/15/2015

438124.1

2