UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2015
```

HAPAG-LLOYD AKTIENGESELLSCHAFT,

                           Plaintiff,

    -against-

U.S. OIL TRADING LLC, O.W. BUNKER
GERMANY GMBH, O.W. BUNKER & TRADING
A/S, O.W. BUNKER USA, INC., ING BANK N.V.,
CRÉDIT AGRICOLE CIB.

                        Defendants.

**14 Civ. 9949 (VEC)**

**WHEREAS**, concurrently with the filing this interpleader action plaintiff Hapag-Lloyd Aktiengesellschaft ("Hapag") tendered bond no. SNO0000012 (the "Bond") as security for the competing claims of the defendants herein; and,

**WHEREAS**, the Court accepted the Bond on December 19, 2014 (Dkt. 9); and,

**WHEREAS**, pursuant to the Court's Order dated December 19, 2014, Hapag is required to "increase the bond by an additional 6% of the invoiced amount to maintain adequate security" if the competing claims that are the subject of this action are not resolved by December 18, 2015 (Dkt. 5); and,

**WHEREAS**, the competing claims of the defendants in this action remain unresolved; and,

**WHEREAS**, Hapag has tendered a rider/endorsement to the Bond that increases the total security provided by the Bond by an additional 6% of the invoiced amount for the respective bunker supplies that are the subject of this action;

**IT IS HEREBY ORDERED** that the rider to the Bond issued by National Casualty

Company and tendered to the Court by Hapag is acceptable and shall be attached to and form

part of the Bond.


Dated:       New York, New York
             December _22_, 2015

                                               _____
                                              United States District Judge

443689.1

482-14/MF/GMV
FREEHILL HOGAN & MAHAR, LLP
*Attorneys for Plaintiff*
Hapag-Lloyd Aktiengesellschaft
80 Pine Street
New York, NY  10005
(212) 425-1900 / (212) 425-1901 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAPAG-LLOYD AKTIENGESELLSCHAFT, | **1:14-cv-09949-VEC** |
| Plaintiff, | |
| -against- | |
| U.S. OIL TRADING LLC, O.W BUNKER GERMANY GMBH, O.W BUNKER & TRADING A/S, ING BANK N.V., CRÉDIT AGRICOLE S.A. | |
| Defendants. | |

**RIDER/ENDORSEMENT**
**TO BE ATTACHED TO AND FORM PART OF**
**BOND NO. SNO0000012**

 **By this Rider,** National Casualty Company ("NCC" or "Surety"), a Wisconsin corporation duly authorized to issue federal surety bonds in the State of New York, with a surety office located at 7 World Trade Center, 37th Floor, 250 Greenwich Street, New York, NY 10007-0033, hereby agrees that Surety Bond number SNO0000012 (the "Bond") issued by Surety on December 18, 2014 and accepted by the Court (*see* Dkt. 9) is hereby amended as follows:

 1. The amount of the Bond is amended to provide for an additional 6% per annum of the invoiced amount for each respective vessel as required by the Court's Order dated December 19, 2014 (Dkt. 5), such that the aggregate liability of the Surety under the Bond is now increased

443549.1                                                                        1

from the original amounts stated in the Bond for each respective vessel to the following amounts

for each respective vessel:

| VESSEL | ORIGINAL AMOUNT: | INCREASED AMOUNT: |
|---|---|---|
| M/V SEASPAN HAMBURG | $1,607,818.41 | $1,698,827.01 |
| M/V SOFIA EXPRESS | $1,397,788.33 | $1,476,908.42 |
| M/V SANTA ROBERTA | $1,570,771.89 | $1,659,683.51 |

2.      All other terms and conditions of the Bond shall expressly apply to this

amendment, and nothing contained herein shall vary, alter, or extend any of the terms,

conditions, agreements or warranties of the Bond, other than stated as above, provided, however,

that the liability of the Surety under the Bond as changed by this rider/endorsement shall not be

cumulative.

In witness whereof, the Surety, intending to be bound to the defendants by the terms and
conditions herein, hereby causes this rider/endorsement to be executed by its duly authorized
agent.


National Casualty Company

_____
Name:
Title:


_____
Notary in and for the State of New York