482-14/MF/GMV
FREEHILL HOGAN & MAHAR, LLP
*Attorneys for Plaintiff*
Hapag-Lloyd Aktiengesellschaft
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 (Fax)



FEB - 2 2016
VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAPAG-LLOYD AKTIENGESELLSCHAFT,

                        Plaintiff,

-against-

U.S. OIL TRADING LLC, O.W BUNKER
GERMANY GMBH, O.W BUNKER & TRADING
A/S, ING BANK N.V., CRÉDIT AGRICOLE S.A.

                        Defendants.

1:14-cv-09949-VEC

## RIDER/ENDORSEMENT
## TO BE ATTACHED TO AND FORM PART OF
## BOND NO. SNO0000012

**By this Rider,** National Casualty Company ("NCC" or "Surety"), a Wisconsin corporation duly authorized to issue federal surety bonds in the State of New York, with a surety office located at 7 World Trade Center, 37th Floor, 250 Greenwich Street, New York, NY 10007-0033, hereby agrees that Surety Bond number SNO0000012 (the "Bond") issued by Surety on December 18, 2014 and accepted by the Court (*see* Dkt. 9) is hereby amended as follows:

1.      The amount of the Bond is amended to provide for an additional 6% per annum of the invoiced amount for each respective vessel as required by the Court's Order dated December 19, 2014 (Dkt. 5), such that the aggregate liability of the Surety under the Bond is now increased

APPROVED 2/5/2016

RUBY J. KRAJICK
CLERK OF COURT

BY _____
Deputy Clerk

443549.1                             1

from the original amounts stated in the Bond for each respective vessel to the following amounts for each respective vessel:

| VESSEL | ORIGINAL AMOUNT: | INCREASED AMOUNT: |
|---|---|---|
| M/V SEASPAN HAMBURG | $1,607,818.41 | $1,698,827.01 |
| M/V SOFIA EXPRESS | $1,397,788.33 | $1,476,908.42 |
| M/V SANTA ROBERTA | $1,570,771.89 | $1,659,683.51 |

2. All other terms and conditions of the Bond shall expressly apply to this amendment, and nothing contained herein shall vary, alter, or extend any of the terms, conditions, agreements or warranties of the Bond, other than stated as above, provided, however, that the liability of the Surety under the Bond as changed by this rider/endorsement shall not be cumulative.

In witness whereof, the Surety, intending to be bound to the defendants by the terms and conditions herein, hereby causes this rider/endorsement to be executed by its duly authorized agent.

National Casualty Company

_____
Name: Peter Healy
Title: Attorney-in-Fact

_____
Notary in and for the State of New York

TERRY ANN GONZALES-SELMAN
Notary Public, State of New York
No. 01GO6272513
Qualified in Kings County
Term Expires November 19, 2016

443549.1
2

1004740

# National Casualty Company

Home Office: Scottsdale, Arizona
Surety Administrative Office:
7 World Trade Center, 37th Floor
250 Greenwich Street
New York, NY 10007-0033

## Power of Attorney

KNOW ALL MEN BY THESE PRESENTS THAT:

National Casualty Company, a Wisconsin corporation hereinafter referred to as the "Company" and does hereby make, constitute and appoint: **Theresa Giraldo, Peter Healy, William G. Morrissey, Terry Ann Gonzales-Selman, Francesca Papa**

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

**Unlimited**

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the President, or any Vice President be, and each hereby is, authorized and empowered to appoint Attorneys-in-Fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature which the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such Attorneys-in-Fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

**Execution of Instruments.** In addition to the Chief Executive Officer, President, Treasurer and Secretary, any vice president, assistant secretary or assistant treasurer shall have the power and authority to sign all approved documents, instruments, contracts or other papers in connection with the operation of the business of the Company; provided, however, the signature of any of them may be printed, engraved or stamped on any approved document, contract, instrument or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the ____ day of March 2014.

Michael D. Miller, President of National Casualty Company

### ACKNOWLEDGMENT

STATE OF ARIZONA, COUNTY OF MARICOPA: ss
On this ____ day of ____ 2014 before me came the above-named officer for the Company aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Company aforesaid, that the seal affixed hereto is the corporate seal of said Company, and the said corporate seal and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Company.

OFFICIAL SEAL
KAREN J. FLUKAS
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 9, 2016

Notary Public
My Commission Expires

### CERTIFICATE

I, Parag H. Shah, Assistant Secretary of the Company, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Michael D. Miller was on the date of the execution of the foregoing power of attorney the duly elected officer of the Company, and the corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of said Company this 14th day of January, 2016.

Assistant Secretary

This document is void if VOID appears in the BLUE line on the right, the Nationwide watermark is missing from the center of the page and/or the red consecutive number is missing from the upper right-hand corner. Contact us at 212-329-6900 if this document is void or if you have any questions.

## NATIONWIDE MUTUAL INSURANCE COMPANY
## AND SUBSIDIARIES AND AFFILIATES

Consolidated and Combined Statutory Statements of Admitted Assets, Liabilities and Surplus

|  | December 31, | |
|---|---|---|
| (in millions) | 2014 | 2013 |
| **Admitted assets** | | |
| **Invested assets** | | |
| Bonds | $ 18,204 | $ 18,245 |
| Stocks | 6,639 | 5,494 |
| Mortgage loans, net of allowance | 766 | 536 |
| Owner occupied real estate, at cost (less accumulated depreciation of $387 in 2014 and $348 in 2013) | 636 | 651 |
| Cash, cash equivalents and short-term investments | 478 | 396 |
| Investments in corporate-owned life insurance | 1,251 | 1,215 |
| Other invested assets | 4,096 | 4,022 |
| **Total invested assets** | $ 32,070 | $ 30,559 |
| Premiums in course of collection | 3,870 | 3,635 |
| Accrued investment income | 218 | 214 |
| Deferred federal income tax asset | 1,712 | 1,466 |
| Other assets | 957 | 804 |
| **Total admitted assets** | $ 38,827 | $ 36,678 |
| **Liabilities and surplus** | | |
| **Liabilities** | | |
| Losses and loss expense reserves | $ 12,349 | $ 11,661 |
| Unearned premiums | 7,262 | 6,875 |
| Accrued expenses and taxes, other than federal income taxes | 642 | 606 |
| Agents' security compensation plan reserve | 1,150 | 1,121 |
| Other liabilities | 2,560 | 2,012 |
| **Total liabilities** | $ 23,963 | $ 22,275 |
| **Surplus** | | |
| Surplus notes, net of unamortized issue discount of $9 in 2014 and $36 in 2013 | $ 2,191 | $ 2,164 |
| Unassigned surplus | 12,673 | 12,239 |
| **Total surplus** | $ 14,864 | $ 14,403 |
| **Total liabilities and surplus** | $ 38,827 | $ 36,678 |

The foregoing balance sheet includes Nationwide Mutual Insurance Company and 33 property casualty subsidiaries and/or affiliates, including National Casualty Company. This schedule was presented in the audited statutory financial statements for the periods presented.

**Certification**

I, Teresa J. Potts, VP, Controller, do hereby certify that the foregoing is a true and correct statement of the statutory balance sheet of said Corporation as of December 31, 2014 and 2013 to the best of my knowledge and belief.

_Teresa J. Potts_

Teresa J. Potts

Kelly Perry
Notary Public, State of Ohio
My Commission Expires 08-22-2016