# Exhibit C

EXHIBIT
Kock 5
1-19-16

| | |
|---|---|
| From: | Santa Roberta [santa.roberta@mscfleet.com] |
| Sent: | Friday, September 26, 2014 11:26 PM |
| To: | RQMT-SECTION4 |
| Cc: | 'Fleet4'; vpillai@mscsmcy.com; Nigmann, Michael; Moran, Harry; IOCDO@NRCC.COM |
| Subject: | SRB SANTA ROBERTA - BUNKER REQUEST AT Tacoma ETA 8-Oct-14 |
| Attachments: | SRB - Santa Roberta - Bunker Order 27-Sep-14.xls |

Dear sirs, good day

Please find attached Bunker request form for supply at Tacoma ETA 8-Oct-14

Kindly acknowledge receipt of this message & in due course, please advise arrangements.

Capt Moran, RIC, Kindly confirm if in order to stem bunkers at Tacoma.


Best regards,
G K S Chaudhary - Master,
M.V. "Santa Roberta"
FBB Tel : 870 773 152 401
CYPRUS NO : + 357 2503 0847
GENEVA NO : + 41 225 182 371
USA NO : + 1 210 610 1579
E-Mail : santa.roberta@mscfleet.com
SAT-C : 463791225
SAT-C : 463791226

1

# Hapag-Lloyd

## Bunker Requisition Version 1.0.1.

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| **Vessel:** | | SANTA ROBERTA | | | |
| | Port: | TACOMA | | | |
| **Service:** | | MPS | | | |
| | ETA: | 10/8/2014 | | | |
| **Reason for request:** | | bunker for round voyage | | | |
| | ETS: | 10/8/2014 | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

| | grade | order quantity in mt | | | | |
|---|---|---|---|---|---|---|
| **Bunker Requirement:** | HFO: | RMK 700 | 2700 | | | |
| | MDO: | DMA max. 0,10%S | 100 | | | |
| | LSFO: | | | | | |

| | grade | max. tech. capacity | | | | |
|---|---|---|---|---|---|---|
| **Max. Intake:** | HFO: | RMK 700 | 3000 | | | |
| | MDO: | DMA max. 0,10%S | 100 | | | |
| | LSFO: | | | | | |

max. intake without mixing per area port in mt

| | | stock on 1.charter day | | ROB per area port exclusive above required quantities in mt | | |
|---|---|---|---|---|---|---|
| **Stock & ROB:** | HFO: | 480 | 750 | | | |
| | MDO: | 19 | 150 | | | |
| | LSFO: | 195 | | | | |

safety fuel reserve: HFO: 250  MDO: 50  LSFO: 200

| | | mt per round voyage | mt at see per day | | | |
|---|---|---|---|---|---|---|
| **average consumption** | HFO: | 2800 | 60 | | | |
| | MDO: | 220 | 15 | | | |
| | LSFO: | 560 | 60 | | | |

mt or m³ per hour

min. pumping rate: 350
max. pumping rate: 500

additional remarks:

### contact details

| | |
|---|---|
| Inmarsat Bridge: | +870 773 152 401 |
| Inmarsat Master: | |
| Mobil: | +1 210 610 1579 |
| E-Mail: | santra.roberta@mscfleet.com |

| Masters Name | Chief Engineers Name |
|---|---|
| G.K.S.CHAUDHARY | SHAMBHU KUMAR |

HPL-USOT 00136