# Exhibit D



EXHIBIT

Kock 6
1-19-16

| | |
|---|---|
| **From:** | Gaus, Lukas |
| **Sent:** | Tuesday, September 30, 2014 10:00 AM |
| **To:** | 'santra.roberta@mscfleet.com' |
| **Subject:** | Bunker Confirmation SANTA ROBERTA |
| **Attachments:** | Bunker Requirement.pdf |

Good day on board,

We confirm the receipt of your bunker requirement of

-HFO: 2700 mt RMK 700
-MDO: 100 mt DMA max. 0,10%S
-LSFO: mt
-Port: Los Angeles/Oakland/ Tacoma

Will arrange delivery accordingly.

many thanks and best regards

Lukas Gaus
Hapag-Lloyd AG
Fuels / Lubricants
4140 Purchasing and Supply
Ballindamm 25
20095 Hamburg
Germany

Tel. +49 40 3001 2650
Fax. +49 40 3001 2658
Email : Lukas.Gaus@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937
Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Executive Board: Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz
Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

1

HPL-USOT 00137

# Bunker Requisition Version 1.0.1.

**Hapag-Lloyd**

**Vessel:** SANTA ROBERTA

**Service:** MPS

**Reason for request:** bunker for round voyage

| | | Port: | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| | | | TACOMA | | | |
| | | ETA: | 08.10.2014 | | | |
| | | ETS: | 08.10.2014 | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

**order quantity in mt**

**Bunker Requirement:**

| grade | | order quantity in mt | | | | | | HFO: | MDO: | LSFO: | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HFO: | RMK 700 | 2700 | | | | | | | | | 2700 | | | |
| MDO: | DMA max. 0,10%S | 100 | | | | | | | | | 100 | | | |
| LSFO: | | | | | | | | | | | | | | |

**max. intake without mixing per area port in mt**

**Max. Intake:**

| grade | | max. tech. capacity | | | | | | HFO: | MDO: | LSFO: | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HFO: | RMK 700 | 3000 | | | | | | | | | 3000 | | | |
| MDO: | DMA max. 0,10%S | 100 | | | | | | | | | 100 | | | |
| LSFO: | | | | | | | | | | | | | | |

**ROB per area port exclusive above required quantities in mt**

**Stock & ROB:**

| | stock on 1.charter day | safety fuel reserve | | | HFO: | MDO: | LSFO: | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HFO: | 480 | 250 | | | | | | 750 | | | |
| MDO: | 19 | 50 | | | | | | 150 | | | |
| LSFO: | 195 | 200 | | | | | | | | | |

**average consumption**

| | mt per round voyage | mt at see per day |
|---|---|---|
| HFO: | 2800 | 60 |
| MDO: | 220 | 15 |
| LSFO: | 560 | 60 |

**additional remarks:**

**min. pumping rate:** 350     mt or m³ per hour

**max. pumping rate:** 500

**contact details**

**Inmarsat Bridge:** +870 773 152 401

**Inmarsat Master:** +1 210 610 1579

**Mobil:**

**E-Mail:** santra.roberta@mscfleet.com

**Masters Name:** G.K.S.CHAUDHARY

**Chief Engineers Name:** SHAMBHU KUMAR

HPL-USOT 00138