# Exhibit F

Message

| | |
|---|---|
| From: | Kai Zhou [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAI ZHOU16F] |
| Sent: | 10/1/2014 1:02:37 AM |
| To: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| Subject: | RE: enq SANTA ROBERTA |

Good morning Karl,

Let's get it today :

Tacoma :

P66 : no avails ( he is keen in OAK )

Tesoro :

$557 /mtd for RMK ; $1030/mtd for LSRMG . Booming : $2450

L.U.S.T. tax of $0.001/gal to apply for DMA

Typicals: 510 Visc, 10.5 API, 0.05 Water, 0.05 Ash, 1.88 Sulfur

-I talked to Tesoro today they will not keen on improving price too far this time

**US OIL** : ( let's get the RMK for him ) supporting/offering OWB exclusively and want this stem :

**$549 /mtd for RMK.** $905/mtd for LSMGO  Booming : $2200

Typicals 14.3 API, 211F flash, -6C pour, 2.5 sulfur, AL+Si <10, Na <10, etc.



Oakland:

P66:

Contingent on credit ( no worry I will solve this out )

2700MT RMK700 $555/mtd

100MT LSMGO $947/mtd

Single Barge Delivery

Typicals

| | |
|---|---|
| API | 9.67 |
| VIS | 617.57 |
| Flash | 174.07 |
| POUR | 39.545 |
| CCR | 11.284 |
| ASH | 0.0336 |
| H20 | 0.0991 |
| S | 3.2 |
| V | 103.37 |
| Na | 35.309 |
| Al | 18.506 |
| Si | 29.076 |
| SED | 0.0099 |
| Al+Si | 35 |

LA :

Jankovich for LSMGO : $856/mtd   C.A.Tax if applicable ( let's get LSMGO for Jankovich )

OWB Physical :

Quote :

"

Need to preface offer with this:

Given the short laycan you relayed to me for this vessel (ETA 08:00 October 3, ETD 18:00 same date) and the relatively large quantity she's looking for – it must be stated that the job length is estimated to exceed her port stay. Considering the heavy traffic in the harbor that early in the morning and the fact that this is looking more like a 12 hour job (tie-up, paperwork, discharge), there is a good chance it would go beyond ETD.

If this is the case, we cannot be held liable for any delays. This job – quite simply – is longer than the proposed vessel laycan. We will also expect the vessel to take the full volume and not request a ship-side stop

Pleased to offer:

553 mtd for RMK

Gasoil is on another barge that will be busy during this time, so no-quote

+ anchor ($450)/taxes (9%), October 13 (Columbus Day) Holiday charge on barge movements - $250/hour min. 8 hours - as applicable

Projected RMK:

8.9 API

340 Visc

3.3% Sulf

157 Flash

15 MCR

20 Al + Si

0.02 Ash

260 Van

0.2 Water

"

:Unquote


Competition : Chemoil/Chevron/Peninsular/Gefu/Japanese


Let me know

Thanks

Kai




**From:** Karl Heinz Selmer
**Sent:** Tuesday, September 30, 2014 10:10 PM
**To:** 2.OWB.US.Houston_all
**Cc:** trading@owbunker.de
**Subject:** enq SANTA ROBERTA


Dear Colleagues,


pls quote with overnight validity:

OWG-9949-000449