# Exhibit G

EXHIBIT

Kock 9
1-19-16

tabbies

**From:** Karl Heinz Selmer [khse@owbunker.de]
**Sent:** Wednesday, October 01, 2014 3:53 AM
**To:** Gaus, Lukas
**Subject:** SANTA ROBERTA - Typicals

**Tacoma**

Tesoro: Typicals: 510 Visc, 10.5 API, 0.05 Water, 0.05 Ash, 1.88 Sulfur

US OIL: Typicals 14.3 API, 211F flash, -6C pour, 2.15 sulfur, AL+Si

Oakland

P66
Typicals
API 9.67
VIS 617.57
Flash 174.07
POUR 39.545
CCR 11.284
ASH 0.0336
H20 0.0991
S 3.2
V 103.37
Na 35.309
Al 18.506
Si 29.076
SED 0.0099
Al+Si 35

**LA**

OW
RMK:

8.9 API
340 Visc
3.3% Sulf
157 Flash
15 MCR
20 Al + Si
0.02 Ash
260 Van
**0.2 Water**

1