# Exhibit J

EXHIBIT
Kock 48
1-19-16

**From:** Lukas Gaus [lukas.gaus@hlag.com]
**Sent:** Wednesday, October 01, 2014 6:27 AM
**To:** Gaus, Lukas; Duarte, Antonio; Vollmer, Egon; Perdigao, Herbert; Cardenas, Jose Abel; MARINE NAGA - TPA; MARINE NONGA - TPA; Oliveira, Sergio; Furer, William; mfuels@oiltest.com; Satcomsea; master.srob@offenship.de; Cook, Danny
**Subject:** Santa Roberta/USTIW PO 4504069984

```
============================================================
BUNKER ORDER INFORMATION: Santa Roberta / TACOMA, WA
============================================================

TO       : Norton Lilly, Seattle
FOR      : MARINE OPERATIONS DEPARTMENT
FROM     : HAPAG-LLOYD AG, HAMBURG
           4140 PURCHASING & SUPPLY

REF.NO.       : 028/4504069984

VESSEL        : Santa Roberta
PORT          : TACOMA, WA
DATE          : ESTIMATED ARRIVAL ON 09.10.2014

POSITION      : 00010
QUANTITY      : 2.700,000 TO
ISO GRADE     : MARINE FUEL OIL ISO RMK 500 MAX 3,50 % S
SUPPLIER      : US Oil


DELIVERY      : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR      : Oiltest APPOINTED, PHONE:
```

PLEASE CONTACT SUPPLIERS/SURVEYORS WELL IN ADVANCE TO COORDINATE ACTUAL TIME OF DELIVERY AND RECHECK ALL ITEMS MENTIONED ABOVE.
IN CASE DELIVERY CANNOT BE CARRIED OUT AS ADVISED, AGENT IS KINDLY REQUESTED TO INFORM 4140 PURCHASING & SUPPLY AS WELL AS MASTER WITHIN SHORT TIME AFTER RECEIPT OF THIS MESSAGE.
HAVE A NICE DAY
- TKS/BRGDS -

Lukas Gaus
---------------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE  +49 40 30012650-
FAX    +49 40 30012658-
MAILTO lukas.gaus@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

1

HPL-USOT 00154

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J.Firmin, Peter Ganz Registered Office : Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00155