# Exhibit K

| | |
|---|---|
| From: | NLI/SEA - Heath Albright [halbright@nortonlilly.com] |
| Sent: | Wednesday, October 01, 2014 10:04 AM |
| To: | Gaus, Lukas |
| Cc: | Satcomsea |
| Subject: | RE: Santa Roberta/USTIW PO 4504069984 |

Good day Lukas,

Thanks for your below.  We will arrange accordingly for delivery upon arrival in Tacoma.

Best Regards,
Heath Albright
Operations Mgr.

S5/Norton Lilly International
1201 1st Ave S. #330, Seattle, WA 98134
Office:    206-622-6250 (24 hrs)
Cell:      206-819-0271
Fax:       206-622-6243
Email:     sea-ops@nortonlilly.com
"ASBA and FONASBA member"
As Agents Only

-----Original Message-----
From: Lukas Gaus [mailto:lukas.gaus@hlag.com]
Sent: Wednesday, October 01, 2014 3:27 AM
To: GAUSLU@hlag.com; Antonio.Duarte@hlag.com; Egon.Vollmer@hlag.com; Herbert.Perdigao@hlag.com; JoseAbel.Cardenas@hlag.com; MARINEGA@hlag.com; MARINENONGA@hlag.com; Sergio.Oliveira@hlag.com; William.Furer@hlag.com; mfuels@oiltest.com; sea-ops@nortonlilly.com; master.srob@offenship.de; Danny.Cook@hlag.com
Subject: Santa Roberta/USTIW PO 4504069984


===========================================================
BUNKER ORDER INFORMATION: Santa Roberta / TACOMA, WA
===========================================================


TO   : Norton Lilly, Seattle
FOR  : MARINE OPERATIONS DEPARTMENT
FROM : HAPAG-LLOYD AG, HAMBURG
       4140 PURCHASING & SUPPLY

REF.NO.       : 028/4504069984

VESSEL        : Santa Roberta
PORT          : TACOMA, WA
DATE          : ESTIMATED ARRIVAL ON 09.10.2014

POSITION      : 00010
QUANTITY      : 2.700,000 TO
ISO GRADE     : MARINE FUEL OIL ISO RMK 500 MAX 3,50 % S
SUPPLIER      : US Oil


DELIVERY      : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL

1

```
SURVEYOR      : Oiltest APPOINTED, PHONE:


PLEASE CONTACT SUPPLIERS/SURVEYORS WELL IN ADVANCE TO COORDINATE ACTUAL TIME OF DELIVERY AND
RECHECK ALL ITEMS MENTIONED ABOVE.
IN CASE DELIVERY CANNOT BE CARRIED OUT AS ADVISED, AGENT IS KINDLY REQUESTED TO INFORM 4140
PURCHASING & SUPPLY AS WELL AS MASTER WITHIN SHORT TIME AFTER RECEIPT OF THIS MESSAGE.
HAVE A NICE DAY
- TKS/BRGDS -

Lukas Gaus
-----------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE  +49 40 30012650-
FAX    +49 40 30012658-
MAILTO lukas.gaus@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen ( CEO ), Anthony J.Firmin, Peter Ganz Registered Office : Hamburg, Company
Register: Amtsgericht Hamburg HRB
97937
```

HPL-USOT 00157