# Exhibit N

**Hapag-Lloyd**
D-20095 Hamburg

EXHIBIT
Kock 15
1-19-16

Hapag-Lloyd AG · D-20079 Hamburg

O.W. Bunker Germany GmbH
Neumühlen 11
22763 HAMBURG

**Zahlungsavis**

| | |
|---|---|
| Kreditoren-Nr. | 91152045 |
| Datum | 06.11.2014 |
| Beleg | 59564776 |
| Unser Konto bei Ihnen | |
| Sachbearbeiter | Frau Bolgow |
| Unsere Tel.-Nr. | +49 40 3001 - 2224 |
| Unsere Fax-Nr. | +49 40 3001 - 2261 |
| Our E-Mail | oksana.bolgow@hlag.com |

Seite 1 von 1

Sehr geehrte Damen und Herren

mit separater Zahlung haben wir nachfolgende Posten, vorbehaltlich der Richtigkeit Ihrer Lieferungen oder Leistung und deren Berechnung, beglichen.

| Beleg-Nr. | Referenz | Datum | Währ. | Skonto | Betrag |
|---|---|---|---|---|---|
| 51488362 | 119-29310 | 08.10.2014 | USD | 0,00 | 398.226,42 |
| | Valuta 071114 Leverkusen Exp. 4504069979 | | | | |
| 51489043 | 119-29304 | 08.10.2014 | USD | 0,00 | 305.660,49 |
| | Valuta 071114 Glasgow Exp. 4504069983 | | | | |
| 51491972 | 119-29346 | 09.10.2014 | USD | 0,00 | 568.128,94 |
| | Valuta 081114 Ottawa Exp. 4504071043 | | | | |
| 51493086 | 119-29347 | 09.10.2014 | USD | 0,00 | 137.279,84 |
| | Valuta 081114 Rotterdam Exp. 4504069975 | | | | |
| 51494067 | 119-29378 | 09.10.2014 | USD | 0,00 | 1.495.860,94 |
| | Valuta 081114 Santa Roberta 4504069984 | | | | |
| 51495156 | 119-29319 | 09.10.2014 | USD | 0,00 | 383.982,80 |
| | Valuta 081114 Hamburg Exp. 4504070399 | | | | |
| 51500785 | 119-29464 | 09.10.2014 | USD | 0,00 | 1.001.510,30 |
| | Valuta 081114 Philadelphia Exp. 4504072021 | | | | |
| **GESAMT-BETRAG** | | | USD | 0,00 | 4.290.649,73 |

| Zahlungsbeleg | Datum | Währung | Zahl-Betrag |
|---|---|---|---|
| 59564776 | 06.11.2014 | USD | ****4.290.649,73 |

Mit freundlichen Grüßen
Hapag-Lloyd AG

Hapag-Lloyd Aktiengesellschaft · Ballindamm 25 · 20095 Hamburg · Telefon +49 40 30 01-0 · Telefax +49 40 330053 · www.hapag-lloyd.com
Vorsitzender des Aufsichtsrates: Michael Behrendt · Vorstand: Rolf Habben Jansen (Vorsitzender), Nicolás Burr, Anthony J. Firmin, Thorsten Haeser
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937 · USt-IdNr.: DE813960018 · Bankverbindungen/Bank Accounts: Commerzbank AG,
Hamburg · BLZ 20080000 · Kto. EUR 0915665300/USD 0915665300400 · IBAN DE 92 2008 0000 0915 6653 00 · Swift Code DRESDEFF200

HPL-USOT 00172


**Hapag-Lloyd**
D-20095 Hamburg

Hapag-Lloyd AG · D-20079 Hamburg

O.W. Bunker Germany GmbH
Neumühlen 11
22763 HAMBURG

| **Zahlungsavis** | |
|---|---|
| Kreditoren-Nr. | 91152045 |
| Datum | 06.11.2014 |
| Beleg | 59564776 |
| Unser Konto bei Ihnen | |
| Sachbearbeiter | Frau Bolgow |
| Unsere Tel.-Nr. | +49 40 3001 - 2224 |
| Unsere Fax-Nr. | +49 40 3001 - 2261 |
| Our E-Mail | oksana.bolgow@hlag.com |

Seite 1 von 1

Sehr geehrte Damen und Herren

mit separater Zahlung haben wir nachfolgende Posten, vorbehaltlich der Richtigkeit Ihrer Lieferungen oder Leistung und deren Berechnung, beglichen.

| Beleg-Nr. | Referenz | Datum | Währ. | Skonto | Betrag |
|---|---|---|---|---|---|
| 51488362 | 119-29310 | 08.10.2014 | USD | 0,00 | 398.226,42 |
| | Valuta 071114 Leverkusen Exp. 4504069979 | | | | |
| 51489043 | 119-29304 | 08.10.2014 | USD | 0,00 | 305.660,49 |
| | Valuta 071114 Glasgow Exp. 4504069983 | | | | |
| 51491972 | 119-29346 | 09.10.2014 | USD | 0,00 | 568.128,94 |
| | Valuta 081114 Ottawa Exp. 4504071043 | | | | |
| 51493086 | 119-29347 | 09.10.2014 | USD | 0,00 | 137.279,84 |
| | Valuta 081114 Rotterdam Exp. 4504069975 | | | | |
| 51494067 | 119-29378 | 09.10.2014 | USD | 0,00 | 1.495.860,94 |
| | Valuta 081114 Santa Roberta 4504069984 | | | | |
| 51495156 | 119-29319 | 09.10.2014 | USD | 0,00 | 383.982,80 |
| | Valuta 081114 Hamburg Exp. 4504070399 | | | | |
| 51500785 | 119-29464 | 09.10.2014 | USD | 0,00 | 1.001.510,30 |
| | Valuta 081114 Philadelphia Exp. 4504072021 | | | | |
| **GESAMT-BETRAG** | | | USD | 0,00 | 4.290.649,73 |

| Zahlungsbeleg | Datum | Währung | Zahl-Betrag |
|---|---|---|---|
| 59564776 | 06.11.2014 | USD | ****4.290.649,73 |

Mit freundlichen Grüßen
Hapag-Lloyd AG

Hapag-Lloyd Aktiengesellschaft · Ballindamm 25 · 20095 Hamburg · Telefon +49 40 30 01-0 · Telefax +49 40 330053 · www.hapag-lloyd.com
Vorsitzender des Aufsichtsrates: Michael Behrendt· Vorstand: Rolf Habben Jansen (Vorsitzender), Nicolás Burr, Anthony J. Firmin, Thorsten Haeser
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937 · USt-IdNr.: DE813960018 · Bankverbindungen/Bank Accounts: Commerzbank AG,
Hamburg · BLZ 20080000 · Kto. EUR 0915665300/USD 0915665300400 · IBAN DE 92 2008 0000 0915 6653 00 · Swift Code DRESDEFF200

HPL-USOT 00173