Exhibit O

| From: | Vienna Express (Mail) [bm.vie@fleet.hlag.com] |
| Sent: | Wednesday, October 08, 2014 12:09 AM |
| To: | RQMT-SECTION3 |
| Cc: | Howell, Daren |
| Subject: | Bunker Order TIW 16.10.14 |
| Attachments: | Bunker Requirement Form Version 1 0 1.xlsx |

Good day,

pls find attached Bunker Order for Tacoma: RMK 700: 2700 MT

Many thanks and best regards
M.Sojda    C/E
Peter Westerfeld / Master

CMV Vienna Express, DGWF2
Phone: +870 773233215,
Fax: +870 783153893
Mobile: +49 (0)172 4549923,
e-mail: bm.vie@fleet.hlag.com

Hapag-Lloyd Aktiengesellschaft
Ballindamm 25, D-20095 Hamburg, www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB 97937

1

HPL-VEX 0004

# Bunker Requisition — Hapag-Lloyd

**Vessel:** VIENNA EXPRESS

**Service:** NP 3

**Reason for request:** bunker for round voyage

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **Port:** | TACOMA | | | |
| ETA: | 16.10.14 / 19:30 | | | |
| ETS: | 17.10.14 / 23:00 | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

**Bunker Requirement** — order quantity in mt

grade: RMK 700

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| HFO: | 2700 | | | |
| MDO: | | | | |
| LSFO: | | | | |

**Max. Intake** — max. tech. capacity / max. intake without mixing per area port in mt

grade: RMK 700

| | max. tech. capacity | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| HFO: | 7113 | 5050 | | | |
| MDO: | 1459 | 120 | | | |
| LSFO: | 1444 | 670 | | | |

**Stock & ROB** — stock on 1.charter day / ROB per area port exclusive above required quantities in mt

| | stock on 1.charter day | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| HFO: | 1800 | 1120 | | | |
| MDO: | 150 | 350 | | | |
| LSFO: | 500 | 635 | | | |

**average consumption** — mt per round voyage / mt at see per day

| | mt per round voyage | mt at see per day |
|---|---|---|
| HFO: | 2800 | 125 |
| MDO: | 200 | 0 |
| LSFO: | 450 | 120 |

**min. pumping rate:** 300  (mt or m³ per hour)
**max. pumping rate:** 1000

**contact details**

| | |
|---|---|
| Inmarsat Bridge: | 773 233 215 |
| Inmarsat Master: | NIL |
| Mobil: | (0) 172 454 9923 |
| E-Mail: | bm.vie@fleet.hlag.com |

additional remarks:

| Masters Name | Chief Engineers Name |
|---|---|
| P. Westerfeld | M.Sojda |

HPL-VEX 0005