# Exhibit P

| | |
|---|---|
| From: | Niemeyer, Dorit [Dorit.Niemeyer@hlag.com] on behalf of RQMT-SECTION3 [RQMT-SECTION3@hlag.com] |
| Sent: | Wednesday, October 08, 2014 3:49 AM |
| To: | Vienna Express (Mail) |
| Subject: | RE: Bunker Order TIW 16.10.14 |

Good day on board,

We confirm receipt of your bunker request and will arrange supply of:

HFO: 2700 mt RMK 700

In Tacoma on 16.10.2014

Best regards,
Dorit Niemeyer


-----Original Message-----
From: BM Vienna Express [mailto:bm.vie@fleet.hlag.com]
Sent: Wednesday, October 08, 2014 6:09 AM
To: RQMT-SECTION3
Cc: Howell, Daren
Subject: Bunker Order TIW 16.10.14

Good day,

pls find attached Bunker Order for Tacoma: RMK 700: 2700 MT

Many thanks and best regards
M.Sojda   C/E
Peter Westerfeld / Master

CMV Vienna Express, DGWF2
Phone: +870 773233215,
Fax: +870 783153893
Mobile: +49 (0)172 4549923,
e-mail: bm.vie@fleet.hlag.com

Hapag-Lloyd Aktiengesellschaft
Ballindamm 25, D-20095 Hamburg, www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB 97937

HPL-VEX 0006