# Exhibit Q

**From:** Niemeyer, Dorit [mailto:Dorit.Niemeyer@hlag.com]
**Sent:** 08 October 2014 15:17
**Subject:** Hapag Lloyd Inquiry Tomorrow 10:00 Vienna Express

Dear Ladies and Gentlemen,

like to inform you about the attached inquiry which please quote Tomorrow on basis FOB by 10:00 Hamburg time as follows:

HFO: 2700 mt RMK 700

In Tacoma on 16.10.2014.

Many thanks and best regards.

Dorit Niemeyer
Hapag-Lloyd AG
Fuels / Lubricants
4140 Purchasing and Supply
Ballindamm 25
20095 Hamburg
Germany

Tel. +49 40 3001 2657
Fax. +49 40 3001 2658
Email : Dorit.Niemeyer@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937
Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Executive Board: Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz
Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00178

Please consider the environment before printing this email

---

**Notice & Disclaimer**

The message, together with any attachment, is intended for the addressee only. It is confidential and may be legally privileged. If you are not the intended recipient please immediately delete this message from your system, destroy any hard copy and inform the sender by return. The sender and his employer shall not accept responsibility for any changes made to this message after it was sent.

Even though all reasonable care has been taken to avoid the transmission of viruses, it is the recipient's responsibility to ensure that onward transmission, opening or using this message, or any attachment, will not adversely affect any system or data, for which the sender and his employer shall not accept responsibility.

HPL-USOT 00179