# Exhibit R

**From:** Karl Heinz Selmer [khse@owbunker.de]
**Sent:** Thursday, October 09, 2014 3:56 AM
**To:** Niemeyer, Dorit
**Subject:** Typicals - VIENNA XP - Tacoma

P66

|           | RMK700 |
|-----------|--------|
| API       | 13.50  |
| VIS       | 640.00 |
| FLASH     | 169    |
| POUR      | 36     |
| CCR / MCR | 14.1   |
| ASH       | 0.030  |
| H20       | 0.05   |
| S         | 1.88   |
| V         | 73     |
| Na        | 30     |
| Al        | 14     |
| Si        | 32     |
| Sed       | 0.015  |
| Al+Si     | 42.0   |

TESORO Typicals: 510 Vis,10.5 API, 0.05 Water , 0.05 Ash , 1.88 Sul


USOIL Typicals : 14.3 API, 658 Vis 211F flash, -6C pour, 2.15 sulfur, AL+Si

1

HPL-USOT  00180