# Exhibit U

| | |
|---|---|
| From: | Dorit Niemeyer [dorit.niemeyer@hlag.com] |
| Sent: | Thursday, October 09, 2014 7:37 AM |
| To: | Niemeyer, Dorit; Duarte, Antonio; Vollmer, Egon; Perdigao, Herbert; Cardenas, Jose Abel; MARINE NAGA - TPA; MARINE NONGA - TPA; Oliveira, Sergio; Furer, William; mfuels@oiltest.com; Satcomsea; Vienna Express (Mail) |
| Subject: | Vienna Express/USTIW PO 4504073073 |

```
===========================================================
BUNKER ORDER INFORMATION: Vienna Express / TACOMA, WA
===========================================================


TO    : Norton Lilly, Seattle
FOR   : MARINE OPERATIONS DEPARTMENT
FROM  : HAPAG-LLOYD AG, HAMBURG
        4140 PURCHASING & SUPPLY

REF.NO.        : 029/4504073073

VESSEL         : Vienna Express
PORT           : TACOMA, WA
DATE           : ESTIMATED ARRIVAL ON 16.10.2014

POSITION       : 00010
QUANTITY       : 2.700,000 TO
ISO GRADE      : MARINE FUEL OIL ISO RMK 500 MAX 3,50 % S
SUPPLIER       : US Oil


DELIVERY       : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR       : Oiltest APPOINTED, PHONE:


PLEASE CONTACT SUPPLIERS/SURVEYORS WELL IN ADVANCE TO COORDINATE ACTUAL TIME OF DELIVERY AND
RECHECK ALL ITEMS MENTIONED ABOVE.
IN CASE DELIVERY CANNOT BE CARRIED OUT AS ADVISED, AGENT IS KINDLY REQUESTED TO INFORM 4140
PURCHASING & SUPPLY AS WELL AS MASTER WITHIN SHORT TIME AFTER RECEIPT OF THIS MESSAGE.
HAVE A NICE DAY
- TKS/BRGDS -

Dorit Niemeyer
-----------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE  +49 40 3001-2657
FAX    +49 40 3001-2658
MAILTO dorit.niemeyer@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937
```

1

HPL-USOT 00185

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J.Firmin, Peter Ganz Registered Office : Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT  00186