# Exhibit W




**From:** SEASPAN HAMBURG [seaspan_hamburg.VRBH6@globeemail.com]
**Sent:** Wednesday, October 08, 2014 12:44 AM
**To:** RQMT-SECTION1
**Cc:** Gaus, Lukas; tech-e4@seaspanltd.ca
**Subject:** Seaspan Hamburg - HS HFO Bunker requirement at TIW 16Oct14
**Attachments:** Bunker Requirement at TIW 16-Oct-14.xlsx

Good Day,

Please find attached bunker request.

HS HFO required at Tacoma 16 Oct 2014 - 2900 MT for full round voyage USA - EU - USA.

Thanks & Best Regards,

Capt. Devjeet Basu / Mr.Vitaliy Kryzhnyi Master / Ch Eng , Seaspan Hamburg
Ph: +870 7732 073 00
Ph: +870 7732 096 83
Fax:+870 7839 786 88

Received: from MPD at Globe Wireless;
Wed, 08 Oct 2014 04:47 UTC
Message-id: 318637751

# Bunker Requisition Version 1.0.1.

Hapag-Lloyd

**Vessel:** SEASPAN HAMBURG

**Service:** MPS

**Reason for request:** bunker to reach next cheapest port

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Port: | TIW | | | |
| ETA: | 16-Oct-14 | | | |
| ETS: | 16-Oct-14 | | | |

**Bunker Requirement:**

| | grade | order quantity in mt |
|---|---|---|
| HFO: | RMK 500 | 2900 |
| MDO: | DMA max. 0,10%S | |
| LSFO: | RMG 380 max.1,00%S | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| HFO: | 2900 | | | |
| MDO: | | | | |
| LSFO: | | | | |

**Max. Intake:**

| | grade | max. tech. capacity |
|---|---|---|
| HFO: | RMK 500 | 2900 |
| MDO: | DMA max. 0,10%S | |
| LSFO: | RMG 380 max.1,00%S | |

max. intake without mixing per area port in mt

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| HFO: | 2900 | | | |
| MDO: | | | | |
| LSFO: | | | | |

**Stock & ROB:**

| | stock on 1.charter day | safety fuel reserve |
|---|---|---|
| HFO: | | |
| MDO: | | |
| LSFO: | | |

ROB per area port exclusive above required quantities in mt

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| HFO: | 470 | | | |
| MDO: | | | | |
| LSFO: | | | | |

**average consumption**

| | mt per round voyage | mt at see per day |
|---|---|---|
| HFO: | 3200 | 74.4 |
| MDO: | 230 | 74.4 |
| LSFO: | 450 | 74.4 |

additional remarks:

HFO ordered for full round voyage USA-EU-USA

| | mt or m³ per hour |
|---|---|
| min. pumping rate: | 400 m3 |
| max. pumping rate: | 500 m3 |

contact details

| | |
|---|---|
| Inmarsat Bridge: | +870773207300 |
| Inmarsat Master: | +870773209683 |
| Mobil: | |
| E-Mail: | seaspan_hamburg.vrbh6@globeemail.com |

| Masters Name | Chief Engineers Name |
|---|---|
| Capt.D.Basu | C/E V. Kryzhny |