# Exhibit X



EXHIBIT
Kock 19
1-19-16

| | |
|---|---|
| From: | Gaus, Lukas |
| Sent: | Thursday, October 09, 2014 9:00 AM |
| Subject: | Hapag Lloyd Inquiry Tomorrow 10:00 Seaspan Hamburg |

Dear Ladies and Gentlemen,

like to inform you about the attached inquiry which please quote Tomorrow on basis FOB by 10:00 Hamburg time.

Details as per below:

**2900 MT RMK700 HSFO in either Tacoma 16.10.2014 / Oakland 22.10.2014 / Los Angeles 24.10.2014**

thanks and best regards,
Lukas Gaus

**Hapag-Lloyd AG**
Manager Fuels and Lubricants
Purchasing and Supply
Ballindamm 25
20095 Hamburg
Germany

Tel. +49 40 3001 2650
Mob. +0172 5795140
Fax. +49 40 3001 2658
Lukas.Gaus@hlag.com
RQMT-Section1@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Executive Board: Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz
Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937