# Exhibit Y

**From:** Karl Heinz Selmer [khse@owbunker.de]
**Sent:** Friday, October 10, 2014 4:16 AM
**To:** Gaus, Lukas
**Subject:** typcials - TACOMA / Oakland / LA

Tacoma
US OIL Typicals : 14.3 API, 680Visc, 211F flash, -6C pour, 2.15 sulfur, AL+Si

Tesoro Typicals: 510 Vis, 10.5 API, 0.05 Water , 0.05 Ash , 1.88 Sul

Oakland
P66


Typicals
API 9.67
VIS 617.57
Flash 174.07
POUR 39.545
CCR 11.284
ASH 0.0336
H20 0.0991
S 3.2
V 103.37
Na 35.309
Al 18.506
Si 29.076
SED 0.0099
Al+Si 35

OW LA


8.7 API
450 Visc
3.3% Sulf
157 Flash
16 MCR
45 Al + Si
0.02 Ash
290 Van
0.2 Water

HPL-USOT 00093