# Exhibit Z

# Hapag-Lloyd

**4140 Mineralöleinkauf**
**MINERALOL-Preisvereinbarungen für HFO und MDO**

| Schiff: | SEASPAN HAMBURG | | | Hafen: | 1 Tacoma | 2 ~~Oakland~~ | 3 ~~Los Angeles~~ | 4 |
|---|---|---|---|---|---|---|---|---|
| | | | | ETA: | 16/10/14 0:00 | ~~22/10/14 0:00~~ | ~~24/10/14 0:00~~ | |
| Bestellmenge IFO/MFO (mt): | 2900 | Bestelltyp IFO/MFO: | RMK 700 | ETS: | 16/10/14 0:00 | | | |
| Bestellmenge MDO (mt): | | Bestelltyp MDO: | | | | | | |

| Wahl | Anbieter | Nettopreise US $ pmt. IFO/MFO | | | Nettopreise US $ pmt. MDO | | | Analysendaten zur Heizwertbestimmung | | | | | CCAI MAX RMG: 855 / RMK: 870 | Netto MJ/KG | Abstand zum besten Energie-Preis ($/mt) | IFO/MFO Gesamtkosten nach Energiewert gewichtet ($) | IFO/MFO + MDO Gesamtkosten nach Energiewert gewichtet ($) | Zins % | Notizen | Hafenauswahl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1. Offer | 2. Offer | 3. Offer | 1. Offer | 2. Offer | 3. Offer | Viskosität 50°C | Schwefel % | Dichte kg/cbm. 15°C | Asche % | Wasser % | | | | | | | | |
| | Chemoil | | | | | | | | | | | | | | | | | | | |
| | Gefo | 528 | | | | | | 495 | 3.1 | 1008 | 0.01 | 0.02 | 866 | 39.963 | $15.34 | $1,561,186 | | | P66 | 2 |
| | OW Bunker | 521 | | | | | | 495 | 3.1 | 1008 | 0.01 | 0.02 | 866 | 39.963 | $8.34 | $1,540,886 | | | P66 | 2 |
| | Peninsula | 518 | 517 | 516.5 | | | | 470 | 3 | 1008.2 | 0.045 | 0.1 | 867 | 39.942 | $4.10 | $1,528,593 | | | Chevron | 2 |
| | Gefo 2te | 526.5 | | | | | | 510 | 1.88 | 991.7 | 0.05 | 0.05 | 850 | 40.549 | $6.32 | $1,535,038 | | | Tesoro | 3 |
| X | OW Bunker 2te | 523 | | | | | | 680 | 2.15 | 969.5 | 0.05 | 0.05 | 825 | 40.769 | lowest energy cost | $1,516,700 | | | US Oil - only one vessell | 1 |
| | Peninsula 2te | 525 | | | | | | 510 | 1.88 | 991.7 | 0.05 | 0.05 | 850 | 40.549 | $4.82 | $1,530,688 | | | Tesoro | 1 |

| Verkäufer: | OW Bunker | Name: | Karl Heinz Selmer | Best Nr.: | 028 | 4504073597 |
|---|---|---|---|---|---|---|
| Physischer Lieferant: | US Oil | Datum: | 10/10/2014 | US-$: | | $1,516,700.00 |
| | | | | Unterschrift: | | |

HPL-USOT 00094