# Exhibit DD

**EXHIBIT**
Kock 24
1-19.16

| | |
|---|---|
| From: | BM Sofia Express [bm.sof@fleet.hlag.com] |
| Sent: | Monday, October 20, 2014 4:55 PM |
| To: | RQMT-SECTION3 |
| Subject: | Sofia Express, Bunker order for Tacoma, 29.10.2014 |
| Attachments: | Bunker Requirement 29.10.2014 TIW Voy.28-29.xlsx |

Dear Ladies and Gentlemen,

please find our bunker requisition for port of Tacoma on 29th of October 2014.

Kind regards
Christian Gründel - Master
CMS Sofia Express

Tel: +870 773 151 218
Fax: +870 783 200 948

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00115

# Bunker Requisition Version 1.0.1.     Hapag-Lloyd

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| **Vessel:** | Sofia Express | **Port:** | Tacoma | | | |
| **Service:** | NWX | **ETA:** | 10/29/2014 | | | |
| **Reason for request:** | bunker for round voyage | **ETS:** | 10/30/2014 | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

| | grade | order quantity in mt | | | | |
|---|---|---|---|---|---|---|
| **Bunker Requirement:** HFO: | RMK 700 | 2700 | HFO: | 2700 | | | |
| MDO: | | | MDO: | | | | |
| LSFO: | | | LSFO: | | | | |

| | grade | max. tech. capacity | max. intake without mixing per area port in mt |
|---|---|---|---|
| **Max. Intake:** HFO: | RMK 700 | 5500 | HFO: 5500 |
| MDO: | | | MDO: |
| LSFO: | | | LSFO: |

| | safety fuel reserve | ROB per area port exclusive above required quantities in mt |
|---|---|---|
| **Stock & ROB:** HFO: | 450 | HFO: 500 |
| MDO: | | MDO: |
| LSFO: | | LSFO: |

| | stock on 1.charter day | mt at see per day | additional remarks: |
|---|---|---|---|
| HFO: | | 115 | |
| MDO: | | | |
| LSFO: | | | |

| | mt per round voyage | mt or m³ per hour | |
|---|---|---|---|
| **average consumption** HFO: | 2800 | 800 | |
| MDO: | | 1000 | |
| LSFO: | | | |

**min. pumping rate:**
**max. pumping rate:**

contact details

| | | | |
|---|---|---|---|
| **Inmarsat Bridge:** | 008707731551218 | | |
| **Inmarsat Master:** | | | |
| **Mobil:** | 004917236481444 | **Masters Name** | **Chief Engineers Name** |
| **E-Mail:** | bm.sof@fleet.hlag.com | C. Gründel | A. Chodowicz |

HPL-USOT 00116