# Exhibit EE

Message

| | |
|---|---|
| **From**: | Niemeyer, Dorit [Dorit.Niemeyer@hlag.com] |
| **Sent**: | 10/22/2014 12:34:06 PM |
| **Subject**: | Hapag Lloyd Inquiry Tomorrow 10:00 SOFIA EXPRESS |

Dear Ladies and Gentlemen,

like to inform you about the attached inquiry which please quote tomorrow on basis FOB by 10:00 Hamburg time as follows:

**HFO:   2700 mt RMK 700**

**In Tacoma on 29.10.2014**

Many thanks and best regards.

Dorit Niemeyer
Hapag-Lloyd AG
Fuels / Lubricants
4140 Purchasing and Supply
Ballindamm 25
20095 Hamburg
Germany

Tel.  +49 40 3001 2657
Fax. +49 40 3001 2658
Email : Dorit.Niemeyer@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Michael Behrendt (Vorsitzender), Peter Ganz, Ulrich Kranich, Rolf Habben Jansen
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937
Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Executive Board: Michael Behrendt (Chairman), Peter Ganz, Ulrich Kranich, Rolf Habben Jansen
Registered Seat: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937