# Exhibit GG

Message

| | |
|---|---|
| **From**: | Kai Zhou [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAI ZHOU16F] |
| **Sent**: | 10/22/2014 12:36:41 PM |
| **To**: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **CC**: | 2.OWB.US.Houston_all [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2.OWB.US.Houston_alle81]; trading@owbunker.de [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=email.trading@wristbunker.de85e] |
| **Subject**: | Re: SOFIA EXPRESS - Tacoma |

Thank you Karl.  Reverting with overnight validity.

Kai

OWG-9949-000155