# Exhibit HH

**4140 Mineralöleinkauf**
## MINERALOL-Preisvereinbarungen für HFO und MDO

**Hapag-Lloyd**

|   |   | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Schiff: | Sofia Express | Hafen: Tacoma | | | |
|   |   | ETA: 29/10/14 0:00 | | | |
| Bestellmenge IFO/MFO (mt): | 2700 | Bestelltyp IFO/MFO: RMK 700 | ETS: | | |
| Bestellmenge MDO (mt): |   | Bestelltyp MDO: |   |   |   |

| Wahl | Anbieter | Nettopreise US $ pmt. IFO / MFO | | | Nettopreise US $ pmt. MDO | | | Analysendaten zur Heizwertbestimmung | | | | | CCAI MAX RMG: 855 / RMK: 870 | Netto MJ/KG | Abstand zum besten Energie-Preis ($/mt) | IFO/MFO Gesamtkosten nach Energiewert gewichtet ($) | IFO/MFO + MDO Gesamtkosten nach Energiewert gewichtet ($) | Zins % 5 | Notizen | Hafenauswahl Zahlziel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   | 1. Offer | 2. Offer | 3. Offer | 1. Offer | 2. Offer | 3. Offer | Viskosität 50°C | Schwefel % | Dichte kg/cbm. 15°C | Asche % | Wasser % |   |   |   |   |   |   |   |   |
|   | Chemoil | k.a. |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   | Gefo | 498 |   |   |   |   |   | 529 | 1.89 | 996 | 0.05 | 0.05 | 854 | 40.485 | $10.46 | $1,356,652 |   |   | Tesoro |   |
|   | Monjasa | k.a. |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
| X | OW Bunker | 495 | 494.5 | 492 |   |   |   | 620 | 1.9 | 969 | 0.05 | 0.05 | 825 | 40.856 | lowest energy cost | $1,328,400 |   |   | US Oil |   |
|   | Peninsula | 496 | 493.5 |   |   |   |   | 529 | 1.89 | 996 | 0.05 | 0.05 | 854 | 40.485 | $5.96 | $1,344,502 |   |   | Tesoro |   |

| Verkäufer: | OW Bunker | Name: | K.H. Selmer | Best Nr.: | 029 | 4504078460 |
|---|---|---|---|---|---|---|
| Physischer Lieferant: | US Oil | Datum: | 10/23/2014 | US-$: | | $1,328,400.00 |
| | | Unterschrift: | | | | |

HPL-USOT 00117