# Exhibit II



Von:              Dorit Niemeyer [dorit.niemeyer@hlag.com]
Gesendet:         Thursday, October 23, 2014 10:44 AM
An:               Niemeyer, Dorit; khse@owbunker.de; trading@owbunker.de
Betreff:          Sofia Express/USTIW PO 4504078460

TO   : O.W. Bunker Germany GmbH
FOR  : BUNKER DEPARTMENT

HAPAG-LLOYD BUNKER PURCHASE ORDER

WE HEREWITH CONFIRM HAVING NOMINATED IN ACCORDANCE WITH OUR TERMS AND CONDITIONS OF PURCHASE
LATEST EDITION (A COPY SHOULD ALREADY BE IN YOUR POSSESSION - PLEASE ADVISE IF A FURTHER COPY
IS REQUIRED) AND TO ANY AMENDMENT THERETO WHICH MAY HAVE BEEN AGREED BETWEEN US.

ALL FUEL DELIVERED TO HAPAG-LLOYD AG AS WELL AS TO HAPAG-LLOYD KREUZFAHRTEN HAVE TO MEET ISO
8217 FOURTH EDITION 2010-07-01 - REFERENCE NO. ISO 8217:2010 (E) PETROLEUM PRODUCTS FUELS
(CLASS F) - SPECIFICATIONS OF MARINE FUELS AND ANY AMENDMENT THERETO AND MUST BE IN
ACCORDANCE WITH MARPOL 73/78 ANNEX VI AND ANY AMENDMENT THERETO.

REF.NO.     : 029/4504078460 TO BE STATED ON INVOICE
ACCOUNT     : HAPAG-LLOYD AG, HAMBURG
SELLER      : O.W. Bunker Germany GmbH,

VESSEL      : Sofia Express
PORT        : TACOMA, WA
DATE        : ESTIMATED ARRIVAL ON 29.10.2014
              ETA AND ETD SUBJECT TO CHANGE, PLEASE COORDINATE
              TIME OF DELIVERY CAREFULLY WITH AGENT
AGENTS      : Norton Lilly, Seattle

POSITION    : 00010
QUANTITY    : 2,700,000 TO
ISO GRADE   : MARINE FUEL ISO RMK 700 MAX 3,50% SULFUR
PRICE       : 492,00 USD / TO FOB
SUPPLIER    : US OIL

DELIVERY    : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR    : Oiltest APPOINTED, PHONE:

---ADDITIONAL REMARKS---
ISO GRADES  : SELLER HAS TO ENSURE THAT THE PRODUCT DELIVERED IS
              DERIVED FROM PETROLEUM CRUDE OIL AND MUST NEITHER
              CONTAIN: CONTAMINANTS (I.E. CHEMICAL
              WASTE, POLYPROPYLENE, USED LUBRICANTS, ABRASIVE
              MATERIALS) NOR BLENDING COMPONENTS DERIVED FROM COAL
              AND SHALE DISTILLATIONS PROCESSES.

SPECIFICATION: SUPPLIER WILL ADVISE BUYER AT LATEST 24H
              (OR THE LAST WORKING DAY BY NOON; HAMBURG TIME)
              BEFORE DELIVERY ABOUT TYPICAL SPECIFICATIONS OF
              THE ABOVE MENTIONED PRODUCTS:

1

HPL-USOT 00058

```
                    CCAI: MAX. 855 FOR RMG 380/
                    CCAI: MAX. 865 FOR RMK 500 / RMK 700
```

DELIVERY     : - TRANSFER TEMP.: MIN. 50 °C - MAX. 70 °C
               IF DELIVERY HAS TO BE ARRANGED BY MORE THAN ONE BARGE,
               TYPICAL SPES OF EACH BARGE LOAD TO BE ADVISED WELL IN
               ADVANCE IN CASE SPECS ARE NOT IDENTICAL.
               IN CASE SUPPLIER FAILS TO DELIVER QUANTITY IN FULL
               WITHIN LAYTIME OR VESSEL WILL BE DELAYED DUE TO BAD
               PERFORMANCE THEN THE SELLER/SUPPLIER WILL DELIVER THE
               QUANTITY IN QUESTION IN THE NEXT PORT OF CALL WITHOUT
               ANY COSTS TO THE BUYER AND WILL ALSO PAY FOR THE FUEL
               WHICH WILL BE CONSUMED IN ADDITION TO SPEED UP FOR
               COMPENSATION. ALL DEMURRAGE AND PUMP BACK CHARGES
               RESULTING THEREFROM TO BE ABSORBED BY THE SELLER AS WELL.

