# Exhibit JJ

| | |
|---|---|
| From: | Dorit Niemeyer [dorit.niemeyer@hlag.com] |
| Sent: | Thursday, October 23, 2014 4:44 AM |
| To: | Niemeyer, Dorit; Duarte, Antonio; Vollmer, Egon; Perdigao, Herbert; Cardenas, Jose Abel; MARINE NAGA - TPA; MARINE NONGA - TPA; Oliveira, Sergio; Furer, William; mfuels@oiltest.com; Satcomsea; Sofia Express (Mail) |
| Subject: | Sofia Express/USTIW PO 4504078460 |

```
============================================================
BUNKER ORDER INFORMATION: Sofia Express / TACOMA, WA
============================================================

TO      : Norton Lilly, Seattle
FOR     : MARINE OPERATIONS DEPARTMENT
FROM    : HAPAG-LLOYD AG, HAMBURG
          4140 PURCHASING & SUPPLY

REF.NO.        : 029/4504078460

VESSEL         : Sofia Express
PORT           : TACOMA, WA
DATE           : ESTIMATED ARRIVAL ON 29.10.2014

POSITION       : 00010
QUANTITY       : 2.700 TO
ISO GRADE      : MARINE FUEL ISO RMK 700 MAX 3,50% SULFUR
SUPPLIER       : US OIL

DELIVERY       : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL

SURVEYOR       : Oiltest APPOINTED, PHONE:


PLEASE CONTACT SUPPLIERS/SURVEYORS WELL IN ADVANCE TO COORDINATE ACTUAL TIME OF DELIVERY AND
RECHECK ALL ITEMS MENTIONED ABOVE.
IN CASE DELIVERY CANNOT BE CARRIED OUT AS ADVISED, AGENT IS KINDLY REQUESTED TO INFORM 4140
PURCHASING & SUPPLY AS WELL AS MASTER WITHIN SHORT TIME AFTER RECEIPT OF THIS MESSAGE.
HAVE A NICE DAY
- TKS/BRGDS -

Dorit Niemeyer
----------------------------------------------------------------
HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE   +49 40 3001-2657
FAX     +49 40 3001-2658
MAILTO  dorit.niemeyer@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937
```

HPL-USOT 00121

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J.Firmin, Peter Ganz Registered Office : Hamburg, Company Register: Amtsgericht Hamburg HRB 97937