# Exhibit NN

Page 1

- BORIS GRONENBERG -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
BONNY GAS TRANSPORT LIMITED, as      )
owner of the LNG FINIMA (IMO         )
No.7702401),                         ) CASE NO.
                                     ) 14-cv-9542 (VEC)
            Plaintiff,               )
                                     )
     -against-                       )
                                     )
O.W. BUNKER GERMANY GMBH, NUSTAR     )
TERMINALS MARINE SERVICES, N.V.,     )
NUSTAR ENERGY SERVICES, INC.,        )
ING BANK N.V.,                       )
                                     )
            Defendants.              )
----------------------------------x  )
HAPAG-LLOYD AKTIENGESELLSCHAFT,      )
                                     ) CASE NO.
            Plaintiff,               ) 14-cv-9949 (VEC)
                                     )
     -against-                       )
                                     )
U.S. OIL TRADING LLC, O.W. BUNKER    )
GERMANY GMBH, O.W. BUNKER & TRADING  )
A/S, ING BANK N.V., CREDIT AGRICOLE  )
S.A.,                                )
                                     )
            Defendants.              )
----------------------------------x  )
HAPAG-LLOYD AKTIENGESELLSCHAFT,      )
                                     ) CASE NO.
            Plaintiff,               ) 14-cv-10027 (VEC)
                                     )
     -against-                       )
                                     )
O'ROURKE MARINE SERVICES, L.P.,      )
L.L.P., O.W. BUNKER GERMANY GMBH,    )
O.W. BUNKER USA, INC., ING BANK      )
N.V.,                                )
                                     )
            Defendants.              )
----------------------------------x
                February 24, 2016
                    9:05 a.m.
       DEPOSITION OF BORIS GRONENBERG

Page 2

- BORIS GRONENBERG -

```
UNITED STATES DISTRICT COURT    )
SOUTHERN DISTRICT OF NEW YORK   )
---------------------------------x
U.S. OIL TRADING LLC,           )
                                ) CASE NO.
        Plaintiff,              ) 15-cv-6718 (VEC)
                                )
     -against-                  )
                                )
M/V VIENNA EXPRESS, her tackle, )
boilers, apparel, furniture,    )
engines, appurtenances, etc.,   )
in rem: M/V SOFIA EXPRESS, her  )
tackle, boilers, apparel,       )
furniture, engines, appurtenances, )
etc., in rem,                   )
                                )
        Defendants.             )
---------------------------------x
HAPAG-LLOYD AKTIENGESELLSCHAFT, as )
Claimant to the M/V VIENNA EXPRESS, ) CASE NO.
                                )  ^
        Counter-Claimant and    )
           Third-Party Plaintiff,  )
                                )
     - against -                )
                                )
U.S. OIL TRADING LLC,           )
                                )
        Counter-Defendant and   )
                                ) Pages 18 - 19
O.W. BUNKER GERMANY GMBH, O.W.  ) have been
BUNKER TRADING A/S, ING BANK N.V., ) designated as
and CREDIT AGRICOLE CORPORATE AND ) Highly
INVESTMENT BANK, a division or arm ) Confidential
of CREDIT AGRICOLE S.A.,        )
                                )
        Third-Party Defendant.
---------------------------------x
```

DATE:  February 24, 2016
TIME:  9:05 a.m.

        VIDEOCONFERENCE DEPOSITION OF BORIS
GRONENBERG, held at the offices of McDermott Will
& Emery, 340 Madison Avenue, New York, New York,
pursuant to Notice, before Hope Menaker, a Shorthand
Reporter and Notary Public of the State of New York.

Page 3

- BORIS GRONENBERG -

A P P E A R A N C E S

SEWARD & KISSEL LLP
Attorneys for Defendant ING Bank N.V.,
as Security Agent:
    One Battery Park Plaza
    New York, New York 10004
BY: BRIAN P. MALONEY, ESQ.
    LAURA E. MILLER, ESQ.

FREEHILL HOGAN & MAHAR LLP
Attorneys for Hapag-Lloyd Aktiengesellschaft
    80 Pine Street
    New York, New York 10005
BY: MICHAEL FERNANDEZ, ESQ. (Via telephone)
    MICHAEL DEHART, ESQ.

