# Exhibit A

**Lee Weber**

| | |
|---|---|
| From: | Lee Weber |
| Sent: | Tuesday, September 30, 2014 4:09 PM |
| To: | 'Kai Zhou' |
| Subject: | RE: H-L |

Do the best you can, as usual, somewhere between the low 550's and upper 540's if that will work. Lower than that please just call me.

That is pretty cheap diesel – works out to 2.75/gallon delivered. My rack price here is 2.83, if you can secure it right around 900, please do.

Last RMK500 job I took care of had a 14.3 API, 211F flash, -6C pour, 2.5 sulfur, AL+Si <10, Na <10, etc.

Lee

**From:** Kai Zhou [mailto:kaiz@owbunker.com]
**Sent:** Tuesday, September 30, 2014 4:04 PM
**To:** Lee Weber
**Subject:** Re: H-L

Hi Lee. Are you interested in 540 level today in Tacoma ?  I am sure we will face the competition at there finally. Regarding to the LSMGO , LA is the best and price is 850's level . Typical specs will be needed.

Best,
Kai


On Oct 1, 2014, at 07:00, Lee Weber <lnw@usor.com> wrote:

> Kai, I am interested in taking this one.
> Please let me know once you get all your info and we'll work something out.
>
> Also please the level for them to consider the diesel up here.
>
> All the best,
> Lee
>
> **From:** Kai Zhou [mailto:kaiz@owbunker.com]
> **Sent:** Tuesday, September 30, 2014 3:52 PM
> **To:** Lee Weber
> **Subject:** Re: H-L
>
> Hi Lee.
>
> Tacoma today I have not collected all yet the one I had ready is low 550's level.
>
> Regarding to LA , OWB physical has a presence there Since half year ago but I don't think they are the driver for the price level. It should be decided by the market and I feel it is because Far East grabs lot of volume which previously belong to LA/LB.

1

OWB physical they are not same entity as OWB trading. We have different books and the trading desk still supports other suppliers. OWB physical LA has very limited presence in LA and today they don't have Avails for H-L.

For the west coast market I was seeing Tacoma kept competitive. Late last week a 2800 mts HL's inquiry I booked at Tacoma was 535/mtd, while LA /OAK can only reach high 550's.

Best regards
Kai

On Oct 1, 2014, at 01:14, Lee Weber <lnw@usor.com> wrote:

> With them also calling Oakland and LA, may not work out but we'll see.
> What's driving the LA price down so far? Others have been telling us it's because of the OW presence there?
>
> Lee
>
> ---
>
> **From:** Kai Zhou [mailto:kaiz@owbunker.com]
> **Sent:** Tuesday, September 30, 2014 8:18 AM
> **To:** Lee Weber
> **Subject:** RE: H-L
>
> Hi Lee,
>
> I did see your auto email that you were on vacation . Hope you had a good one !. And great to hear you are back .
>
> Yes we do see H-L and pls consider below as today 's overnighter :
>
> Santa Roberta @ Tacoma , 9th Oct
> RMK700cst : 2700 mts
> LSMGO : 100 mts
>
> Let's chat later
> Kai
>
> ---
>
> **From:** Lee Weber [mailto:lnw@usor.com]
> **Sent:** Tuesday, September 30, 2014 11:09 PM
> **To:** Kai Zhou
> **Subject:** H-L
>
> Kai,
>
> Just got back from vacation. Noticed while I was out I didn't see any emails from you or OW concerning any of the Hapag Lloyd ships for Tacoma. Are you guys still seeing them?
>
> Thanks,
> Lee

USOT 000340