# Exhibit D

**Lee Weber**

**From:**       Lee Weber
**Sent:**       Wednesday, October 08, 2014 8:15 AM
**To:**         'Kai Zhou'
**Subject:**    RE: VIENNA EXPRESS @ Tacoma

Let's get this one

**From:** Kai Zhou [mailto:kaiz@owbunker.com]
**Sent:** Wednesday, October 08, 2014 6:24 AM
**To:** Lee Weber
**Subject:** VIENNA EXPRESS @ Tacoma

Hi Lee ,

Please have a look for today's overnighter :

**VIENNA EXPRESS**
Tacoma
16/Oct
2700MT RMK700


Thanks
OW Bunker
Kai

1

USOT 000229