# Exhibit E

**Lee Weber**

| | |
|---|---|
| **From:** | Lee Weber |
| **Sent:** | Thursday, October 09, 2014 9:26 AM |
| **To:** | 'NLI/SEA - Heath Albright' |
| **Subject:** | RE: Vienna Express/USTIW PO 4504073073 |

I'm thinking I'd like to shoot for 0600 so I can get to Tote right after that.
If they should speed up then we can re-look

-----Original Message-----
From: NLI/SEA - Heath Albright [mailto:halbright@nortonlilly.com]
Sent: Thursday, October 09, 2014 5:17 AM
To: Lee Weber
Cc: sea-ops@nortonlilly.com; richard.alty@comcast.net
Subject: RE: Vienna Express/USTIW PO 4504073073

Scratch that.  New coastal showing ETB 0100/17 and ETD 0300/18.  Can we deliver instead 0800/17?

Thanks,

Best Regards,
Heath Albright
Operations Mgr.

S5/Norton Lilly International
1201 1st Ave S. #330, Seattle, WA 98134
Office:    206-622-6250 (24 hrs)
Cell:      206-819-0271
Fax:       206-622-6243
Email:     sea-ops@nortonlilly.com
"ASBA and FONASBA member"
As Agents Only

-----Original Message-----
From: NLI/SEA - Heath Albright
Sent: Thursday, October 09, 2014 5:03 AM
To: 'Lee Weber'
Cc: sea-ops@nortonlilly.com; richard.alty@comcast.net
Subject: FW: Vienna Express/USTIW PO 4504073073

Hi Lee,

ETB WUT is 1800/15 and ETD 0300/17.  Can we arrange for 1900/15?

Thanks,

Best Regards,
Heath Albright
Operations Mgr.

1

USOT 000239

S5/Norton Lilly International
1201 1st Ave S. #330, Seattle, WA 98134
Office:   206-622-6250 (24 hrs)
Cell:      206-819-0271
Fax:       206-622-6243
Email:    sea-ops@nortonlilly.com
"ASBA and FONASBA member"
As Agents Only


-----Original Message-----
From: Dorit Niemeyer [mailto:dorit.niemeyer@hlag.com]
Sent: Thursday, October 09, 2014 4:37 AM
To: NIEMEDO@hlag.com; Antonio.Duarte@hlag.com; Egon.Vollmer@hlag.com; Herbert.Perdigao@hlag.com;
JoseAbel.Cardenas@hlag.com; MARINEGA@hlag.com; MARINENONGA@hlag.com; Sergio.Oliveira@hlag.com;
William.Furer@hlag.com; mfuels@oiltest.com; sea-ops@nortonlilly.com; bm.vie@fleet.hlag.com
Subject: Vienna Express/USTIW PO 4504073073


========================================================
BUNKER ORDER INFORMATION: Vienna Express / TACOMA, WA
========================================================


TO   : Norton Lilly, Seattle
FOR  : MARINE OPERATIONS DEPARTMENT
FROM : HAPAG-LLOYD AG, HAMBURG
       4140 PURCHASING & SUPPLY

REF.NO.    : 029/4504073073

VESSEL     : Vienna Express
PORT       : TACOMA, WA
DATE       : ESTIMATED ARRIVAL ON 16.10.2014

POSITION   : 00010
QUANTITY   : 2.700,000 TO
ISO GRADE  : MARINE FUEL OIL ISO RMK 500 MAX 3,50 % S
SUPPLIER   : US Oil


DELIVERY   : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
SURVEYOR   : Oiltest APPOINTED, PHONE:


PLEASE CONTACT SUPPLIERS/SURVEYORS WELL IN ADVANCE TO COORDINATE ACTUAL TIME OF DELIVERY AND RECHECK
ALL ITEMS MENTIONED ABOVE.
IN CASE DELIVERY CANNOT BE CARRIED OUT AS ADVISED, AGENT IS KINDLY REQUESTED TO INFORM 4140 PURCHASING
& SUPPLY AS WELL AS MASTER WITHIN SHORT TIME AFTER RECEIPT OF THIS MESSAGE.
HAVE A NICE DAY
- TKS/BRGDS -

Dorit Niemeyer
-----------------------------------------------------------------

USOT 000240

HAPAG-LLOYD AG
4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
20095 HAMBURG

PHONE  +49 40 3001-2657
FAX    +49 40 3001-2658
MAILTO dorit.niemeyer@hlag.com
www.hapag-lloyd.com

Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ),
Anthony J.Firmin, Peter Ganz Registered Office : Hamburg, Company Register: Amtsgericht Hamburg HRB
97937

3

USOT 000241