# Exhibit F

## Lee Weber

**From:** Lee Weber
**Sent:** Thursday, October 09, 2014 11:54 AM
**To:** 'NLI/SEA - Heath Albright'
**Subject:** RE: Inquiry: SEASPAN HAMBURG in Tacoma

thx

**From:** NLI/SEA - Heath Albright [mailto:halbright@nortonlilly.com]
**Sent:** Thursday, October 09, 2014 11:52 AM
**To:** Lee Weber
**Subject:** RE: Inquiry: SEASPAN HAMBURG in Tacoma

Will be ETB 0700/16 and ETD 1800/16.

Best Regards,
Heath Albright
Operations Mgr.

S5/Norton Lilly International
1201 1st Ave S. #330, Seattle, WA 98134
Office:  206-622-6250 (24 hrs)
Cell:    206-819-0271
Fax:     206-622-6243
Email:   sea-ops@nortonlilly.com
"ASBA and FONASBA member"
As Agents Only

**From:** Lee Weber [mailto:lnw@usor.com]
**Sent:** Thursday, October 09, 2014 11:41 AM
**To:** sea-ops@nortonlilly.com
**Subject:** FW: Inquiry: SEASPAN HAMBURG in Tacoma

I haven't placed an offer on this job but wanted to check vessel timing, considering we already have the order for the Vienna Express with similar schedule.

Thanks,
Lee

**From:** KenSBluewater@aol.com [mailto:KenSBluewater@aol.com]
**Sent:** Thursday, October 09, 2014 6:29 AM
**To:** Lee Weber
**Subject:** Inquiry: SEASPAN HAMBURG in Tacoma

Good morning,

Have following inquiry for "Overnight" quoting:

SEASPAN HAMBURG
Tacoma - Oct. 16
requires 2900 mt RMK-700 / 3.5%
acct Gefo

1

USOT 000317

FYI - vsl also calling LA & Oakland

Pls also advise typicals for:
API
ash
water
sulfur
viscosity

Pls offer later today, with overnight validity.

Thanks & regards,
Ken Szymona
Bluewater Bunkering LLC
tel. 908 868 8358

USOT 000318