# Exhibit G

## Lee Weber

**From:** Lee Weber
**Sent:** Thursday, October 09, 2014 3:08 PM
**To:** Kai Zhou
**Subject:** H/L

You seeing the Santa Ricarda and the Seaspan Hamburg?

Lee

USOT 000319