# Exhibit H

## Lee Weber

**From:** Lee Weber
**Sent:** Friday, October 10, 2014 8:27 AM
**To:** 'NLI/SEA - Heath Albright'
**Subject:** RE: Mv Seaspan Hamburg/USTIW PO 4504073597

Done - thanks

-----Original Message-----
From: NLI/SEA - Heath Albright [mailto:halbright@nortonlilly.com]
Sent: Friday, October 10, 2014 8:19 AM
To: Lee Weber
Subject: Re: Mv Seaspan Hamburg/USTIW PO 4504073597

Yeah, sorry. Early email .16th is correct.

Heath Albright
Norton Lilly International


> On Oct 10, 2014, at 8:04, "Lee Weber" <lnw@usor.com> wrote:
>
> Thanks - guessing you mean the 16th though
>
> -----Original Message-----
> From: NLI/SEA - Heath Albright [mailto:halbright@nortonlilly.com]
> Sent: Friday, October 10, 2014 6:41 AM
> To: Lee Weber
> Cc: sea-ops@nortonlilly.com
> Subject: FW: Mv Seaspan Hamburg/USTIW PO 4504073597
>
> Hi Lee,
>
> Looks like you got this one.  ETB 0700/6 and ETD 1800/6.  Can we arrange for 0700/6 delivery?
>
> Thanks,
>
> Best Regards,
> Heath Albright
> Operations Mgr.
>
> S5/Norton Lilly International
> 1201 1st Ave S. #330, Seattle, WA 98134
> Office:    206-622-6250 (24 hrs)
> Cell:      206-819-0271
> Fax:       206-622-6243
> Email:    sea-ops@nortonlilly.com
> "ASBA and FONASBA member"
> As Agents Only
>
>

1

> -----Original Message-----
> From: Lukas Gaus [mailto:lukas.gaus@hlag.com]
> Sent: Friday, October 10, 2014 5:23 AM
> To: GAUSLU@hlag.com; Antonio.Duarte@hlag.com; Egon.Vollmer@hlag.com; Herbert.Perdigao@hlag.com; JoseAbel.Cardenas@hlag.com; MARINEGA@hlag.com; MARINENONGA@hlag.com; Sergio.Oliveira@hlag.com; William.Furer@hlag.com; mfuels@oiltest.com; sea-ops@nortonlilly.com; Seaspan_hamburg.vrbh6@globeemail.com; Danny.Cook@hlag.com
> Subject: Mv Seaspan Hamburg/USTIW PO 4504073597
>
> ============================================================
> BUNKER ORDER INFORMATION: Mv Seaspan Hamburg / TACOMA, WA
> ============================================================
>
> TO    : Norton Lilly, Seattle
> FOR   : MARINE OPERATIONS DEPARTMENT
> FROM  : HAPAG-LLOYD AG, HAMBURG
>         4140 PURCHASING & SUPPLY
>
> REF.NO.    : 028/4504073597
>
> VESSEL     : Mv Seaspan Hamburg
> PORT       : TACOMA, WA
> DATE       : ESTIMATED ARRIVAL ON 24.10.2014
>
> POSITION   : 00010
> QUANTITY   : 2.900,000 TO
> ISO GRADE  : MARINE FUEL ISO RMK 700 MAX 3,50% SULFUR
> SUPPLIER   : US OIL
>
>
> DELIVERY   : STRICTLY ONE BARGE LOAD UPON VESSEL'S ARRIVAL
> SURVEYOR   : Oiltest APPOINTED, PHONE:
>
>
> PLEASE CONTACT SUPPLIERS/SURVEYORS WELL IN ADVANCE TO COORDINATE ACTUAL TIME OF DELIVERY AND RECHECK ALL ITEMS MENTIONED ABOVE.
> IN CASE DELIVERY CANNOT BE CARRIED OUT AS ADVISED, AGENT IS KINDLY REQUESTED TO INFORM 4140 PURCHASING & SUPPLY AS WELL AS MASTER WITHIN SHORT TIME AFTER RECEIPT OF THIS MESSAGE.
> HAVE A NICE DAY
> - TKS/BRGDS -
>
> Lukas Gaus
> ------------------------------------------------------------
> HAPAG-LLOYD AG
> 4140 FUEL/LUBRICANTS PURCHASING & SUPPLY BALLINDAMM 25
> 20095 HAMBURG
>
> PHONE  +49 40 30012650-
> FAX    +49 40 30012658-
> MAILTO lukas.gaus@hlag.com
> www.hapag-lloyd.com
>

2

USOT 000323

> Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
> Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
> Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937
>
> Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen ( CEO ), Anthony J.Firmin, Peter Ganz Registered Office : Hamburg, Company Register: Amtsgericht Hamburg HRB
> 97937
>
>
>
>

USOT 000324