# Exhibit I

## NLI/SEA - Jamey Morrison

| | |
|---|---|
| From: | Norton Lilly Int'l SEA-OPS (HA) <sea-ops@nortonlilly.com> |
| Sent: | Wednesday, October 15, 2014 8:22 AM |
| To: | 'SEASPAN HAMBURG' |
| Cc: | sea-ops@nortonlilly.com; All Hands Marine Tacoma; ksnyder@portoftacoma.com; 'Lee Weber'; richard.alty@comcast.net; marine.vcr@montship.ca; 'Sullivan, Brian'; William.Furer@hlag.com; Grant.balke@hlag.com |
| Subject: | SEASPAN HAMBURG V.05E43 - TACOMA SCHEDULE |

TO:   Master, SEASPAN HAMBURG V.05E43
CC:   As Addressed
FM:   Norton Lilly International –

RE:   Tacoma Schedule

Good Day Captain Basu,

Basis the latest available information, please see the following tentative schedule and arrival procedures for Tacoma (USTIW) at Pierce County Terminal (PCT):

### 16 October
| | |
|---|---|
| 0001 | ETA Port Angeles Pilot Station, Pilot on Board. |
| 0530 | ETA Commencement Bay, 2 Crowley Tugs alongside. |
| 0630 | ETB PCT Berth A, **PORT SIDE** landing. Stern spot 900' |
| | Linesmen will coordinate bridge/gangway placement from shore via VHF with pilots and tugs. |
| 0630 | Agent On Board. |
| 0630 | CBP Officers may board to review immigrations documents from OAKLAND. |
| | Please advise if any crewman were detained aboard in LOS ANGELES or OAKLAND. |
| 0700 | De-lashing gangs scheduled aboard. |
| 0730 | Bunker Barge scheduled alongside to stem 2900mt RMK-700 via US OIL |
| 0800 | Cargo Operations scheduled to Commence with 3 Day Gangs. |
| 1700 | Cargo Operations estimated to Complete. |
| 1800 | Earliest ETD for FRASER RIVER SURREY Docks, Vancouver, BC (CAVAN) |
| | Basis current coastal schedule and subject to direct berthing tide window to FRS. |

### 17 October
| | |
|---|---|
| 0030 | ETA VICTORIA Pilot Station. |

| RECEIVING FACILITY: PIERCE COUNTY TERMINAL (PCT) | | | | |
|---|---|---|---|---|
| CONTACT INFO | PHONE | FAX | EMAIL / Add'l Contact | REMARKS |
| PCT Planners | (253) 896-8330 | | martac@portsamerica.com | Terminal Tower |
| FSO – Zack Thomas | (253) 896-8302 | (253) 896-8339 | Zack.Thomas@portsamerica.com | Primary FSO |
| FSO – Bill Nelson | (235) 896-8305 | (253) 896-8339 | Bill.Nelson@portsamerica.com | |
| PCT Shuttle Bus | (253) 896-8371 | | PCT.Security@portsamerica.com | For Crew Shuttle to Gate See Notes Below. |
| Tacoma Seaman Center | (253) 272-0716 | | | Open 1200-2000 daily, or by apt. |
| Taxi Service | (253) 475-4205 | | | 24 Hours, to gate only. |

| PCT Address: | 4015 SR-509 North Frontage Road, Tacoma WA 98421 |

| LOCAL RULES & GUIDELINES | |
|---|---|
| Crew Shore Leave | Please note that PCT operates regularly scheduled shuttle vans to shore from Marine Building at 1030, 1200 and 1530 during dayshift operations. Crew planning to go ashore will need to use these scheduled shuttles to transit outside during dayshift operations. Crew returning from shore leave during other periods may utilize the Seaman's Center shuttle, and call to inquire ahead of time if terminal shuttle is available. As reminder please be sure that all crew wear safety vests and hard hats when transiting the dock from ship to Marine Building. They may leave these items in the van and p/u again on their transit back. |
| Line Handlers | Request 30 foot, or 8m taglines and messenger lines be used. |
| ILWU -Store Loading | ILWU union contract prohibits loading of stores during working hours by anyone other than ILWU labor. Therefore you are allowed to load stores using ships provision crane only during meal and other work breaks, for maximum duration of 1 hour. Loading stores at any other time may expose the vessel to "in lieu of claim" for 4 hours longshoreman labor. At no time should ship's cargo cranes be used to load stores. |
| USDA- Food & Garbage | USDA may board at any time while in port to inspect for garbage and food violations. First violation is $1,000 (USD) and subsequent violations up to $5,000 (USD). Garbage containers should be: 1) Inside Rail, 2) Not Leaking, 3) Covered at all times. Outside cooking grills need to be cleaned with no food remains present. |
| Whirley Cranes | When alongside all crane movements are under ILWU contract. Please do not move ship's cranes w/o instruction and permission from ILWU labor. Failure to do so may result in "in lieu of claim". |

## ARRIVAL DOCUMENTS

Please have ready on arrival following documents:
- Ship's Registry – **ORIGINAL**
- International Load Line Certificate – **COPY**
- Safety Equipment Certif. + Supplement E – **COPY**
- International Tonnage Certif. – **ORIGINAL**
- Certificate of Financial Responsibility (COFR) – **COPY**
- Bridge Letter  - **COPY** (If owner is not the same with operator as stated on COFR)
- Previous Tonnage Taxes and User Fee Receipts
- Last Port Clearance  - **ORIGINAL + 1 COPY**

- I-418 (crew list) – 3 pcs
- CF 1304 (crew effects) – 3 pcs
- CF 1303 (ship's stores) – 3 pcs
- Port of Call – 3 pcs
- CBP Form 259 Detained Crew – 2 pcs (if applicable)

Best Regards,
Heath Albright
Operations Mgr.

S5/Norton Lilly International
1201 1st Ave S. #330, Seattle, WA 98134

Office:   206-622-6250 (24 hrs)  
Cell:     206-819-0271  
Fax:      206-622-6243  
Email:    sea-ops@nortonlilly.com  
"ASBA and FONASBA member"  
As Agents Only