# Exhibit J

Oct 22, 2014 3:33:14 PM

3:22:07 PM
**OW - Kai Zhou:** Hello, we are still looking at 490 at least for Sofia , and Seaspan Felixstowe may need even lower today

3:23:11 PM
**weberln:** I would do 490 on the one

3:23:30 PM
**weberln:** not happy but would do

USOT 000220