# Exhibit L

## Lee Weber

**From:** Lee Weber
**Sent:** Tuesday, October 28, 2014 11:30 AM
**To:** 'sea-ops@nortonlilly.com'
**Subject:** RE: Sofia Express

Done deal - thx

**From:** Norton Lilly Int'l Seattle Office [mailto:sea-ops@nortonlilly.com]
**Sent:** Tuesday, October 28, 2014 11:29 AM
**To:** Lee Weber; sea-ops@nortonlilly.com
**Cc:** richard.alty@comcast.net; AnthonyLewis1618@hotmail.com
**Subject:** RE: Sofia Express

Good Day Lee,

Yes have just received confirmation of both ETB 29/0500, and ETD 30/0800. Let's keep the 29/0600 stem if that is still good for you.

Best Regards,

Jamey Morrison
Operations Agent

Norton Lilly Int'l – Seattle
1201 1st Ave South #330
Seattle, WA 98134
As Agent Only

(206) 622-6250   Office
(206) 601-8641   Cell
(206) 622-6243   Fax
sea-ops@nortonlilly.com

**From:** Lee Weber [mailto:lnw@usor.com]
**Sent:** Tuesday, October 28, 2014 10:56 AM
**To:** sea-ops@nortonlilly.com
**Subject:** RE: Sofia Express

Good morning sir – any update or new news with the Sofia Express?

Lee

USOT 000281