UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAPAG-LLOYD AKTIENGESELLSCHAFT, | |
| Plaintiff, | No. 14 Civ. 9949 (VEC) |
| - against - | |
| U.S. OIL TRADING L.L.C., O.W. BUNKER GERMANY GMBH, and ING BANK N.V., | **AFFIDAVIT OF BRIAN P. MALONEY IN SUPPORT OF ING BANK'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

| | |
|---|---|
| U.S. OIL TRADING LLC, | |
| Plaintiff, | |
| - against - | |
| M/V VIENNA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, and M/V SOFIA EXPRESS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*, | No. 15 Civ. 6718 (VEC) |
| Defendants. | |

| |
|---|
| HAPAG-LLOYD AG, as claimant to the *in rem* defendant M/V VIENNA EXPRESS, |
| Third-Party Plaintiff, |
| - against - |
| O.W. BUNKER GERMANY GMBH, and ING BANK N.V., |
| Third-Party Defendants. |

STATE OF NEW YORK )
             :    ss.
COUNTY OF NEW YORK )

Brian P. Maloney, being duly sworn, deposes and says:

1

1.      I am an attorney associated with Seward & Kissel LLP, counsel for ING

Bank N.V. ("ING"), as Security Agent.  I submit this affidavit in support of ING's motion for

summary judgment.

2.      Annexed hereto are true and correct copies of the following documents:

| Exhibit | Document | Bates Range |
|---|---|---|
| 1 | Time Charter Party for M/V SEASPAN HAMBURG | HPL-USOT 00201-00205 |
| 2 | Time Charter Party for M/V SANTA ROBERTA | HPL-USOT 00242-00247 |
| 3 | Transcript of 30(b)(6) Deposition of Hapag-Lloyd Aktiengesellschaft ("HLAG") (Norbert Kock), dated January 19, 2016 (excerpts) | |
| 4 | Sales order confirmation issued by O.W. Bunker Germany GmbH ("O.W. Germany") to HLAG for M/V SANTA ROBERTA | HPL-USOT 00074-00076 |
| 5 | Sales order confirmation from O.W. Germany to HLAG for M/V SEASPAN HAMBURG | HPL-USOT 00068-00070 |
| 6 | Sales order confirmation from O.W. Germany to HLAG for M/V SOFIA EXPRESS | ING HL49 0040-0042 |
| 7 | Sales order confirmation from O.W. Germany to HLAG for M/V VIENNA EXPRESS | HPL-USOT 00071-00073 |
| 8 | Sales order confirmation from O.W. Bunker USA, Inc. ("O.W. USA") to O.W. Germany for M/V SANTA ROBERTA | ING HL49 0009-0011 |
| 9 | Sales order confirmation from O.W. USA to O.W. Germany for M/V SEASPAN HAMBURG | ING HL49 0022-0025 |
| 10 | Sales order confirmation from O.W. USA to O.W. Germany for M/V SOFIA EXPRESS | ING HL49 0045-0048 |
| 11 | Sales order confirmation from O.W. USA to O.W. Germany for M/V VIENNA EXPRESS | ING HL49 0063-0066 |
| 12 | Purchase order confirmation from O.W. USA to U.S. Oil Trading LLC ("USOT") for M/V SANTA ROBERTA | USOT 000110-0011 |
| 13 | Purchase order confirmation from O.W. USA to USOT for M/V SEASPAN HAMBURG | USOT 000165-00166 |
| 14 | Purchase order confirmation from O.W. USA to USOT for M/V SOFIA EXPRESS | USOT 000055-000056 |

