# **<u>Exhibit 11</u>**

# O.W. Bunker USA Inc.

**W Bunker**

O.W. Bunker Germany GmbH - WW   (10070)
Neumühlen 11
D-22763 Hamburg
Germany
Mr. Karl-Heinz Selmer

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Sales Order Confirmation

**Sales Order No.**   **172-13121**

We are hereby pleased to acknowledge receipt of your order as follows:

HOUSTON   9. October 2014

| | |
|---|---|
| **Vessel** | VIENNA EXPRESS (IMO: 9450416) |
| **Port** | TACOMA |
| **Delivery date** | 16. October 2014 |
| **Seller** | O.W. Bunker USA Inc. |
| **Your ref.** | |
| **Account** | MASTER AND/OR OWNER AND/OR CHARTERERS AND/OR MV VIENNA EXPRESS AND/OR O.W. BUNKER GERMANY GMBH - WW |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Supplier |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 522.857 | MT | US Oil Trading LLC |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | US Oil Trading LLC |

| | |
|---|---|
| **Agent** | NORTON LILY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY UPON PRESENTATION OF INVOICE (ORIGINAL/TELEX/FAX). COPY OF DELIVERY RECEIPT WILL BE FORWARDED WHEN WE HAVE RECEIVED SAME. |
| **Remarks** | |

We thank you for this nomination.

**Kind Regards**

**Kai Zhou**

| | |
|---|---|
| **Direct** | +1 281 946 2306 |
| **Mobile** | +1 281 734 9719 |
| **Yahoo ID** | kaiz_owbunker |
| **E-Mail** | kaiz@owbunker.com |
| **Office E-Mail** | houston@owbunker.com |

ING HL49 0063



**TERMS AND CONDITIONS.**

------------------------------------------

**SAMPLES:**

Measuring and sampling to be done at barge/tanktruck/shoreside manifold, and receiving Vessels crew is requested to witness and verify the measuring of quantity and the drawing and sealing of samples. These verified quantities as noted in the BDR aswell as these samples taken are the only ones deemed representative, and any dispute regarding quality to be settled by testing these retained samples by an independent laboratory at port/place of delivery, and result of this testing is deemed to be final and binding for both parties.

**TERMS:**

The sale and delivery of the marine fuels described above are subject to the OW Bunker Group's Terms and Conditions of sale(s) for Marine Bunkers. The acceptance of the marine bunkers by the vessel named above shall be deemed to constitute acceptance of the said general terms applicable to you as ´Buyer´ and to O.W. Bunker USA Inc. as ´Seller´.
The fixed terms and conditions are well known to you and remain in your possession. If this is not the case, the terms can be found under the web address:
http://owbunker.com/wp-content/uploads/2013/12/OWB_GTC_ValidFrom01092013.pdf

**GUIDELINES FOR RECEIVING BUNKERS:**

We strongly urge you to forward the information regarding: General Instructions and Guidelines for Bunkering, for Receiving Vessels, on page 3, soonest possible to your Chief Engineer onboard.Following the suggested Guidelines should minimize risk of quantity disputes.Please bear in mind that barge figures are the sole valid quantity determination, wherefore Chief Engineer's attendance onboard the barge is extremely important.

**OTHERWISE:**

Any errors or omissions in above Confirmation should be reported immediately.


PLEASE INFORM US BY RETURN IF ABOVE NOMINATION DETAILS ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

**ING HL49 0064**

**O.W. Bunker USA Inc.**  **W Bunker**

GENERAL INSTRUCTIONS AND GUIDELINES FOR BUNKERING, FOR RECEIVING VESSELS

BEFORE BUNKERING:

Please make sure to check all information given by the supplier on Bunker Requisition Form or such similar form as the supplier presents via the barge. If you notice changes in quantity or quality please urgently contact the relevant person in charge in your own operations to have same verified.

Make sure to witness and verify initial measurements and ullaging onboard the barge before. ALL tanks to be checked and measured including actual temperature of cargo – also including those tanks said not to be included in the particular supply (idle tanks). Compare measurements and verify the quantities as per barge ullage tables. When in full agreement please sign the ullage/sounding report for Before Supply figures. If any disagreements with the measurements, temperature and thereby figures please advise this on the Sounding form or, if not allowed, on separate Letter of Protest (make sure to obtain signature and stamp from barge Master for receipt).

If surveyor attends please ensure the surveyor also participates in measuring all barge tanks before supply and verify the figures.

