# **Exhibit 31**

**From:** BM Sofia Express [bm.sof@fleet.hlag.com]
**Sent:** Wednesday, October 29, 2014 7:02 PM
**To:** Ship Management Fuel
**Subject:** BDN after bunker operation in Tacoma 29/10/2014
**Attachments:** BDN Ref. No.029-4504078460.JPG

dear Ladies and Gentlemen,

Please find our bunker receipt after bunker operation in Tacoma on 29th/10/2014.


Kind regards
Christian Gründel - Master
CMS Sofia Express

Tel: +870 773 151 218
Fax: +870 783 200 948

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

1

HPL-USOT 00128

# U.S. OIL TRADING, LLC

**MARINE BUNKER**
RECEIPT FOR DELIVERY TO VESSEL

| TACOMA REFINERY<br>P.O. BOX 2255<br>TACOMA, WA 98401-2255<br>(253) 383-1651 | VESSEL NAME:<br>**SOFIA EXPRESS** | IMO#<br>**9450404** | VESSEL AGENT:<br>**NORTON LILLY** |
|---|---|---|---|
| | BARGE COMPANY:<br>**OLYMPIC TUG & BARGE** | BARGE NO.:<br>**BETSY ARNTZ** | U.S. OIL S.A. NUMBER:<br>**14-190** |
| | DELIVERY LOCATION (INCLUDE TERMINAL OR DOCK NAME)<br>WUT | | |

## PRODUCT

| GRADE | DENSITY kg/m3 @ 15C | API GRAVITY | FLASH PMCC F | POUR POINT DEGREES C | SULFUR WT% | BS&W VOL% | VISCOSITY CST @ 50C | VANADIUM PPM | ALUMINUM PPM |
|---|---|---|---|---|---|---|---|---|---|
| RMK 700 | 983 | 12.4 | 216° | -6 | 2.740% | <0.05 | 686.00 | | |
| | | | | | | | | | |
| | | | | | | | | | |

THIS FUEL OIL COMPLIES WITH REGULATION 14 (1) OR (4) (a) AND REGULATION 18 (1) OF MARPOL ANNEX VI.

REPRESENTATIVE SAMPLES TAKEN AND RETAINED BY _____
PHYSICAL PROPERTY TEST RESULTS LISTED BY _____ SAMPLES DELIVERED TO BARGE BY _____

### THIS SECTION TO BE COMPLETED BY BARGE COMPANY REPRESENTATIVE
### QUANTITY**

| | GRADE: RMK 700 | GRADE: MGO | GRADE: F/O 2.2 |
|---|---|---|---|
| Total Gross Barrels Delivered By Barge | (17829.12) | 0.00 | 0.00 |
| Temp. and Grav. Conversion Factor | 0.9629 | | |
| Total Net Barrels | -17167.66 | 0.00 | 0.00 |
| Conversion Factor - Bbls/ M. Ton | 0.15612 | | |
| Metric Tons Delivered | -2680.22 | 0.00 | 0.00 |

| DATE AND TIME ALL FAST AT LOADING TERMINAL | | TIME STARTED PUMPING TO VESSEL | | DATE AND TIME FINISHED PUMPING TO VESSEL | |
|---|---|---|---|---|---|
| October 29, 2014 | 7:25 | October 29, 2014 | 8:35 | October 29, 2014 | 12:55 |

**CERTIFICATION OF EXPORT.** Vessel certifies that it intends to use product delivered to barge at U.S. Oil's terminal for bunkers on a voyage leaving the U.S. Port.

**DISCLAIMERS:** No disclaimer stamp of any type or form will be accepted on this bunker certificate, nor should any such stamp be applied, nor will it alter, change or waive U.S. Oil's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

**EXEMPTION FROM SALES AND USE TAX & AIR POLLUTION REGULATION:** The shippor vessel to which this product is delivered is engaged in operating as a private or common carrier by water in interstate or foreign commerce. The recipient certifies that the product purchased under this receipt is for use in connection with its business of operating as a private or common carrier by water in interstate or foreign commerce; that while the vessel is within the territorial boundaries of the State of Washington, it will not consume the product delivered hereunder; and that the sale is entitled to exemption from the retail sales and use tax of the State of Washington under the provisions of RCW 82.08.0261 and WAC 458-20-175, and exemption from Section 9.07 (d) of PSAPCA Regulation 1.

