# EXHIBIT 11

| | |
|---|---|
| From: | SEASPAN HAMBURG [seaspan_hamburg.VRBH6@globeemail.com] |
| Sent: | Wednesday, October 08, 2014 12:44 AM |
| To: | RQMT-SECTION1 |
| Cc: | Gaus, Lukas; tech-e4@seaspanltd.ca |
| Subject: | Seaspan Hamburg - HS HFO Bunker requirement at TIW 16Oct14 |
| Attachments: | Bunker Requirement at TIW  16-Oct-14.xlsx |

Good Day,

Please find  attached bunker request.

HS HFO required at Tacoma 16 Oct 2014  - 2900 MT for full round voyage USA - EU - USA.

Thanks & Best Regards,

Capt. Devjeet Basu / Mr.Vitaliy Kryzhnyi Master / Ch Eng , Seaspan Hamburg
Ph: +870 7732 073 00
Ph: +870 7732 096 83
Fax:+870 7839 786 88

Received: from MPD at Globe Wireless;
Wed, 08 Oct 2014 04:47 UTC
Message-id: 318637751

1

HPL-USOT 00090

# Bunker Requisition Version 1.0.1.                                                                  Hapag-Lloyd

|  |  |  | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|
| **Vessel:** | | SEASPAN HAMBURG | **Port:** | TIW | | | |
| | | | **ETA:** | 16-Oct-14 | | | |
| **Service:** | | MPS | **ETS:** | 16-Oct-14 | | | |
| **Reason for request:** | | bunker to reach next cheapest port | | | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

| | | grade | order quantity in mt | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Bunker Requirement:** | HFO: | RMK 500 | 2900 | HFO: | 2900 | | | |
| | MDO: | DMA max. 0,10%S | | MDO: | | | | |
| | LSFO: | RMG 380 max.1,00%S | | LSFO: | | | | |

| | | grade | max. tech. capacity | | max. intake without mixing per area port in mt | | | |
|---|---|---|---|---|---|---|---|---|
| **Max. Intake:** | HFO: | RMK 500 | 2900 | HFO: | 2900 | | | |
| | MDO: | DMA max. 0,10%S | | MDO: | | | | |
| | LSFO: | RMG 380 max.1,00%S | | LSFO: | | | | |

| | | stock on 1.charter day | safety fuel reserve | | ROB per area port exclusive above required quantities in mt | | | |
|---|---|---|---|---|---|---|---|---|
| **Stock & ROB:** | HFO: | | | HFO: | 470 | | | |
| | MDO: | | | MDO: | | | | |
| | LSFO: | | | LSFO: | | | | |

| | | mt per round voyage | mt at see per day | additional remarks: |
|---|---|---|---|---|
| **average consumption** | HFO: | 3200 | 74.4 | HFO ordered for full round voyage USA-EU-USA |
| | MDO: | 230 | 74.4 | |
| | LSFO: | 450 | 74.4 | |

| | mt or m³ per hour |
|---|---|
| **min. pumping rate:** | 400 m3 |
| **max. pumping rate:** | 500 m3 |

| | contact details |
|---|---|
| **Inmarsat Bridge:** | +870773207300 |
| **Inmarsat Master:** | +870773209683 |
| **Mobil:** | |
| **E-Mail:** | seaspan_hamburg.vrbh6@globeemail.com |

| Masters Name | Chief Engineers Name |
|---|---|
| Capt.D.Basu | C/E  V. Kryzhny |

**From:** BM Sofia Express [bm.sof@fleet.hlag.com]
**Sent:** Monday, October 20, 2014 4:55 PM
**To:** RQMT-SECTION3
**Subject:** Sofia Express, Bunker order for Tacoma, 29.10.2014
**Attachments:** Bunker Requirement 29.10.2014 TIW Voy.28-29.xlsx


Dear Ladies and Gentlemen,

please find our bunker requisition for port of Tacoma on 29th of October 2014.

Kind regards
Christian Gründel - Master
CMS Sofia Express

Tel: +870 773 151 218
Fax: +870 783 200 948

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00115

# Bunker Requisition Version 1.0.1.    Hapag-Lloyd

|  | | | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|
| **Vessel:** | | Sofia Express | **Port:** | Tacoma | | | |
| | | | **ETA:** | 10/29/2014 | | | |
| **Service:** | | NWX | **ETS:** | 10/30/2014 | | | |
| **Reason for request:** | | bunker for round voyage | | | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

| | | grade | order quantity in mt | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Bunker Requirement:** | HFO: | RMK 700 | 2700 | HFO: | 2700 | | | |
| | MDO: | | | MDO: | | | | |
| | LSFO: | | | LSFO: | | | | |

| | | grade | max. tech. capacity | max. intake without mixing per area port in mt | | | | |
|---|---|---|---|---|---|---|---|---|
| **Max. Intake:** | HFO: | RMK 700 | 5500 | HFO: | 5500 | | | |
| | MDO: | | | MDO: | | | | |
| | LSFO: | | | LSFO: | | | | |

| | | stock on 1.charter day | safety fuel reserve | ROB per area port exclusive above required quantities in mt | | | | |
|---|---|---|---|---|---|---|---|---|
| **Stock & ROB:** | HFO: | | 450 | HFO: | 500 | | | |
| | MDO: | | | MDO: | | | | |
| | LSFO: | | | LSFO: | | | | |

