# EXHIBIT 13

Message

| | |
|---|---|
| From: | Karl Heinz Selmer [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KARL HEINZ SELMER2C9] |
| Sent: | 10/9/2014 1:23:04 PM |
| To: | 2.OWB.US.Houston_all [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2.OWB.US.Houston_alle81]; Kai Zhou [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Kai Zhou16f] |
| CC: | trading@owbunker.de [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=email.trading@wristbunker.de85e] |
| Subject: | Hapag Lloyd Inquiry Tomorrow 10:00 Seaspan Hamburg |

Dear Colleagues,

like to inform you about the attached inquiry which please quote Tomorrow on basis FOB by 10:00 Hamburg time.

Details as per below:

**2900 MT RMK700 HSFO in either Tacoma 16.10.2014 / Oakland 22.10.2014 / Los Angeles 24.10.2014**

Thank you

**O.W. Bunker Germany GmbH**

**Karl-Heinz Selmer**

Direct:   +49 40 325590 12
Mobile:  +49 151 276276 80
Yahoo:  khse_owbunker
Email:   khse@owbunker.de
Internet: www.owbunker.com
O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer: Götz Lehsten / Sitz: Hamburg / Handelsregister: Amtsgericht Hamburg HRB 100089 / Managing Director: Götz Lehsten / Registered Seat: Hamburg / Company Register: Amtsgericht Hamburg HRB 100089
This email and any attachments may contain confidential information and is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are requested to please delete this message and any copy of it immediately from your computer system and kindly notify the sender. Opinions expressed in this email are those of the individual, and do not necessarily represent those of O.W. Bunker Germany GmbH. Whilst O.W. Bunker Germany GmbH has taken steps to minimise the risk of software virus contamination, it cannot accept liability for any damage from any virus software or the like contained in this email. Thank you!
Please consider the environment before printing this email

| | |
|---|---|
| **Message** | |
| From: | Karl Heinz Selmer [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KARL HEINZ SELMER2C9] |
| Sent: | 10/22/2014 12:35:10 PM |
| To: | 2.OWB.US.Houston_all [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2.OWB.US.Houston_alle81] |
| CC: | trading@owbunker.de [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=email.trading@wristbunker.de85e] |
| Subject: | SOFIA EXPRESS - Tacoma |

Dear Colleagues,

pls quote with overnight val:

**SOFIA EXPRESS**

HFO:   2700 mt RMK 700

In Tacoma on 29.10.2014

Thanks

**O.W. Bunker Germany GmbH**

**Karl-Heinz Selmer**

Direct:  +49 40 325590 12
Mobile: +49 151 276276 80
Yahoo: khse_owbunker
Email:   khse@owbunker.de
Internet: www.owbunker.com
O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer: Götz Lehsten / Sitz: Hamburg / Handelsregister: Amtsgericht Hamburg HRB 100089 / Managing Director: Götz Lehsten / Registered Seat: Hamburg / Company Register: Amtsgericht Hamburg HRB 100089

This email and any attachments may contain confidential information and is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are requested to please delete this message and any copy of it immediately from your computer system and kindly notify the sender. Opinions expressed in this email are those of the individual, and do not necessarily represent those of O.W. Bunker Germany GmbH. Whilst O.W. Bunker Germany GmbH has taken steps to minimise the risk of software virus contamination, it cannot accept liability for any damage from any virus software or the like contained in this email. Thank you!

Please consider the environment before printing this email

Message

| | |
|---|---|
| **From:** | Karl Heinz Selmer [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KARL HEINZ SELMER2C9] |
| **Sent:** | 10/8/2014 1:18:30 PM |
| **To:** | 2.OWB.US.Houston_all [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2.OWB.US.Houston_alle81] |
| **CC:** | trading@owbunker.de [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=email.trading@wristbunker.de85e] |
| **Subject:** | VIENNA EXPRESS - Tacoma |

Dear Colleagues,

pls quote with overnight val:

**VIENNA EXPRESS**

Tacoma

16/Oct

2700MT RMK700

Thank you

**O.W. Bunker Germany GmbH**

**Karl-Heinz Selmer**

Direct: +49 40 325590 12
Mobile: +49 151 276276 80
Yahoo: khse_owbunker
Email: khse@owbunker.de
Internet: www.owbunker.com
O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer: Götz Lehsten / Sitz: Hamburg / Handelsregister: Amtsgericht Hamburg HRB 100089 / Managing Director: Götz Lehsten / Registered Seat: Hamburg / Company Register: Amtsgericht Hamburg HRB 100089

This email and any attachments may contain confidential information and is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are requested to please delete this message and any copy of it immediately from your computer system and kindly notify the sender. Opinions expressed in this email are those of the individual, and do not necessarily represent those of O.W. Bunker Germany GmbH. Whilst O.W. Bunker Germany GmbH has taken steps to minimise the risk of

**From:** Karl Heinz Selmer
**Sent:** Tuesday, September 30, 2014 10:10 PM
**To:** 2.OWB.US.Houston_all
**Cc:** trading@owbunker.de
**Subject:** enq SANTA ROBERTA

Dear Colleagues,

pls quote with overnight validity:

| Vessel: | Santa Roberta | | | |
|---|---|---|---|---|
| Quantity: | 2700 | MT | Grade: | RMK 700 MAX.3,5% SULPHUR |
| Quantity: | 100 | MT | Grade: | DMA MAX.0,1% SULPHUR |

| 1.Port: | Los Angeles | | |
|---|---|---|---|
| ETA: | 3.10.14 8:00 | ETD: | 3.10.14 17:00 |
| 2.Port: | Oakland | | |
| ETA: | 5.10.14 8:00 | ETD: | 6.10.14 6:00 |
| 3.Port: | Tacoma | | |
| ETA: | 9.10.14 8:00 | ETD: | 9.10.14 18:00 |

O.W. Bunker Germany GmbH

Karl-Heinz Selmer

Direct:  +49 40 325590 12
Mobile: +49 151 276276 80
Yahoo: khse_owbunker
Email:   khse@owbunker.de
Internet: www.owbunker.com
O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer: Götz Lehsten  /  Sitz: Hamburg  /  Handelsregister: Amtsgericht Hamburg HRB 100089  /  Managing Director: Götz Lehsten  /  Registered Seat: Hamburg  /  Company Register: Amtsgericht Hamburg HRB 100089