SURVEY       : IT IS MUTUALLY AGREED TO APPOINT A SURVEYOR TO
               CARRY OUT THE QUANTITY/QUALITY SURVEY.
               IT IS FURTHER AGREED THAT VOLUMES SHOWN IN THE
               B.D.R. ARE FINAL TO ALL PARTIES AS LONG AS THEY DO
               NOT DIFFER MORE THAN TOTAL 0,3% COMPARED TO THE
               FINDINGS OF THE SURVEYOR.

SAMPLING     : THE SAMPLES SHALL BE DRAWN JOINTLY AT A POINT TO
               BE MUTUALLY AGREED BETWEEN ALL PARTIES, BUT
               CLOSEST TO THE VESSEL'S MANIFOLD.
               5 SAMPLES MUST BE DRAWN AND DISTRIBUTED:
               MASTER: 1    SUPPLIER: 2    SURVEYOR: 2

               IT IS MUTUALLY AGREED BETWEEN SELLER/SUPPLIER AND
               BUYER TO USE ONLY SAMPLE BOTTLES FITTED WITH TWO SEAL
               LUGS. IN CASE SUPPLIERS CANNOT PROVIDE SUCH BOTTLES
               THEN VESSEL'S REPRESENTATIVE SHALL HAND OVER SAID
               BOTTLES TO SUPPLIERS FREE OF CHARGE. SAMPLES TO BE
               SIGNED BY BOTH PARTIES, SEALED BY SUPPLIER AND
               COUNTERSEALED BY VESSEL'S REPRESENTATIVE.
               IT MUST BE NOTED THAT SAMPLES DRAWN EX INSTALLATION
               OR BEYOND BUYERS CONTROL ARE NOT LEGALLY BINDING IN
               CASE OF A DISPUTE. THIS INCLUDES ALSO BUNKERSTEMS NOT
               ATTENDED BY AN INDEPENDENT SURVEYOR. SUCCESSFUL HAND
               OVER OF SUCH INSTALLATION SAMPLES OR SPECICAL ACCEPTANCE
               NOTES ON CORRESPONDING BUNKER RECEIPTS EVEN THOUGH
               ACCEPTED BY THE VESSEL BY SIGNING SUCH RECEIPTS OR
               SAMPLES ARE DECLARED AS NOT REPRESENTATIVE BY ALL MEANS.

PAYMENT      : 30 DD / 15 DI
               IF WE DO NOT RECEIVE YOUR INVOICE WITHIN 15 DAYS
               AFTER DATE OF DELIVERY, THE DUE DATE TO BE EXTENDED
               BY THE NUMBER OF DELAYED DAYS ACCORDINGLY.
               IN THAT CASE NO INTEREST WILL BE PAID.

INVOICING    : BY REGULAR MAIL OR COURIER.
               PLEASE SEND YOUR INVOICES STRICTLY TO:
                    HAPAG-LLOYD AG
                    8300 FINANZ-& RECHNUNGSWESEN
                    BALLINDAMM 25
                    20095 HAMBURG
                    GERMANY

                              2
```

HPL-USOT 00059

PLEASE KEEP CLOSE CONTACT TO AGENTS, RECHECK ALL DETAILS MENTIONED.

SELLER/SUPPLIER WARRENTS THAT THE PRODUCT OFFERED OR NOMINATED IN A POTENTIAL ORDER IS NOT
DESIGNATED IN ANY SANCTIONS LIST ISSUED BY THE UN, US OR EU AND IS NOT OWNED OR CONTROLLED BY
ANY PERSON OR ENTITY REGISTERED IN OR OPERATING FROM SYRIA, IRAN OR DESIGNATED IN ANY
SANCTIONS ISSUED BY THE UN, US OR EU.

MANY THANKS AND BEST REGARDS,
Dorit Niemeyer
----------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE   +49 40 3001-2657
FAX     +49 40 3001-2658
MAILTO dorit.niemeyer@hlag.com
www.hapag-lloyd.com


Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen, Vorsitzender, Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen ( CEO ), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB
97937

3

HPL-USOT 00060