CLYDE & CO. US LLP
Attorneys for U.S. Oil Trading LLC
    405 Lexington Avenue
    New York, New York 10174
BY: CASEY D. BURLAGE, ESQ.

McDERMOTT WILL & EMERY
Attorneys for O.W. Bunker Germany GMBH
    340 Madison Avenue
    New York, New York 10173
BY: DARREN AZMAN, ESQ.
    MICHAEL GALEN, ESQ.
    ULRIKE WITT, ESQ.(via videoconference)
-and-
HILL RIVKINS LLP
    45 Broadway, Suite 1500
    New York, New York  10006
BY: JUSTIN M. HEILIG, ESQ. (via videoconference)

SIMMS SHOWERS LLP
Attorneys for O'Rourke Marine Services L.P.
    201 International Circle, Suite 250
    Hunt Valley, Maryland 21030
BY: MARIOS J. MONOPOLIS, ESQ. (via teleconference)

Page 4

- BORIS GRONENBERG -

APPEARANCES:  (cont'd)

BLANK ROME LLP
Attorneys for NuStar
    717 Texas Avenue, Suite 1400
    Houston, Texas  77002
BY: KEITH B. LETOURNEAU, ESQ. (Via videoconference)

ALSO PRESENT:
    Ms. A.J. Elterman, Interpreter

Page 5

- BORIS GRONENBERG -

            IT IS HEREBY STIPULATED AND AGREED by
and among the attorneys for the respective parties
hereto, that the sealing and filing of the within
deposition be waived.

            IT IS FURTHER STIPULATED AND AGREED
that all objections, except as to the form, are
reserved to the time of trial.

            IT IS FURTHER STIPULATED AND AGREED
that the within examination and any corrections
thereto may be signed before any Notary Public
with the same force and effect as if signed and
sworn to before this Court.

                         -o0o-

2 (Pages 2 to 5)

Page 42

- BORIS GRONENBERG -

Justin, do you have that before the witness?

MR. HEILIG: Yes.

MR. BURLAGE: I'd like to mark this as what I believe is 21 is the next exhibit.

(Whereupon, Exhibit 21 was marked at this time.)

Q. Mr. Gronenberg, do you have this document? Do you see that as the sales order confirmation prepared by O.W. Bunker Germany to Hapag-Lloyd; is that correct?

A. Yes.

Q. Take a minute to review the first page of this. Let me know when you've completed that review.

A. Completed.

Q. You see that it's dated Hamburg 9 October 2014, correct?

A. Correct.

Q. Do you see where it says sales order number 11928229.

Do you see that?

A. Yes.

Q. Is that a sales order number

Page 43

- BORIS GRONENBERG -

generated by O.W. Germany?

A. Yes.

Q. Would this be for the supply of fuel oil 700 CST to the VIENNA EXPRESS at the Port of Tacoma on October 16, 2014?

A. Yes.

Q. Do you see under the supplier heading where it says U.S. Oil?

A. Yes.

Q. The quantity there is 2700 metric tons; is that correct?

A. Yes.

Q. Can you tell me, do you see where it says "Product/quality"?

A. Yes.

Q. Can you tell me what CST -- it looks like 3,5 percent or 3.5 percent. Can you tell me what that means to you?

A. CST means -- CST refers to centi stokes.

Q. Can you please spell that for us?

A. C-E-N-T-I S-T-O-K-E-S. Yeah.

Q. Now, can you tell us?

A. This refers --

Page 44

- BORIS GRONENBERG -

Q. I'm sorry, go ahead.

A. This refers to the viscosity of the product.

Q. Viscosity and then now that's a quality specification?

A. Yes.

Q. And is that something that Hapag-Lloyd had required for this delivery as far as you're aware?

MR. HEILIG: Objection to form.

MR. FERNANDEZ: Objection to form.

MR. MALONEY: Objection.

A. The initial inquiry or request was like this, yes. I'm not aware here. From this document must be.

Q. Let's go down a little bit more than halfway down the page where it says "Remarks."

Do you see that?