| Exhibit | Document | Bates Range |
|---------|----------|-------------|
| 15 | Purchase order confirmation from O.W. USA to USOT for M/V VIENNA EXPRESS | USOT 000003-04 |
| 16 | Invoice from O.W. Germany to HLAG for M/V SANTA ROBERTA | HPL-USOT 00080 |
| 17 | Invoice from O.W. USA to O.W. Germany for M/V SANTA ROBERTA | ING HL49 0014 |
| 18 | Invoice from USOT for M/V SANTA ROBERTA | USOT 000115 |
| 19 | Invoice from O.W. Germany to HLAG for M/V SEASPAN HAMBURG | HPL-USOT 00077 |
| 20 | Invoice from O.W. USA to O.W. Germany for M/V SEASPAN HAMBURG | ING HL49 0036 |
| 21 | Invoice from USOT for M/V SEASPAN HAMBURG | USOT 000170 |
| 22 | Invoice from O.W. Germany to HLAG for M/V SOFIA EXPRESS | HPL-USOT 00078 |
| 23 | Invoice from O.W. USA to O.W. Germany for M/V SOFIA EXPRESS | ING HL49 0055 |
| 24 | Invoice from USOT for M/V SOFIA EXPRESS | USOT 000060 |
| 25 | Invoice from O.W. Germany to HLAG for M/V VIENNA EXPRESS | HPL-USOT 00079 |
| 26 | Invoice from O.W. USA to O.W. Germany for M/V VIENNA EXPRESS | ING HL49 0075 |
| 27 | Invoice from USOT for M/V VIENNA EXPRESS | USOT 000008 |
| 28 | Transcript of 30(b)(6) Deposition of USOT (Thor Nielsen), dated January 7, 2016 (excerpts) | |
| 29 | Bunker delivery receipt for M/V SANTA ROBERTA | HPL-USOT 00170-00171 |
| 30 | Bunker delivery receipt for M/V SEASPAN HAMBURG | HPL-USOT 00113-00114 |
| 31 | Bunker delivery receipt for M/V SOFIA EXPRESS | HPL-USOT 00128-00129 |
| 32 | Bunker delivery receipt for M/V VIENNA EXPRESS | HPL-USOT 00197-00198 |
| 33 | HLAG payment voucher | HPL-USOT 00172-00173 |
| 34 | Excerpt of USOT's credit file for O.W. Bunker & Trading A/S | USOT 000348 |

| Exhibit | Document | Bates Range |
|---------|----------|-------------|
| 35 | Press release from PricewaterhouseCoopers announcing appointment of receivers and assignment to ING Bank of all rights, title and interest in its third party and intercompany receivables, both current and future (retrieved July 20, 2015) | ING 00329-00331 |
| 36 | USD 700,000,000 Multicurrency Revolving Borrowing Base Facilities Agreement, dated December 19, 2013 | ING 00079-00328 |
| 37 | Transcript of 30(b)(6) Deposition of ING (Paul Copley), dated December 11, 2015 (excerpts) | |
| 38 | Transcript of Deposition of Inchcape Shipping Services, Inc. (Stacie Speckman), dated December 9, 2015 (excerpts), taken in *Nippon Kaisha Line Ltd. v. O.W. Bunker USA, Inc., et al.*, No. 14 Civ. 10091 (S.D.N.Y.) | |
| 39 | Transcript of Deposition of Wilhelmsen Ships Service (Neil Ligerwood), dated December 9, 2015 (excerpts), taken in *SK Shipping Co., Ltd. v. NuStar Energy Services, Inc., et al.*, No. 15 Civ. 2141 (S.D.N.Y.) | |
| 40 | English Omnibus Security Agreement, dated December 19, 2013 | ING 00001-00078 |
| 41 | Transcript of Oral Argument in *Valero Mktg. & Supply Co. v. M/V Almi Sun*, No. 14 Civ. 2712 (E.D. La.) (February 3, 2016) | |
| 42 | Transcript of 30(b)(6) Deposition of O.W. Germany (Stefan Musfeldt), dated March 17, 2016 (excerpts) | |

Brian P. Maloney

Sworn to before me
May 13, 2016

Notary Public

KATHARINE RODGERS
Notary Public, State of New York
No. 01RO6311663
Qualified in Kings County
Commission Expires Sept. 22, 2018