DURING BUNKERING:

Always place a watchman to witness safe operation including also proper and correct sampling. The watchman must ensure that sampling is done properly, as continuous drip sampling throughout the delivery, and that clean devices are used for sampling. Also the watchman must witness proper and correct division into minimum 4 (four) clean and new identical sample bottles, including proper labeling and sealing of ALL samples. Make sure original sample (cubitainer) is shaken vigorously for 3 minutes before splitting into the 4 sample bottles and that bottles are filled in several passes.  All seal numbers to be inserted into the Bunker Delivery Receipt (BDR). The MARPOL sample must be one of these samples drawn under witnessing.

The watchman must pay special attention to the bunker hose, and any un-agreed attempts to transfer air via same should cause immediate stoppage unless the use of air is caused by stripping of barge tanks, which stripping to be agreed in advance by both parties. If air is blown on continued basis, and stoppage on the supply not possible for any reason, the incident to be stated on a Letter of Protest, which should also contain the time (hours from/to) that airblow was notified.

It is known in some areas that the so-called Cappucino Effect may be used or attempted to be used during supply. Pay special attention hereto and take all necessary precautions to observe, which includes:
- During tank measurements before it should be notified whether there are signs of air on the measuring tape used for ullaging.
- Look carefully for any signs of bubbles or similar on the surface of the fuel when it is still onboard the barge.
- Agree with the barge when and if they are going to make stripping of their tanks.
- Check and note the draft fore, mid and aft on the barge before and after supply to compare.
- If any signs at all of cappuccino or similar (except eventual stripping, agreed in advance), please stop the supply immediately and compare supply quantities made so far.
- Contact vessel operator in charge and request notification to the Seller and Supplier immediately.
- If surveyor attending please ensure that the surveyor signs a Letter of Protest also.
- After stopping the bunker supply please wait minimum 1 hour to await bubbles to disappear and re-measure the barge jointly with barge Master.

AFTER COMPLETION:

Repeat the measurement, sounding and ullaging of the barge, including verification of temperature of each tank. Make sure also on completion to verify contents of ALL tanks, including those being idle.

Report (ullage) must be signed by all parties involved, including eventual nominated surveyor. If disagreements with the figures (mm, temperature) a Letter of Protest to be issued, but also such specific disagreements to be stated on the Ullage report covering "after" supply.

ING HL49 0065

**O.W. Bunker USA Inc.**



**QUANTITY COMPLAINTS:**

Receiving Vessel to inform discrepancies in writing latest upon completion of taking the bunkers.

ING HL49 0066

# **<u>Exhibit 12</u>**

# O.W. Bunker USA Inc.

**(W) Bunker**

US Oil Trading LLC
3001 MARSHALL AVENUE
P.O. BOX 2255, TACOMA
, WA 98401
United States of America
Mr. Lee Weber

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

Purchase Order No.    172-13072
We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | SANTA ROBERTA (IMO: 9227326) |
| Port | TACOMA |
| Delivery date | 9. October 2014 |
| Account | O.W. Bunker USA Inc. |

HOUSTON   1. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 548.00 | MT | |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | |

| | |
|---|---|
| Agent | NORTON LILY |
| Payment | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |

Remarks

Kind Regards

**Kai Zhou**

| | |
|---|---|
| Direct | +1 281 946 2306 |
| Mobile | +1 281 734 9719 |
| Yahoo ID | kaiz_owbunker |
| E-Mail | kaiz@owbunker.com |
| Office E-Mail | houston@owbunker.com |

**O.W. Bunker USA Inc.**

 **Bunker**

SELLER ENSURES:
----------------------------------

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

USOT 2 000111

# **Exhibit 13**

# O.W. Bunker USA Inc.



US Oil Trading LLC
3001 MARSHALL AVENUE
P.O. BOX 2255, TACOMA
, WA 98401
United States of America
Mr. Lee Weber

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

**Purchase Order No.** 172-13131
We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| **Vessel** | SEASPAN HAMBURG (IMO: 9224300) |
| **Port** | TACOMA |
| **Delivery date** | 16. October 2014 |
| **Account** | O.W. Bunker USA Inc. |

HOUSTON   10. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2,900.00 | MT | Fueloil 700 CST 3,5% | USD | 519.00 | MT | |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | |

| | |
|---|---|
| **Agent** | NORTON LILY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |

**Remarks**

Kind Regards

Kai Zhou

| | |
|---|---|
| **Direct** | +1 281 946 2306 |
| **Mobile** | +1 281 734 9719 |
| **Yahoo ID** | kaiz_owbunker |
| **E-Mail** | kaiz@owbunker.com |
| **Office E-Mail** | houston@owbunker.com |

**O.W. Bunker USA Inc.**

 **Bunker**

SELLER ENSURES:

--------------------------------

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

# Exhibit 14

# O.W. Bunker USA Inc.

(W) **Bunker**

US Oil Trading LLC
3001 MARSHALL AVENUE
P.O. BOX 2255, TACOMA
, WA 98401
United States of America
Mr. Lee Weber

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

Purchase Order No.    **172-13191**

We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | SOFIA EXPRESS (IMO: 9450404) |
| Port | TACOMA |
| Delivery date | 29. October 2014 |
| Account | O.W. Bunker USA Inc. |

HOUSTON   23. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 490.00 | MT | |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | |

Agent

Payment        WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE.