**MARITIME LIENS:** All disputes arising out of this transaction shall be interpreted and enforced in accordance with the general maritime law of the United States of America and all statutes related thereto.

**DELIVERY POINT:** Title to and the risk of loss of oil passes to customer on delivery of oil to vessel at the vessel's flange.

*[Stamp: Signed as receipt for volume and delivery-temperature only. Specifications subject to verification by analysis of vessel's retained sample.]*

REMARKS:

** ERRORS MADE BY THE BARGEMAN AND CORRECTED BY THE BARGING COMPANY WILL APPEAR AS CORRECTIONS ON THE WHITE COPY ONLY.

| PRODUCT DISCHARGED TO VESSEL LISTED ABOVE<br>A REPRESENTATIVE SAMPLE HAS BEEN DELIVERED TO THE VESSEL REPRESENTATIVE. | THE FOREGOING RECEIVED ON BOARD VESSEL (SEE STATEMENT ABOVE) |
|---|---|
| SEAL #: M(36757041)S(36833745)B(36833723) | SEAL #: M(7602808)S(7602814)B(7602804) |
| | MGO |
| BARGE COMPANY REPRESENTATIVE: By [signature] 29-Oct-14<br>(BARGE CO. REPRESENTATIVE) (DATE) | X [signature] Captain<br>(AUTHORIZED VESSEL OFFICIAL) (TITLE) (DATE) |

*[Stamp: Hapag-Lloyd]*

USOT 00129

# **Exhibit 32**

**From:** BM Vienna Express [bm.vie@fleet.hlag.com]
**Sent:** Sunday, October 19, 2014 1:47 PM
**To:** RQMT-SECTION3; Ship Management Fuel
**Subject:** VIX HFO Bunker Delivery Receipt (v.31E)
**Attachments:** dgd page 10007.PDF

Dear Ladies and Gentlemen,

Please find attached HFO Bunker Delivery Receipt, Tacoma, 18.10.2014 (v.31E).
Ref. No. 029/4504073073

Many thanks and best regards
Michal Bak / Master
M.Sojda    C/E

CMV Vienna Express, DGWF2
Phone: +870 773233215,
Fax: +870 783153893
Mobile: +49 (0)172 4549923,
e-mail: bm.vie@fleet.hlag.com

Hapag-Lloyd Aktiengesellschaft
Ballindamm 25, D-20095 Hamburg, www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00197

## U.S. OIL TRADING, LLC

**MARINE BUNKER**
RECEIPT FOR DELIVERY TO VESSEL

| TACOMA REFINERY<br>P.O. BOX 2255<br>TACOMA, WA 98401-2255<br>(253) 383-1651 | VESSEL NAME:<br>**VIENNA EXPRESS** | IMO#<br>9450416 | VESSEL AGENT:<br>**NORTON LILLY** |
|---|---|---|---|
| | BARGE COMPANY:<br>**OLYMPIC TUG & BARGE** | BARGE NO.:<br>**BETSY ARNTZ** | U.S. OIL S.A. NUMBER:<br>14-185 |
| | DELIVERY LOCATION (INCLUDE TERMINAL OR DOCK NAME)<br>WUT | | |

### PRODUCT

| GRADE | DENSITY kg/m3 @ 15C | API GRAVITY | FLASH PMCC F | POUR POINT DEGREES C | SULFUR WT% | BS&W VOL% | VISCOSITY CST @ 50C | VANADIUM PPM | ALUMINUM PPM |
|---|---|---|---|---|---|---|---|---|---|
| RMK 700 | 979 | 13.0 | 212° | -6 | 2.749% | <0.25 | 687.00 | | |
| | | | | | | | | | |
| | | | | | | | | | |

THIS FUEL OIL COMPLIES WITH REGULATION 14 (1) OR (4) (a) AND REGULATION 18 (1) OF MARPOL ANNEX VI.