| | | mt per round voyage | mt at see per day | additional remarks: |
|---|---|---|---|---|
| **average consumption** | HFO: | 2800 | 115 | |
| | MDO: | | | |
| | LSFO: | | | |

| | mt or m³ per hour |
|---|---|
| **min. pumping rate:** | 800 |
| **max. pumping rate:** | 1000 |

| | contact details |
|---|---|
| **Inmarsat Bridge:** | 00870773151218 |
| **Inmarsat Master:** | |
| **Mobil:** | 00491723648144 |
| **E-Mail:** | bm.sof@fleet.hlag.com |

| Masters Name | Chief Engineers Name |
|---|---|
| C. Gründel | A. Chodowicz |

| | |
|---|---|
| **From:** | Santa Roberta [santa.roberta@mscfleet.com] |
| **Sent:** | Friday, September 26, 2014 11:26 PM |
| **To:** | RQMT-SECTION4 |
| **Cc:** | 'Fleet4'; vpillai@mscsmcy.com; Nigmann, Michael; Moran, Harry; IOCDO@NRCC.COM |
| **Subject:** | SRB SANTA ROBERTA - BUNKER REQUEST AT  Tacoma ETA  8-Oct-14 |
| **Attachments:** | SRB - Santa Roberta - Bunker Order 27-Sep-14.xls |

Dear sirs, good day

Please find attached Bunker request form for supply at Tacoma ETA 8-Oct-14

Kindly acknowledge receipt of this message & in due course, please advise arrangements.

Capt Moran, RIC, Kindly confirm if in order to stem bunkers at Tacoma.

```
Best regards,
G K S Chaudhary - Master,
M.V. "Santa Roberta"
FBB Tel : 870 773 152 401
CYPRUS NO : + 357 2503 0847
GENEVA NO : + 41 225 182 371
USA NO : + 1 210 610 1579
E-Mail : santa.roberta@mscfleet.com
SAT-C : 463791225
SAT-C : 463791226
```

1

# Bunker Requisition Version 1.0.1.                                    Hapag-Lloyd

| | | | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|
| **Vessel:** | | SANTA ROBERTA | **Port:** | TACOMA | | | |
| | | | **ETA:** | 10/8/2014 | | | |
| **Service:** | | MPS | **ETS:** | 10/8/2014 | | | |
| **Reason for request:** | | bunker for round voyage | | | | | |

please insert order quantity in your preferred port column and put clear markings in the other port columns if delivery of grade is also possible there or not (Y/N)

| | | grade | order quantity in mt | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Bunker Requirement:** | HFO: | RMK 700 | 2700 | HFO: | 2700 | | | |
| | MDO: | DMA max. 0,10%S | 100 | MDO: | 100 | | | |
| | LSFO: | | | LSFO: | | | | |

| | | grade | max. tech. capacity | | max. intake without mixing per area port in mt | | | |
|---|---|---|---|---|---|---|---|---|
| **Max. Intake:** | HFO: | RMK 700 | 3000 | HFO: | 3000 | | | |
| | MDO: | DMA max. 0,10%S | 100 | MDO: | 100 | | | |
| | LSFO: | | | LSFO: | | | | |

| | | stock on 1.charter day | safety fuel reserve | | ROB per area port exclusive above required quantities in mt | | | |
|---|---|---|---|---|---|---|---|---|
| **Stock & ROB:** | HFO: | 480 | 250 | HFO: | 750 | | | |
| | MDO: | 19 | 50 | MDO: | 150 | | | |
| | LSFO: | 195 | 200 | LSFO: | | | | |

| | | mt per round voyage | mt at see per day | additional remarks: |
|---|---|---|---|---|
| **average consumption** | HFO: | 2800 | 60 | |
| | MDO: | 220 | 15 | |
| | LSFO: | 560 | 60 | |

| | mt or m³ per hour |
|---|---|
| **min. pumping rate:** | 350 |
| **max. pumping rate:** | 500 |

| | contact details |
|---|---|
| **Inmarsat Bridge:** | +870 773 152 401 |
| **Inmarsat Master:** | +1 210 610 1579 |
| **Mobil:** | |
| **E-Mail:** | santra.roberta@mscfleet.com |

| Masters Name | Chief Engineers Name |
|---|---|
| G.K.S.CHAUDHARY | SHAMBHU KUMAR |

HPL-USOT 00136

From:        Niemeyer, Dorit on behalf of RQMT-SECTION3
Sent:        Wednesday, October 08, 2014 3:49 AM
To:          Vienna Express (Mail)
Subject:     RE: Bunker Order TIW 16.10.14

Good day on board,

We confirm receipt of your bunker request and will arrange supply of:

HFO: 2700 mt RMK 700

In Tacoma on 16.10.2014

Best regards,
Dorit Niemeyer


-----Original Message-----
From: BM Vienna Express [mailto:bm.vie@fleet.hlag.com]
Sent: Wednesday, October 08, 2014 6:09 AM
To: RQMT-SECTION3
Cc: Howell, Daren
Subject: Bunker Order TIW 16.10.14

Good day,

pls find attached Bunker Order for Tacoma: RMK 700: 2700 MT

Many thanks and best regards
M.Sojda    C/E
Peter Westerfeld / Master

CMV Vienna Express, DGWF2
Phone: +870 773233215,
Fax: +870 783153893
Mobile: +49 (0)172 4549923,
e-mail: bm.vie@fleet.hlag.com

Hapag-Lloyd Aktiengesellschaft
Ballindamm 25, D-20095 Hamburg, www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board:
Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company
Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00175