A. Yes.

Q. Now, do you see where it says, "All per ISO 8217 2005," and then capital letter E in parenthesis.

Do you see that?

A. Yes.

Page 45

- BORIS GRONENBERG -

Q. What does that mean?

A. Standard specification parameters for bunker fuel.

Q. That's a worldwide standard?

A. Yes.

Q. Is that a quality standard?

A. Quality standards are met under this headline of ISO standards.

Q. Now, underneath of that it says, "HALO GTC 2007 shall apply."

What does that mean to you?

A. Hapag-Lloyd general terms and conditions version 2007 to apply for this sale.

Q. Okay. So is it your testimony that Hapag-Lloyd's general terms and conditions from 2007 would have applied to this sale to Hapag-Lloyd by O.W. Germany?

A. Yes.

Q. Okay. Can you please turn the page to what's the document bearing Bates number 381 OWG 9949381.

Do you see that?

A. Yes.

Q. Do you see where it says "Terms"?

|  | Page 46 |
|---|---|
|  | - BORIS GRONENBERG - |
| 1 |  |
| 2 | A.   Yes. |
| 3 | Q.   Please take a moment and read that |
| 4 | paragraph and let me know when you're done. |
| 5 | A.   Yes, I'm done. |
| 6 | Q.   Do you see the first sentence where |
| 7 | it says, "The sale and delivery of the marine |
| 8 | fuels described above are subject to the O.W. |
| 9 | Bunker" -- Mr. Gronenberg do you see it says -- |
| 10 | "The sale and delivery of the marine fuels |
| 11 | described above are subject to the O.W. Bunker |
| 12 | Group's terms and conditions of sales for marine |
| 13 | bunkers." |
| 14 | Do you see that? |
| 15 | A.   I see that. |
| 16 | Q.   Do you believe that this is accurate? |
| 17 | Do the O.W. Bunker terms apply here as far as |
| 18 | you're aware? |
| 19 | MR. HEILIG:  Objection to form. |
| 20 | A.   This is the standard format of our |
| 21 | sales confirmation and under this sale, this sale |
| 22 | is subject under remarks to Hapag-Lloyd general |
| 23 | terms and conditions. |
| 24 | Q.   So is it your testimony, as far as |
| 25 | you're aware, that the Hapag-Lloyd terms and |

Page 47
1            - BORIS GRONENBERG -
2    conditions 2007 apply and O.W. Bunker's general
3    terms and conditions for sale of marine bunkers do
4    not apply to this transaction?
5        A.   This is my understanding.
6        Q.   Thank you.
7            MR. BURLAGE:  Justin, can you please
8        put before the witness what has been produced
9        by O.W. Germany at OWG 9949 000197.
10           Please let me know when the witness
11       has that before him.
12           I'd like to mark this as Exhibit 22.
13           (Whereupon, Exhibit 22 was marked for
14       identification.)
15       A.   I have it in front of me.
16       Q.   Please take a moment to review this
17   and let me know when you've completed that review.
18       A.   We can continue.
19       Q.   Do you recognize this as the sales
20   order confirmation by O.W. Germany to Hapag-Lloyd
21   dated 23 October 2014?
22       A.   Yes.
23       Q.   Do you see this vessel SOFIA EXPRESS,
24   do you see where it says that?
25       A.   Yes.

Page 48
1            - BORIS GRONENBERG -
2        Q.   Would you agree that this is
3    O.W. Germany's sales order confirmation for the
4    delivery of 2700 metric tons of fuel oil to the
5    SOFIA EXPRESS at the Port of Tacoma on October 29,
6    2014?
7        A.   Yes.
8        Q.   Do you see where it says, "Supplier"
9    U.S. Oil"?
10       A.   Yes.
11       Q.   Okay.  Then under "Remarks," same
12   question where it says HALO GTC 2007 shall apply.
13           Do you see that?
14       A.   Yes.
15       Q.   Is it your understanding that
16   Hapag-Lloyd's terms and conditions 2007 apply to
17   this delivery of fuel?
18       A.   Yes.
19       Q.   Please look at the next page.  I have
20   the same question under the terms.
21       A.   Yes.
22       Q.   Is it your view that Hapag-Lloyd's
23   terms and conditions apply to this transaction and
24   O.W. Bunker's terms and conditions did not?  Is
25   that your understanding?