Remarks

Kind Regards

**Kai Zhou**

| | |
|---|---|
| Direct | +1 281 946 2306 |
| Mobile | +1 281 734 9719 |
| Yahoo ID | kaiz_owbunker |
| E-Mail | kaiz@owbunker.com |
| Office E-Mail | houston@owbunker.com |

OWB PC V1.05_STAN    10/23/2014   10:20:07 (CET)    Page 1 of 1

O.W. Bunker USA Inc.

 Bunker

**SELLER ENSURES:**
-----------------------------------

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

USOT²°000056

# Exhibit 15

# O.W. Bunker USA Inc.

**(W) Bunker**

US Oil Trading LLC
3001 MARSHALL AVENUE
P.O. BOX 2255, TACOMA
, WA 98401
United States of America
Mr. Lee Weber

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

Purchase Order No.     172-13121

We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | VIENNA EXPRESS (IMO: 9450416) |
| Port | TACOMA |
| Delivery date | 16. October 2014 |
| Account | O.W. Bunker USA Inc. |

HOUSTON   9. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 521.00 | MT | |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | |

| | |
|---|---|
| Agent | NORTON LILY |
| Payment | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |

Remarks

Kind Regards

**Kai Zhou**

| | |
|---|---|
| Direct | +1 281 946 2306 |
| Mobile | +1 281 734 9719 |
| Yahoo ID | kaiz_owbunker |
| E-Mail | kaiz@owbunker.com |
| Office E-Mail | houston@owbunker.com |

**O.W. Bunker USA Inc.**



SELLER ENSURES:
-------------------------------

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

# **Exhibit 16**

5M9857M6
(5149H067)

**(W) Bunker**

gebucht
20. Okt. 2014
M. Sakowski

Viawf

M/V  SANTA ROBERTA
AND/OR OWNERS/CHARTERERS

Hapag-Lloyd AG                          DATE OF INVOICE  :  09. October 2014
8300 Accounting
Ballindamm 25                           INVOICE NO       :  119-29378
D-20095 Hamburg
Germany                                 ORDER NO.        :  119-28179

                                        DATE OF SUPPLY   :  09. October 2014

PORT: TACOMA                            DUE DATE         :  08. November 2014
YOUR REFERENCE: 028/4504069984

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,700,110  MT | Fueloil 700 CST 3,5% | 554,00  MT | 1.495.860,94 |
| 1,000  LPS | Booming fee | LPS | |

HL0010018760770 F

1,26690

Our VAT No.   DE814847085          Total        USD      1.495.860,94

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK:        ING Bank N.V.                                    **O.W. BUNKER GERMANY GMBH**
                                                             Neumühlen 11
ACCOUNT:     IBAN: NL26 INGB 0020 1180 31    USD and all other currencies   D-22763  Hamburg
             IBAN: NL10 INGB 0651 3696 81    EUR
                                                             Phone: +49 40 3265900
             SWIFT: INGBNL2A                                 Fax +49 40 330471

                                                             Tax No. / Steuer Nr. 41/709/03458

                                                             E-mail: trading@owbunker.de
                                                             Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction   Managing director: Götz Lehsten
of bank charges which are for buyers account.                        HR B 100089

HPL-USOT 00080

# **Exhibit 17**



**M/V SANTA ROBERTA**
AND/OR OWNERS/CHARTERERS

O.W. Bunker Germany GmbH - WW    **DATE OF INVOICE :  09. October 2014**
Neumühlen 11
D-22763 Hamburg    **INVOICE NO      :  172-13360**
Germany
                                  ORDER NO.       :  172-13072

                                  DATE OF SUPPLY  :  09. October 2014

PORT: TACOMA    **DUE DATE        :  08. November 2014**
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,700.110  MT | Fueloil 700 CST 3,5% | 549.53  MT | 1,483,791.45 |
| 1.000  LPS | Booming fee | 2,200.00  LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,485,991.45 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**INTERCOMPANY COUNTERPART: Vendor 1685**
**O.W. BUNKER USA INC.**

**BANK:**    ING Bank N.V.
                                                        2603 Augusta Drive
                                                        Suite 440
**ACCOUNT:**    IBAN: NL26 INGB 0020 1180 31    USD and all other currencies    USA-TX 77057 Houston
                IBAN: NL10 INGB 0651 3696 81    EUR

                SWIFT: INGBNL2A                              Phone: +1 281 946 2300
                                                            Fax: +1 281 946 2301

                                                  Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction    EIN: 99-0373556
of bank charges which are for buyers account.