REPRESENTATIVE SAMPLES TAKEN AND RETAINED BY _____
PHYSICAL PROPERTY TEST RESULTS LISTED BY _____   SAMPLES DELIVERED TO BARGE BY _____

### THIS SECTION TO BE COMPLETED BY BARGE COMPANY REPRESENTATIVE
### QUANTITY**

| | GRADE: RMK 700 | GRADE: MGO | GRADE: _____ |
|---|---|---|---|
| Total Gross Barrels Delivered By Barge | (18084.62) | 0.00 | 0.00 |
| Temp and Grav. Conversion Factor | 0.9649 | | |
| Total Net Barrels | -17449.35 | 0.00 | 0.00 |
| Conversion Factor - Bbls/ M. Ton | 0.15536 | | |
| Metric Tons Delivered | -2710.93 | 0.00 | 0.00 |

| DATE AND TIME ALL FAST AT LOADING TERMINAL | | TIME STARTED PUMPING TO VESSEL | | DATE AND TIME FINISHED PUMPING TO VESSEL | |
|---|---|---|---|---|---|
| October 18, 2014 | 12:05 | October 18, 2014 | 13:05 | October 18, 2014 | 16:50 |

**CERTIFICATION OF EXPORT.** Vessel certifies that it intends to use product delivered to barge at U.S. Oil's terminal for bunkers on a voyage leaving the U.S. Port

**EXEMPTION FROM SALES AND USE TAX & AIR POLLUTION REGULATION:** The shipper vessel to which this product is delivered is engaged in operating as a private or common carrier by water in interstate or foreign commerce. The recipient certifies that the product purchased under this receipt is for use in connection with its business of operating as a private or common carrier by water in interstate or foreign commerce; that while the vessel is within the territorial boundaries of the State of Washington, it will not consume the product delivered hereunder; and that the sale is entitled to exemption from the retail sales and use tax of the State of Washington under the provisions of RCW 82.08.0261 and WAC 458-20-175, and exemption from Section 9.07 (d) of PSAPCA Regulation 1.

**DISCLAIMERS:** No disclaimer stamp of any type or form will be accepted on this bunker certificate, nor should any such stamp be applied, nor will it alter, change or waive U.S. Oil's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

**MARITIME LIENS:** All disputes arising out of this transaction shall be interpreted and enforced In accordance with the general maritime law of the United States of America and all statutes related thereto.

**DELIVERY POINT:** Title to and the risk of loss of oil passes to customer on delivery of oil to vessel at the vessel's flange.

*Signed as receipt for volume and delivery-temperature only. Specifications subject to verification by analysis of vessel's retained sample.*

REMARKS:
Ref. No. 029/4504073073

** ERRORS MADE BY THE BARGEMAN AND CORRECTED BY THE BARGING COMPANY WILL APPEAR AS CORRECTIONS ON THE WHITE COPY ONLY.

| PRODUCT DISCHARGED TO VESSEL LISTED ABOVE<br>A REPRESENTATIVE SAMPLE HAS BEEN DELIVERED TO THE VESSEL REPRESENTATIVE.<br><br>SEAL #: Ship (36833576) Barge (36833753) Marpol (36833724)<br><br>BARGE COMPANY REPRESENTATIVE. By _____ 18-Oct-14<br>(BARGE CO. REPRESENTATIVE)   (DATE) | THE FOREGOING RECEIVED ON BOARD VESSEL (SEE STATEMENT)<br><br>SEAL #: _____<br>MGO<br><br>X _____ C/E<br>(AUTHORIZED VESSEL OFFICIAL)   (TITLE)<br>18.10.2014<br><br>Hapag-Lloyd<br>Ship Management<br>gez. Bak |
|---|---|