Page 49
1            - BORIS GRONENBERG -
2        A.   Yes.
3        Q.   Thank you.
4            MR. BURLAGE:  Justin, I'd ask that
5        you please put before the witness what's been
6        marked or produced by O.W. Germany at 000387.
7            Please mark this.
8            (Whereupon, Exhibit 23 was marked at
9        this time.)
10       A.   I have it in front of me.
11       Q.   If you just bear with me,
12   Mr. Gronenberg.  I'm going to go through the same
13   line of questioning for this as well.
14           Do you recognize this document as
15   O.W. Bunker Germany's sales order confirmation to
16   Hapag-Lloyd for the relevant delivery to the
17   SEASPAN HAMBURG at the Port of Tacoma on October
18   16, 2014?
19       A.   Yes.
20           MR. HEILIG:  Casey, are you marking
21       this as the next exhibit?
22           MR. BURLAGE:  Yes, this will be
23       marked as Exhibit 23.
24       Q.   Mr. Gronenberg, do you see the date
25   there 10 October 2014?

Page 50

- BORIS GRONENBERG -
2  A. Yes.
3  Q. The quantity of 2900 metric tons of
4  fuel oil?
5  A. Yes.
6  Q. And the supplier there is U.S. Oil,
7  correct?
8  A. Correct.
9  Q. You understand that this transaction
10  was also subject to Hapag-Lloyd's terms and
11  conditions and not O.W. Bunker's terms and
12  conditions?
13  A. Yes. On the remarks it always says
14  Hapag-Lloyd's general terms and conditions to
15  apply.
16  Q. That's the general terms and
17  conditions 2007, correct?
18  A. Correct.
19  Q. Okay.
20     MR. BURLAGE: Justin, please put
21     place before the witness what's been produced
22     at OWG 9949 000367 through 369.
23     This will be marked as 24.
24     (Whereupon, Exhibit 24 was marked at
25     this time.)

Page 51

- BORIS GRONENBERG -
2  Q. Mr. Gronenberg, do you have this
3  document before you?
4  A. Yes.
5  Q. Okay. Do you recognize this as
6  O.W. Germany's sales order confirmation to
7  Hapag-Lloyd for the subject delivery to the SANTA
8  ROBERTA at the port of Tacoma on October 9, 2014?
9  A. Yes.
10  Q. Do you see that it's dated 1 October
11  2014?
12  A. Yes.
13  Q. Do you see there that the quantity is
14  for 2700 metric tons of fuel oil to the vessel?
15  A. Yes.
16  Q. Do you see that the supplier listed
17  here as U.S. Oil?
18  A. Yes.
19  Q. Under remarks, is it correct that it
20  also lists Hapag-Lloyd's general terms and
21  conditions 2007 shall apply?
22  A. Correct.
23  Q. And is it your view that on this
24  transaction, Hapag-Lloyd general terms and
25  conditions 2007 applied and O.W. Bunker Germany's

Page 52

- BORIS GRONENBERG -
2  general terms and conditions did not apply?
3  A. Yes.
4     MR. BURLAGE: Okay. Justin, can you
5     please place before the witness the PDF I
6     sent you this morning which has been produced
7     by Hapag-Lloyd and bears Bates numbers
8     HPL-USOT 00039 through 41.
9     (Whereupon, Exhibit 25 was marked at
10     this time.)
11     MR. BURLAGE: Please let me know when
12     the witness has that before him.
13     MR. HEILIG: We're good.
14     MR. BURLAGE: Thank you.
15  Q. Mr. Gronenberg, can you please take a
16  look at these three pages and let me know if you
17  have seen this document before.
18  A. Yes, I've seen it.
19  Q. Okay. Do you recall the first time
20  that you have seen this document?
21  A. No.
22  Q. Okay. Let's go to the last page
23  which has been marked HPL-USOT 00041. On the
24  bottom right-hand of that page appears to be a
25  stamp by O.W. Bunker Germany GmbH with an address