ING HL49 0014

# **Exhibit 18**



U.S. OIL TRADING LLC
3001 MARSHALL AVE (98421)
P. O. BOX 2255 (98401)
TACOMA, WA 98421
(253) 383-1651

INVOICE

Number: BWTD     83441
Date: 10/9/2014
Due: 11/8/2014

Shipping Point:     Tacoma,  WA
Destination:        Tacoma,  WA
Cont/PO#:           SANTA ROBERTA
Freight:            Prepaid
F.O.B.:             Destination

Customer #:     C06551400

Past Due Accounts are
Subject To Interest

**Account:**
OW BUNKER & TRADING A/S
STIGSBORGVEJ 60

NOERRESUNBY, DL-9400 DENMARK,

**Customer License/Registration #'s:**
State:          EXEMPT
Federal:        EXEMPT
Reseller:       EXEMPT

| B/L # | Carr | Product | Metric Tons | Price | Amount |
|-------|------|---------|-------------|-------|--------|
| 012815 | BETSY | RMK-700 | 2,700.11 | 548.0000 | 1,479,660.28 |
|  |  | Boom Charge |  | 0.0000 | 2,200.00 |

Invoice Total  $1,481,860.28

Exempt WA Sales & Use Tax

A security interest in and an assignment of proceeds from this transaction have been granted to
Credit Agricole. You are directed to make payment without offset, deduction or
counterclaim via FED. WIRE TRANSFER to: Wells Fargo Bank, NA,
ABA No. 121000248,
Further Credit: U. S. Oil Trading LLC, AC No. 4122063720.

Questions regarding this invoice: Billing Discrepancies: Billing Dept, Payments: Treasury

# **<u>Exhibit 19</u>**

*5118505035 / 514385532*


**(W) Bunker**

M/V SEASPAN HAMBURG
AND/OR OWNERS/CHARTERERS

Hapag-Lloyd AG
8300 Accounting
Ballindamm 25
D-20095 Hamburg
Germany

PORT: TACOMA
YOUR REFERENCE: 028/4504073597  M. Yaylaoglu

| | |
|---|---|
| DATE OF INVOICE | : 16. October 2014 |
| INVOICE NO | : 119-29423 |
| ORDER NO. | : 119-28241 |
| DATE OF SUPPLY | : 16. October 2014 |
| DUE DATE | : 15. November 2014 |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,960,210 MT | Fueloil 700 CST 3,5% | 523,00 MT | 1,516,809,83 |
| 1,000 LPS | Booming fee | LPS | |



|||||
|---|---|---|---|
| Our VAT No. | DE814847085 | Total | USD | 1,516,809,83 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT:** 30 days from date of delivery With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

| BANK: | ING Bank N.V. | | **O.W. BUNKER GERMANY GMBH** |
|---|---|---|---|
| | | | Neumühlen 11 |
| ACCOUNT: | IBAN: NL26 INGB 0020 1180 31 | USD and all other currencies | D-22763 Hamburg |
| | IBAN: NL10 INGB 0651 3696 81 | EUR | |
| | | | Phone: +49 40 3258000 |
| | SWIFT: INGBNL2A | | Fax +49 40 330471 |

Tax No. / Steuer Nr. 41/708/03450

E-mail: trading@owbunker.de
Internet http://www.owbunker.com

Managing director Götz Lehsten
HR B 100089

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

# **Exhibit 20**



M/V  SEASPAN HAMBURG
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| O.W. Bunker Germany GmbH - WW | **DATE OF INVOICE** : **16. October 2014** |
| Neumühlen 11 | |
| D-22763 Hamburg | **INVOICE NO** : **172-13386** |
| Germany | |
| | ORDER NO. : 172-13131 |
| | DATE OF SUPPLY : 16. October 2014 |
| PORT:  TACOMA | **DUE DATE** : **15. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,900.210  MT | Fueloil 700 CST 3,5% | 519.97  MT | 1,508,022.19 |
| 1.000  LPS | Booming fee | 2,200.00  LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,510,222.19 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

INTERCOMPANY COUNTERPART: Vendor 1685
**O.W. BUNKER USA INC.**

| | | |
|---|---|---|
| **BANK:** | ING Bank N.V. | 2603 Augusta Drive |
| | | Suite 440 |
| | | USA-TX 77057  Houston |
| **ACCOUNT:** | IBAN: NL26 INGB 0020 1180 31 | USD and all other currencies |
| | IBAN: NL10 INGB 0651 3696 81 | EUR |
| | | Phone: +1 281 946 2300 |
| | SWIFT: INGBNL2A | Fax: +1 281 946 2301 |

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556

**ING HL49 0036**