# **Exhibit 33**



Hapag-Lloyd AG
D-20095 Hamburg

Hapag-Lloyd AG · D-20079 Hamburg

O.W. Bunker Germany GmbH
Neumühlen 11
22763 HAMBURG

| **Zahlungsavis** | |
|---|---|
| Kreditoren-Nr. | 91152045 |
| Datum | 06.11.2014 |
| Beleg | 59564776 |
| **Unser Konto bei Ihnen** | |
| Sachbearbeiter | Frau Bolgow |
| Unsere Tel.-Nr. | +49 40 3001 - 2224 |
| Unsere Fax-Nr. | +49 40 3001 - 2261 |
| Our E-Mail | oksana.bolgow@hlag.com |

Seite 1 von 1

Sehr geehrte Damen und Herren

mit separater Zahlung haben wir nachfolgende Posten, vorbehaltlich der Richtigkeit Ihrer Lieferungen oder Leistung und deren Berechnung, beglichen.

| Beleg-Nr. | Referenz | Datum | Währ. | Skonto | Betrag |
|---|---|---|---|---|---|
| 51488362 | 119-29310 | 08.10.2014 | USD | 0,00 | 398.226,42 |
| | Valuta 071114 Leverkusen Exp. 4504069979 | | | | |
| 51489043 | 119-29304 | 08.10.2014 | USD | 0,00 | 305.660,49 |
| | Valuta 071114 Glasgow Exp. 4504069983 | | | | |
| 51491972 | 119-29346 | 09.10.2014 | USD | 0,00 | 568.128,94 |
| | Valuta 081114 Ottawa Exp. 4504071043 | | | | |
| 51493086 | 119-29347 | 09.10.2014 | USD | 0,00 | 137.279,84 |
| | Valuta 081114 Rotterdam Exp. 4504069975 | | | | |
| 51494067 | 119-29378 | 09.10.2014 | USD | 0,00 | 1.495.860,94 |
| | Valuta 081114 Santa Roberta 4504069984 | | | | |
| 51495156 | 119-29319 | 09.10.2014 | USD | 0,00 | 383.982,80 |
| | Valuta 081114 Hamburg Exp. 4504070399 | | | | |
| 51500785 | 119-29464 | 09.10.2014 | USD | 0,00 | 1.001.510,30 |
| | Valuta 081114 Philadelphia Exp. 4504072021 | | | | |
| **GESAMT-BETRAG** | | | USD | 0,00 | 4.290.649,73 |

| Zahlungsbeleg | Datum | Währung | Zahl-Betrag |
|---|---|---|---|
| 59564776 | 06.11.2014 | USD | ****4.290.649,73 |

Mit freundlichen Grüßen
Hapag-Lloyd AG

Hapag-Lloyd Aktiengesellschaft · Ballindamm 25 · 20095 Hamburg · Telefon +49 40 30 01-0 · Telefax +49 40 330053 · www.hapag-lloyd.com
Vorsitzender des Aufsichtsrates: Michael Behrendt· Vorstand: Rolf Habben Jansen (Vorsitzender), Nicolás Burr, Anthony J. Firmin, Thorsten Haeser
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937 · USt-IdNr.: DE813960018 · Bankverbindungen/Bank Accounts: Commerzbank AG,
Hamburg · BLZ 20080000 · Kto. EUR 0915665300/USD 0915665300400 · IBAN DE 92 2008 0000 0915 6653 00 · Swift Code DRESDEFF200

HPL-USOT 00172



D-20095 Hamburg

Hapag-Lloyd AG · D-20079 Hamburg

O.W. Bunker Germany GmbH
Neumühlen 11
22763 HAMBURG

| **Zahlungsavis** | |
|---|---|
| Kreditoren-Nr. | 91152045 |
| Datum | 06.11.2014 |
| Beleg | 59564776 |
| **Unser Konto bei Ihnen** | |
| **Sachbearbeiter** | Frau Bolgow |
| **Unsere Tel.-Nr.** | +49 40 3001 - 2224 |
| **Unsere Fax-Nr.** | +49 40 3001 - 2261 |
| **Our E-Mail** | oksana.bolgow@hlag.com |

Seite 1 von  1

Sehr geehrte Damen und Herren

mit separater Zahlung haben wir nachfolgende Posten, vorbehaltlich der Richtigkeit Ihrer Lieferungen oder Leistung und deren Berechnung, beglichen.