Page 53

- BORIS GRONENBERG -
2  in Hamburg and then there's a signature beneath
3  that.
4     Do you recognize that signature?
5  A. Yes.
6  Q. Whose signature is that?
7  A. Mr. Lehsten.
8  Q. Okay. What about the -- looks like
9  there's a scribble or an initial on the bottom
10  right of the first two pages of this document.
11     Do you see that?
12  A. Yes.
13  Q. Do you recognize that as
14  Mr. Lehsten's initial?
15  A. Yes.
16  Q. Okay. What is your understanding of
17  what this document is?
18  A. The general terms and conditions
19  which Hapag-Lloyd requests for purchasing bunkers.
20  Q. Would you agree that this is
21  Hapag-Lloyd's general terms and conditions for
22  what's been listed as 2007 which would apply to
23  the four shipments we just discussed?
24     MR. HEILIG: Objection to form.
25  A. When is this dated 2007, yes. I

14 (Pages 50 to 53)

Page 54

- BORIS GRONENBERG -
1  don't know, is it?
2  Q. Well, it's a little difficult to
3  tell, but it looks like underneath that stamp
4  there may be a date but I can't tell if that is
5  correct, but -- would this be a document that
6  would have been maintained in O.W. Germany's files
7  in its regular course of business?
8  A. Yes.
9  Q. Okay and yesterday Mr. Lehsten
10 testified that as part of a condition with doing
11 business with Hapag, Hapag required O.W. Germany
12 to sell basis Hapag's terms and conditions.
13     Would you agree with that?
14     MR. HEILIG: Objection to form.
15 A. Yes.
16 Q. Is -- that would -- that would apply
17 for these four shipments to your understanding?
18 A. Yes.
19 Q. Do you know if O.W. Germany -- let me
20 just back up.
21     You said that you were department
22 manager from 2009 at O.W. Germany in its trading
23 department; is that correct?
24 A. Correct.

Page 55

- BORIS GRONENBERG -
1  Q. Now, is the trading department the
2  same as the reselling department or the resale
3  department or are those different?
4  A. No, it's the same just a different --
5     MR. HEILIG: Finish your answer.
6  A. Just a different wording or naming
7  it.
8  Q. But it's the same department then?
9  A. Yes.
10 Q. Do you know if O.W. Germany
11 physically supplied fuel on the west coast of the
12 United States at any point in 2014?
13     MR. HEILIG: Objection to form.
14     MR. DEHART: Objection to form.
15     MR. FERNANDEZ: Objection to form.
16 Q. Are you aware that if O.W. Germany
17 had the capability to supply fuel physically in
18 the port of Tacoma, Washington in 2014.
19     MR. BURLAGE: Let him answer.
20     MR. HEILIG: Objection.
21     MR. FERNANDEZ: Objection to form as
22 well.
23 Q. Did we have an answer?
24 A. I said no.

Page 56

- BORIS GRONENBERG -
1  Q. Okay. Do you know if O.W. Bunker
2  U.S.A. had the capability to supply fuel
3  physically in Tacoma in 2014?
4     MR. HEILIG: Objection to form.
5     MR. FERNANDEZ: Objection to form.
6  A. No.
7  Q. No, you don't know; or no, they did
8  not have the capability to do so as far as you are
9  aware?
10 A. As far as I'm aware, they did not
11 have the capability.
12 Q. Would that be the same with O.W.
13 Germany?
14    MR. HEILIG: Same objection.
15    MR. FERNANDEZ: Same objection.
16 A. Yes.
17    MR. BURLAGE: Justin, can you please
18 place before the witness what's been produced
19 by O.W. Germany and it bears Bates numbers
20 OWG 9949 - 00446 through 449.
21    Please let me know when the witness
22 has that before him.
23    MR. HEILIG: He has it.
24 Q. Mr. Gronenberg, can you please take a