| Beleg-Nr. | Referenz | Datum | Währ. | Skonto | Betrag |
|---|---|---|---|---|---|
| 51488362 | 119-29310 | 08.10.2014 | USD | 0,00 | 398.226,42 |
| | Valuta 071114 Leverkusen Exp. 4504069979 | | | | |
| 51489043 | 119-29304 | 08.10.2014 | USD | 0,00 | 305.660,49 |
| | Valuta 071114 Glasgow Exp. 4504069983 | | | | |
| 51491972 | 119-29346 | 09.10.2014 | USD | 0,00 | 568.128,94 |
| | Valuta 081114 Ottawa Exp. 4504071043 | | | | |
| 51493086 | 119-29347 | 09.10.2014 | USD | 0,00 | 137.279,84 |
| | Valuta 081114 Rotterdam Exp. 4504069975 | | | | |
| 51494067 | 119-29378 | 09.10.2014 | USD | 0,00 | 1.495.860,94 |
| | Valuta 081114 Santa Roberta 4504069984 | | | | |
| 51495156 | 119-29319 | 09.10.2014 | USD | 0,00 | 383.982,80 |
| | Valuta 081114 Hamburg Exp. 4504070399 | | | | |
| 51500785 | 119-29464 | 09.10.2014 | USD | 0,00 | 1.001.510,30 |
| | Valuta 081114 Philadelphia Exp. 4504072021 | | | | |
| **GESAMT-BETRAG** | | | USD | 0,00 | 4.290.649,73 |

| Zahlungsbeleg | Datum | Währung | Zahl-Betrag |
|---|---|---|---|
| 59564776 | 06.11.2014 | USD | ****4.290.649,73 |

**Mit freundlichen Grüßen**
**Hapag-Lloyd AG**

Hapag-Lloyd Aktiengesellschaft · Ballindamm 25 · 20095 Hamburg · Telefon +49 40 30 01-0 · Telefax +49 40 330053 · www.hapag-lloyd.com
Vorsitzender des Aufsichtsrates: Michael Behrendt· Vorstand: Rolf Habben Jansen (Vorsitzender), Nicolás Burr, Anthony J. Firmin, Thorsten Haeser
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97879 · USt-IdNr.: DE813960018 · Bankverbindungen/Bank Accounts: Commerzbank AG,
Hamburg · BLZ 20080000 · Kto. EUR 0915665300/USD 0915665300400 · IBAN DE 92 2008 0000 0915 6653 00 · Swift Code DRESDEFF200

HPL-USOT 00173

# **Exhibit 34**

| CUSTOMER CREDIT RECOMMENDATION | | | | | | PAGE 1 |
|---|---|---|---|---|---|---|
| DATE: | 03/29/12 | | SALES REP: | LNW | CCA | REPORT DATES |
| | | | LLOYD'S CREDIT REPORT | | | |
| CUSTOMER: | O.W. BUNKER & TRADING A/S | | CO. CONDITION | GOOD | | 09/01/11 |
| ADDRESS: | Stigsborgvej 60 | | PAYMENT PERF. | 1ST RATE | | 09/01/11 |
| CITY / STATE: | Noerresundby, DK-9000 | | OVERALL RISK RATE | SATIS. | | 09/01/11 |
| | Denmark | | BUS. STARTED: | 10/31/1980 | | |
| | | | U.S. OIL SCORE: | 2.81 | | |
| PRINCIPLES NAME: | JIM PEDERSEN, PRES. | | Z MODEL: | 2.54 | | |