Page 57

- BORIS GRONENBERG -
1  look at these couple of pages of documents and let
2  me know when you've completed your review.
3  A. Okay.
4  Q. Would you agree that this is an
5  e-mail from Kai Zu to Karl-Heinz Selmer dated
6  October 1st, 2014, with the subject line Re: ENQ
7  SANTA ROBERTA?
8     MR. MALONEY: Do you have a copy of
9  that?
10    MR. DEHART: Yes.
11    MR. HEILIG: Are we marking this as
12 an exhibit?
13    MR. BURLAGE: I don't know yet, hold
14 on a second, please.
15 Q. Do we have an answer to that last
16 question, please?
17 A. Yes.
18 Q. What do you understand that -- let me
19 back up quickly.
20    Kai Zu, do you know who that is?
21 A. My colleague in the U.S.
22 Q. Is that a male or female?
23 A. A male.
24 Q. Does he work in the Houston office of

Page 58

- BORIS GRONENBERG -

1  O.W. Bunker U.S.A., is that correct or did he?
2  A.  Correct.
3  Q.  Did he?
4  A.  Yes.
5  Q.  As you understand it, what is Mr. Zu saying to Mr. Selmer here where he says, "Good morning, Karl. Let's get it today."
    And then under Tacoma -- do you see where it says Tacoma?
6  A.  Yes.
7  Q.  Then he lists P66 Tesoro and U.S. Oil. Are P66 and Tesoro -- what is your understanding of those two companies?
    MR. HEILIG: Objection to form.
8  A.  Suppliers in Tacoma.
9  Q.  They're physical suppliers of fuel in Tacoma along with U.S. Oil; is that correct?
    MR. HEILIG: Objection to form.
10 A.  Correct.
11 Q.  Do you see where it says in bold, "U.S. Oil let's get the RMK for him"?
12 A.  Yes.
13 Q.  Do you know what that means, "Let's get the RMK for him"?

Page 59

- BORIS GRONENBERG -

    Do you have any understanding of what that might mean?
    A.  Yes. Yes, that Kai suggests to Karl to fix -- to fix an RMK with U.S. Oil.
    Q.  And underneath that "549/MTD for RMK," in bold. Would that be the price that Kai Zu has conveyed to Karl that has been provided by U.S. Oil? Is that your understanding?
    MR. HEILIG: Objection to form.
    A.  Yes.
    Q.  Then under that it says, "Typicals." And then it lists, looks like some numbers for "API/bore, sulphur, aluminum, silicon, sodium," et cetera.
    Are those -- is it your understanding that those are also typicals that Kai is giving to Karl that he had received from U.S. Oil?
    MR. HEILIG: Objection to form.
    MR. DEHART: Objection to form.
    MR. FERNANDEZ: Objection to form.
    MR. MALONEY: Objection.
    A.  That's how I understand it, yes.
    Q.  Now, would O.W. Germany, in this case Mr. Selmer, in its regular course of business,

Page 60

- BORIS GRONENBERG -

would it then convey those typicals to Hapag?
    A.  Upon request, yes.
    Q.  And how would that be done, by phone or by e-mail, do you know?
    A.  Either way.
    Q.  Either way. Okay. But you don't know in this case if that was done by e-mail or by phone, do you?
    A.  I don't know.
    Q.  Okay. But did you understand that Hapag had instructed that fuel being supplied to this vessel would need certain specifications?
    MR. HEILIG: Objection, form.
    MR. FERNANDEZ: Objection to form.
    MR. MALONEY: Same objection.
    A.  Not really.
    Q.  Okay. In your experience, did Hapag require that the fuel delivered to its vessels have certain specifications?
    MR. HEILIG: Objection to form.
    MR. FERNANDEZ: Objection to form.
    A.  Yes.
    Q.  How do you know that?
    A.  They would like to see or compare

Page 61

- BORIS GRONENBERG -

also the typical specifications of the product offered in order to determine which products they find most suitable for their vessels engines.
    Q.  And so they would use the typicals to determine which fuel they wanted to select to have?
    MR. HEILIG: Objection.
    A.  Not only typicals --
    MR. FERNANDEZ: Objection.
    Q.  I'm sorry, continue.
    A.  Not only the typicals. Of course also the price.
    Q.  So your understanding is that Hapag-Lloyd would consider both the typicals provided by the supplier and the price to determine which set of fuel to purchase?
    MR. FERNANDEZ: Objection to form.
    MR. HEILIG: Objection to form.
    MR. HEILIG: Objection to form.
    A.  Yes.
    Q.  Thank you.
    MR. BURLAGE: I'll mark this as Exhibit 26, please.
    (Whereupon, Exhibit 26 was marked at