| FINANCIAL STMT: | AUDITED | AUDITED | AUDITED | Are financial statements current? (YES or NO) |
|---|---|---|---|---|
| FYE: | 12/31/09 | 12/31/10 | 12/31/11 | YES |
| TRADE ACCTS. REC. | $598,039,000 | $750,064,000 | $1,133,425,000 | |
| A/R & CASH+EQUIV. | 636,376,000 | 759,470,000 | 1,147,775,000 | |
| CURRENT ASSETS | 758,682,000 | 854,055,000 | 1,285,542,000 | |
| TOTAL NET ASSETS | 860,724,000 | 989,725,000 | 1,428,679,000 | |
| CURRENT LIABILITIES | 531,903,000 | 637,485,000 | 915,205,000 | CURRENT NET EQUITY |
| DEBT | 765,919,000 | 869,837,000 | 1,272,584,000 | $154,685,000 |
| NET EQUITY | 94,805,000 | 119,888,000 | 154,685,000 | |
| SALES | 5,106,514,000 | 7,668,673,000 | 11,750,147 *OOB* | |
| NET PROFIT BEFORE TAXES | 33,023,000 | 50,138,000 | 59,080,000 | |

| RATIOS: | | | | |
|---|---|---|---|---|
| CURRENT | 1.43 | 1.34 | 1.40 | |
| QUICK | 1.20 | 1.19 | 1.25 | N/A |
| DSO | 43 | 36 | 35,208 | |
| DEBT / EQUITY | 8.08 | 7.26 | 8.23 | |
| SALES/NET ASSETS | 5.93 | 7.75 | 0.01 | |
| N.P. BEFORE TAX/ N.W. | 34.83% | 41.82% | 38.19% | |
| N.P. BEFORE TAX/ASSETS | 3.84% | 5.07% | 4.14% | |
| 10% OF PERS. NW | | | | |
| 25% OF NET WORTH | $23,701,250 | $29,972,000 | $38,671,250 | |

| COLLATERAL / GUARANTY: | | PRODUCTS: | TERMS: | PAYMENT METHOD: |
|---|---|---|---|---|
| CURRENT CREDIT LINE: | $3,000,000 | 1. BUNKER | 30 DAYS | WIRE |
| HI BALANCE LAST 12 MO.S: | NEW CUSTOMER | 2. | | |
| | | 3. | | |

| RECOMMENDATION | | | |
|---|---|---|---|
| CREDIT LINE REQUESTED: | $10,000,000 | SECURITY REQUIRED: | YES |
| CREDIT LINE RECOMMENDED: | $6,000,000 apx 2 barge loads **$10 MILLION** | SECURED BY: | |
| COULD GO UP TO: | $0 | | |
| FIRST APPROVAL: | *Jim* (INITIAL) | 03/29/12 (DATE) | |
| SECOND APPROVAL: | REQUIRED (INITIAL) | 3-29-12 (DATE) | |
| THIRD APPROVAL: | REQUIRED (INITIAL) | 4-12-12 (DATE) | |

COMMENTS:
OW Bunker & Trading is a bunkering operation based in Denmark doing business worldwide. They are part of a wider and very established (per the marine report) Danish group, Ove Wrist.

They have hard assets (tankers, vessels, land and bldgs) unlike most bunker /broker companies which tend to be highly liquid. 2011 has been a good profitable year. The ratios overall appear to be good except for the debt to equity, which is high. The marine report is good indicating prompt payments and open credit lines in the low eight figures and above. I recommend we extend credit for apx 2 barge loads on open credit ( which can be up to $3mm a piece) until we have several months of payment experiences and then consider the $10mm line. A $6mm line is a 4% of the companies adjusted NW which we normally use 25% as a guideline. The matrix has indicated that security is needed, but it's looking at the "6" at USOT's payment experience which has been assigned due to lack of experience, not bad payment experience.