16 (Pages 58 to 61)

Page 62

- BORIS GRONENBERG -

1  
2  this time.)  
3      MR. HEILIG: Is that 25?  
4      MR. BURLAGE: 25 was the GTCs.  
5      MR. HEILIG: I'm sorry.  
6      MR. BURLAGE: This is 26.  
7      Justin, can you please put before the  
8  witness what's been produced by O.W. Germany  
9  and marked OWG 9949-000042. I will mark this  
10 as the next exhibit, 27, please.  
11     (Whereupon, Exhibit 27 was marked at  
12 this time.)  
13     MR. BURLAGE: Please let me know when  
14 the witness has that before him.  
15     THE WITNESS: I've got it.  
16  Q.  Mr. Gronenberg, have you ever seen  
17 this document before?  
18  A.  No.  
19  Q.  Okay. Do you recognize this as an  
20 invoice produced by O.W. Bunker Germany?  
21  A.  Yes.  
22  Q.  Is this a document that would be  
23 produced in O.W. Germany's regular course of  
24 business?  
25  A.  Correct.  

Page 63

- BORIS GRONENBERG -

1  
2  Q.  Is it the regular course of O.W.  
3  Germany's business to produce such documents?  
4      MR. HEILIG: Objection to form.  
5  A.  Yes.  
6  Q.  Okay. Please just take a moment to  
7  familiarize yourself with the document and just  
8  let me know when you're ready to discuss.  
9  A.  I'm okay. Ready.  
10 Q.  Do you see on the top right there  
11 that's the date of invoice 9 October 2014?  
12     Do you see that?  
13 A.  Yes.  
14 Q.  Do you see underneath that invoice  
15 number it lists 119-29378.  
16     Do you see that?  
17 A.  Yes.  
18 Q.  Is that an O.W. Bunker Germany  
19 invoice number?  
20 A.  Correct.  
21 Q.  Under that you see order number  
22 119-28179?  
23 A.  Yes.  
24 Q.  This would be for the supply listed 9  
25 October 2014, correct?  

Page 64

- BORIS GRONENBERG -

1  
2  A.  Correct.  
3  Q.  Okay. Due date 8 November 2014,  
4  correct?  
5  A.  Correct.  
6  Q.  So, is it fair to say would you agree  
7  that this is the invoice generated by O.W. Bunker  
8  Germany to Hapag-Lloyd for the supply of fuel oil  
9  approximately 2700 metric tons of fuel oil to the  
10 MV SANTA ROBERTA on October 9, 2014?  
11 A.  Yes.  
12 Q.  You see that O.W. Germany as invoiced  
13 an amount of USD 1,495,860.94; is that correct?  
14 A.  Yes.  
15     MR. BURLAGE: Okay. Justin, please  
16 place before the witness a document, OWG  
17 9949-000130. And I'll mark this as I believe  
18 we're up to 28.  
19     (Whereupon, Exhibit 28 was marked at  
20 this time.)  
21     THE WITNESS: I got it.  
22 Q.  Have you seen this document before,  
23 Mr. Gronenberg?  
24 A.  No.  
25 Q.  Do you recognize what this document  

Page 65

- BORIS GRONENBERG -

1  
2  is?  
3  A.  Yes.  
4  Q.  What is it?  
5  A.  Information from Hapag-Lloyd to us  
6  about payment.  
7  Q.  "To us," do you mean O.W. Germany,  
8  correct?  
9  A.  Correct.  
10 Q.  Is this a document that O.W. Germany  
11 would receive in its regular course of business  
12 with Hapag?  
13 A.  Yes, we regularly receive those.  
14 Q.  The word -- you have to forgive me  
15 because I don't speak German -- the word on the  
16 top of this box, the shaded box, "zahlungsavis,"  
17 can you please tell me what that means?  
18 A.  Yes. Payment information.  
19 Q.  Could you please read for the record  
20 the first few lines of text underneath of that in  
21 English?  
22     MR. HEILIG: Objection. How about we  
23 have the interpreter do that?  
24     MR. BURLAGE: That's fine.  
25     THE INTERPRETER: Ladies and