| RISK SCORING | | | | | PAGE 2 | |
|---|---|---|---|---|---|---|
| | SCORE | WEIGHT | GROUP TOTAL | | WEIGHT | OVERALL TOTAL |
| PROPRIETARY | | | | | | |
| | 3 | 0.40 | 1.20 | | | |
| | 1 | 0.30 | 0.30 | | | |
| | 3 | 0.30 | 0.90 | | | |
| | | 1.00 | 2.40 | PROPRIETARY: | 0.25 | 0.60 |
| FINANCIALS | | | | | | |
| | 1 | 0.10 | 0.10 | | | |
| | 3 | 0.20 | 0.60 | | | |
| | 3 | 0.10 | 0.30 | | | |
| | 3 | 0.30 | 0.90 | | | |
| | 3 | 0.10 | 0.30 | | | |
| | 3 | 0.10 | 0.30 | | | |
| | 3 | 0.10 | 0.30 | | | |
| | | 1.00 | 2.80 | FINANCIALS: | 0.50 | 1.40 |
| TRADITIONAL | | | | | | |
| | 6 | 0.20 | 1.20 Payment Hist. to U.S. Oil | | | |
| | 1 | 0.20 | 0.20 Payment hist. to others | | | |
| | 6 | 0.10 | 0.60 Bank Reference | | | |
| | 6 | 0.04 | 0.24 Trade Ref. #1 | | | |
| | 6 | 0.03 | 0.18 Trade Ref. #2 | | | |
| | 6 | 0.03 | 0.18 Trade Ref. #3 | | | |
| | 1 | 0.10 | 0.10 Years in business | | | |
| | 1 | 0.20 | 0.20 Suits, judgments, liens | | | |
| | 1 | 0.05 | 0.05 Prior Bankruptcy | | | |
| | 6 | 0.05 | 0.30 Payment Trend | | | |
| | | 1.00 | 3.25 | TRADITIONAL: | 0.25 | 0.81 |

U.S. OIL SCORE: .................. 2.81

GROUPS:
LOW RISK     = 1.0 - 1.99
MEDIUM RISK  = 2.0 - 3.99
HIGH RISK    = 4.0 - 6.0

CONFIDENTIAL

USOT 000348

# **Exhibit 35**



United Kingdom

# O.W. Bunker & Trading A/S

On 19 December 2013, O.W. Bunker & Trading A/S and certain of its subsidiaries as Chargors (the OW Bunker Group) entered into an English Omnibus Security Agreement dated 19 December 2013 with ING Bank N.V. (ING) as Security Agent (the Security Agreement). ING acts as agent for a syndicate of lenders to the OW Bunker Group. The Chargors are listed at the end of the Receivers announcement, attached below.

As part of that agreement, OW Bunker Group assigned and charged to ING all rights, title and interest in its third party and intercompany receivables, both current and future (Receivables).

Following the discovery of alleged fraud in a Singapore subsidiary and the announcement of substantial risk management losses, on 7 November 2014 OW Bunker & Trading A/S and OW Supply & Trading A/S filed for bankruptcy in the Danish court. Since then, a number of other Danish and overseas subsidiaries have also filed for bankruptcy proceedings.

On 12 November 2014, Paul David Copley, Ian David Green and Anthony Victor Lomas, each of PricewaterhouseCoopers LLP, 7 More London Riverside, London, SE1 2RT, United Kingdom (the Receivers) were appointed as joint receivers of the Security Assets (as defined in the Security Agreement), which includes the Receivables.

In addition, Goh Thien Phong and Chan Kheng Tek, each of PricewaterhouseCoopers LLP, 8 Cross Street #17-00 PwC Building Singapore 048424, were appointed as joint receivers of all of the Security Assets in relation to the Singapore entities of the O.W. Bunker Group, O.W. Bunker Far East (Singapore) Pte Ltd and Dynamic Oil Trading (Singapore) Pte. Ltd.

OW Bunker was a leading global independent marine fuel (bunker) company founded in Denmark in 1980, with operations in 29 countries. It acted as a physical distributor and reseller of marine fuel, and operated a fleet of around 30 bunker vessels. It also provided risk management solutions to control costs, minimise risk and protect against market fluctuations. As of the end of 2013, O.W. Bunker was the second largest listed company in Denmark after Maersk by revenue ($17bn).

In March 2014, O.W. Bunker was listed in Denmark's second largest IPO since 2010. The largest shareholder remained Altor Fund II, which had controlled the entity since 2007.

The receivers can be contacted by email, using the Enquiry Form attached below.