Page 66

1                  - BORIS GRONENBERG -
2        gentlemen, so per the transfer to abroad,
3        meaning the transfer made abroad number
4        59564776, we have settled the following
5        items, subject to the correctness of your
6        delivery or performance/payment and its
7        accounting calculation.
8            It has many meaning in this case or
9        accounting for it or something.
10           We have settled subject to
11       correctness.
12           MR. MALONEY: I'm just going to make
13       a note for the record that the interpreter is
14       here to translate the oral questions and
15       answers.
16           MR. BURLAGE: Fair. We can move on.
17           THE INTERPRETER: It's a lot of terms
18       depending --
19           MR. BURLAGE: Understood. I'm going
20       to turn back to the witness, Justin.
21   Q.   Mr. Gronenberg, what is your
22   understanding of what this document means?
23   A.   Confirmation of payment to us.
24   Q.   Confirmation of payment for what?
25   A.   For the supplies listed here.

Page 67

1                  - BORIS GRONENBERG -
2   Q.   Okay. Let me turn your attention to
3   the second, are these vessels listed under the
4   column that says datum or datum, D-A-T-U-M?
5   A.   Yes, below the date are vessel names.
6   Q.   Now, let me direct your attention to
7   I guess the second entry from the bottom. Do you
8   see in the column, the second column from the left
9   where it says 119-29378?
10           Do you see that?
11  A.   Yes.
12  Q.   Then moving over, do you see -- is
13  that correct to state that that is October 9, 2014
14  is the date?
15  A.   Correct.
16  Q.   And moving over where it says 1 -- is
17  that correct that that would represent
18  $1,495,860.94?
19  A.   Correct.
20  Q.   That would be for the delivery of
21  fuel to the SANTA ROBERTA on October 9, 2014,
22  correct?
23  A.   Correct.
24  Q.   Okay. Now, can I just turn your
25  attention to Exhibit 27 which was the invoice that

Page 68

1                  - BORIS GRONENBERG -
2   we just reviewed.
3            MR. HEILIG: Page 42.
4   A.   Yes.
5   Q.   Looking at these two documents
6   together and the entry that we just reviewed for
7   the SANTA ROBERTA on what's been marked as Exhibit
8   28, would you agree with me that this Exhibit 28
9   is a payment advice from Hapag-Lloyd telling
10  O.W. Germany that it has paid O.W. Germany for the
11  delivery of fuel to the SANTA ROBERTA which is
12  reflected on this invoice for Exhibit 27?
13           MR. HEILIG: Objection the to form.
14           MR. FERNANDEZ: Objection to form.
15  A.   Yes.
16  Q.   Sorry, what was the answer?
17  A.   Yes.
18  Q.   You agree that the invoice number on
19  Exhibit 27 matches the invoice number on Exhibit
20  28?
21  A.   Yes.
22  Q.   Now, do you know -- are you aware
23  whether O.W. Germany has been paid for this
24  delivery?
25  A.   No, I don't know if they received the

Page 69

1                  - BORIS GRONENBERG -
2   fund.
3   Q.   Who would know that?
4   A.   Nowadays the insolvency
5   administrator.
6   Q.   Now, in the regular course of
7   O.W. Germany's business, would there be a record
8   of such a payment made by Hapag to O.W. Germany?
9   A.   I don't understand your question.
10  Q.   Okay. Would there be an accounting
11  of this -- receipt of this payment by Hapag in
12  O.W. Germany's files?
13           MR. HEILIG: Objection to form.
14  A.   Normally, yes.
15  Q.   Would that be electronic or in a
16  paper file?
17  A.   Both.
18  Q.   Both, okay.
19           Do you know if O.W. Germany has
20  produced that record of payment in this action?
21  A.   No, I don't know.
22           MR. HEILIG: Note my objection.
23           MR. BURLAGE: To the extent it hasn't
24       been produced we'll request that it be
25       produced.

18 (Pages 66 to 69)