**Documents available to be downloaded**

- The Receivers' announcement (added 19 November 2014)
- The Receivers' appointment document (added 19 November 2014)
- English Omnibus Security Agreement dated 19 December 2013 (as filed with the UK Companies House) (added 19 November 2014)
- Enquiry form (added 19 November 2014)
- Co-operation agreeent between Receivers, Danish Trustees and ING Bank (added 26 November 2014)
- Co-operation agreement between the Receivers, the Provisional Liquidators of OW Bunker China Limited and ING (added 16 December 2014)
- Co-operation agreement between the Receivers, the Administrator of OW Bunkers (UK) Limited and ING (added 30 December 2014)
- Letter from the Administrator of OW Bunkers (UK) Limited to customers regarding payment (added 16 January 2015)
- Co-operation agreement between the Receivers, the Trustees of OW Bunker Netherlands B.V. and OW Global Trading SA and ING (added 22 January 2015)
- Letter from the Trustees of OW Bunker Netherlands B.V. and OW Global Trading SA to customers regarding payment (added 28 January 2015)
- Co-operation agreement between the Receivers, the Administrator of OW Bunker (Belgium) N.V. and ING (added 02 February 2015)
- Co-operation agreement between the Receivers, the Liquidators of OW Bunker Far East (Singapore) Pte Ltd and ING (added 10 February 2015)
- Letter from the Liquidator of OW Bunker China Limited to customers regarding payment (added 11 February 2015)
- Letter from the Liquidator of OW Bunker Far East (Singapore) Pte Limited to customers regarding payment (added 11 February 2015)
- Co-operation agreement between the Receivers, the Liquidators of Dynamic Oil Trading (Singapore) Pte Ltd and ING (added 16 February 2015)
- Letter from the Liquidator of Dynamic Oil Trading (Singapore) Pte Ltd to customers regarding payment (added 16 February 2015)
- Letter from the Trustee of OW Bunker (Belgium) N. V. to customers regarding payment (added 18 February 2015)
- Letter from the Trustee of OW Bunker Middle East DMCC to customers regarding payment (added 14 May 2015)
- Letter from Trustee of O.W. Bunker Germany GmbH to customers regarding payment (added 22 May 2015)
- Co-operation agreement between the Receivers, the Liquidators of OW Bunker Middle East DMCC (in liquidation) and ING Bank NV (added 03 June 2015)
- Receivers announce: OW BUNKER GROUP - Co-operation agreement between the receivers, the administrator of O.W. Bunker Germany GmbH and ING Bank
- Receivers announce: OW BUNKER GROUP – RES COGITANS ARBITRATION AWARD UPHELD ON APPEAL
- Award on the Preliminary Issues; (1) PST Energy Shipping 7 LLC (2) Product Shipping & Trading S.A. and (1) O.W. Bunker Malta Limited (2) ING Bank N.V.
- High Court Appeal; (1) PST Energy Shipping 7 LLC (2) Product Shipping & Trading S.A. and (1) O.W. Bunker Malta Limited (2) ING Bank N.V

---

*Paul D Copley, Ian D Green and Anthony V Lomas have been appointed as joint receivers of the Security Assets (as defined in the Security Agreement dated 19 December 2013 between O.W. Bunker & Trading A/S and certain of its subsidiaries (as Chargors) and ING Bank N.V. as Security Agent) on 12 November 2014. The joint receivers act as agents and contract without*

http://www.pwc.co.uk/business-recovery/administrations/owbunker.jhtml          7/20/2015

ING   00330

*personal liability. Paul D Copley, Ian D Green and Anthony V Lomas are licensed in the United Kingdom to act as insolvency practitioners by the Institute of Chartered Accountants in England and Wales.*

*The joint receivers are Data Controllers of personal data as defined by the Data Protection Act 1998. PricewaterhouseCoopers LLP will act as Data Processor on their instructions. Personal data will be kept secure and processed only for matters relating to the receivership.*

- Email to a colleague
- Print-friendly version



Tweet 2
Share
8+1 0

© 2014-2015 PwC. All rights reserved. PwC refers to the PwC network and/or one or more of its member firms, each of which is a separate legal entity. Please see www.pwc.com/structure for further details.

http://www.pwc.co.uk/business-recovery/administrations/owbunker.jhtml    7/20/2015

ING    00331