# EXHIBIT 14

| | |
|---|---|
| Message | |
| **From:** | Kai Zhou [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAI ZHOU16F] |
| **Sent:** | 10/1/2014 1:02:37 AM |
| **To:** | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject:** | RE: enq SANTA ROBERTA |

Good morning Karl,

Let's get it today :

Tacoma :

P66 : no avails ( he is keen in OAK )

Tesoro :

$557 /mtd for RMK ; $1030/mtd for LSRMG . Booming : $2450

L.U.S.T. tax of $0.001/gal to apply for DMA

Typicals: 510 Visc, 10.5 API, 0.05 Water, 0.05 Ash, 1.88 Sulfur

-I talked to Tesoro today they will not keen on improving price too far this time

**US OIL** : ( let's get the RMK for him ) supporting/offering OWB exclusively and want this stem :

**$549 /mtd for RMK**.  $905/mtd for LSMGO  Booming : $2200

Typicals 14.3 API, 211F flash, -6C pour, 2.5 sulfur, AL+Si <10, Na <10, etc.

Oakland :

P66 :

Contingent on credit ( no worry I will solve this out )

2700MT  RMK700 $555/mtd

100MT  LSMGO $947/mtd

Single Barge Delivery

Typicals

| | |
|---|---|
| API | 9.67 |
| VIS | 617.57 |
| Flash | 174.07 |
| POUR | 39.545 |
| CCR | 11.284 |
| ASH | 0.0336 |
| H20 | 0.0991 |
| S | 3.2 |
| V | 103.37 |
| Na | 35.309 |
| Al | 18.506 |
| Si | 29.076 |
| SED | 0.0099 |
| Al+Si | 35 |

LA :

Jankovich for LSMGO : $856/mtd   C.A.Tax if applicable ( let's get LSMGO for Jankovich )

OWB Physical :

Quote :

"

Need to preface offer with this:

Given the short laycan you relayed to me for this vessel (ETA 08:00 October 3, ETD 18:00 same date) and the relatively large quantity she's looking for – it must be stated that the job length is estimated to exceed her port stay. Considering the heavy traffic in the harbor that early in the morning and the fact that this is looking more like a 12 hour job (tie-up, paperwork, discharge), there is a good chance it would go beyond ETD.

If this is the case, we cannot be held liable for any delays. This job – quite simply – is longer than the proposed vessel laycan. We will also expect the vessel to take the full volume and not request a ship-side stop

Pleased to offer:

553 mtd for RMK

Gasoil is on another barge that will be busy during this time, so no-quote

+ anchor ($450)/taxes (9%), October 13 (Columbus Day) Holiday charge on barge movements - $250/hour min. 8 hours - as applicable

Projected RMK:

8.9 API

340 Visc

3.3% Sulf

157 Flash

15 MCR

20 Al + Si

0.02 Ash

260 Van

0.2 Water

"

:Unquote


Competition : Chemoil/Chevron/Peninsular/Gefu/Japanese


Let me know

Thanks

Kai




**From:** Karl Heinz Selmer
**Sent:** Tuesday, September 30, 2014 10:10 PM
**To:** 2.OWB.US.Houston_all
**Cc:** trading@owbunker.de
**Subject:** enq SANTA ROBERTA


Dear Colleagues,


pls quote with overnight validity:

| Vessel: | Santa Roberta | | | |
|---|---|---|---|---|
| Quantity: | 2700 | MT | Grade: | RMK 700 MAX.3,5% SULPHUR |
| Quantity: | 100 | MT | Grade: | DMA MAX.0,1% SULPHUR |

| 1.Port: | Los Angeles | | |
|---|---|---|---|
| ETA: | 3.10.14 8:00 | ETD: | 3.10.14 17:00 |

| 2.Port: | Oakland | | |
|---|---|---|---|
| ETA: | 5.10.14 8:00 | ETD: | 6.10.14 6:00 |

| 3.Port: | Tacoma | | |
|---|---|---|---|
| ETA: | 9.10.14 8:00 | ETD: | 9.10.14 18:00 |

O.W. Bunker Germany GmbH

Karl-Heinz Selmer

Direct: +49 40 325590 12
Mobile: +49 151 276276 80
Yahoo: khse_owbunker
Email: khse@owbunker.de
Internet: www.owbunker.com
O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer: Götz Lehsten / Sitz: Hamburg / Handelsregister: Amtsgericht Hamburg HRB 100089 / Managing Director: Götz Lehsten / Registered Seat: Hamburg / Company Register: Amtsgericht Hamburg HRB 100089
This email and any attachments may contain confidential information and is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are requested to please delete this message and any copy of it immediately from your computer system and kindly notify the sender. Opinions expressed in this email are those of the individual, and do not necessarily represent those of O.W. Bunker Germany GmbH. Whilst O.W. Bunker Germany GmbH has taken steps to minimise the risk of software virus contamination, it cannot accept liabillity for any damage from any virus software or the like contained in this email. Thank you!
Please consider the environment before printing this email

Message

| | |
|---|---|
| **From**: | Kai Zhou [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAI ZHOU16F] |
| **Sent**: | 10/9/2014 2:47:05 AM |
| **To**: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject**: | RE: VIENNA EXPRESS - Tacoma |

Good morning Karl,

US Oil : supporting OWB exclusively :

RMK700cst : $521/mtd booming : $2200

Typicals : 14.3 API, 211F flash, -6C pour, 2.5 sulfur, AL+Si <10, Na <10, etc.

Tesoro :

RMK700cst : $529/mtd booming : $2450

Typicals: 510 Vis, 10.5 API, 0.05 Water, 0.05 Ash, 1.88 Sul

P66 :

RMK700 $537/mtd. Booming : $2400

OWG-9949-000477

|         | RMK700 |
|---------|--------|
| API     | 13.50  |
| VIS     | 640.00 |
| FLASH   | 169    |
| POUR    | 36     |
| CCR / MCR | 14.1 |
| ASH     | 0.030  |
| H20     | 0.05   |
| S       | 1.88   |
| V       | 73     |
| Na      | 30     |
| Al      | 14     |
| Si      | 32     |
| Sed     | 0.015  |
| Al+Si   | 42.0   |

We should be okay this time to get it. If you still see strange offer from Tesoro you can also match it, and feel free to name it either Tesoro or US Oil. But I doubt it will happen this time. Again feel free to call me in bidding time.


Gefu/ Peninsular /Monjasa



Best regards,

Kai




**From:** Karl Heinz Selmer
**Sent:** Wednesday, October 08, 2014 9:18 PM
**To:** 2.OWB.US.Houston_all
**Cc:** trading@owbunker.de
**Subject:** VIENNA EXPRESS - Tacoma


Dear Colleagues,

pls quote with overnight val:

**VIENNA EXPRESS**

Tacoma

16/Oct

2700MT RMK700

Thank you

O.W. Bunker Germany GmbH

Karl-Heinz Selmer

Direct:  +49 40 325590 12
Mobile: +49 151 276276 80
Yahoo: khse_owbunker
Email:   khse@owbunker.de
Internet:  www.owbunker.com
O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer: Götz Lehsten / Sitz: Hamburg / Handelsregister: Amtsgericht Hamburg HRB 100089 / Managing Director: Götz Lehsten / Registered Seat: Hamburg / Company Register: Amtsgericht Hamburg HRB 100089

This email and any attachments may contain confidential information and is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are requested to please delete this message and any copy of it immediately from your computer system and kindly notify the sender. Opinions expressed in this email are those of the individual, and do not necessarily represent those of O.W. Bunker Germany GmbH. Whilst O.W. Bunker Germany GmbH has taken steps to minimise the risk of software virus contamination, it cannot accept liability for any damage from any virus software or the like contained in this email. Thank you!

Please consider the environment before printing this email

Message

| | |
|---|---|
| **From**: | Kai Zhou [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAI ZHOU16F] |
| **Sent**: | 10/10/2014 4:03:43 AM |
| **To**: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject**: | Seaspan Hamburg / Santa Ricarda |

Good morning Karl,

I am putting two vessel together

Tacoma :

US Oil : offering OWB exclusively .   Can do either vessel prefer later one (Santa Ricarda) .   CANNOT DO BOTH .

RMK700cst $521/mtd booming : $2200

Typicals : 14.3 API, 211F flash, -6C pour, 2.5 sulfur, AL+Si <10, Na <10, etc.

Tesoro : ( firm on pricing ) . For either or both :

RMK700cst :  $523/mtd  booming :$2450

Typicals:  510 Vis,10.5 API, 0.05 Water , 0.05 Ash , 1.88 Sul

P66 : will be keen and ready to get them in OAK

**OAKLAND:**

**P66 : offering OWB exclusively**

**For either or both :**

**RMK700cst : $516/mtd   C.A.Tax if applicable**

Typicals

| | |
|---|---|
| API | 9.67 |
| VIS | 617.57 |
| Flash | 174.07 |
| POUR | 39.545 |
| CCR | 11.284 |
| ASH | 0.0336 |
| H20 | 0.0991 |
| S | 3.2 |
| V | 103.37 |
| Na | 35.309 |
| Al | 18.506 |
| Si | 29.076 |
| SED | 0.0099 |
| Al+Si | 35 |

LA :

OWB physical :

For either or both :$531/mtd    c.a.Tax if applicable . $450 if deliver at anchorage

Projected RMK:

8.7 API

450 Visc

3.3% Sulf

157 Flash

16 MCR

45 Al + Si

0.02 Ash

290 Van

0.2 Water

All over the market.

Let me know

Kai

From: Karl Heinz Selmer
Sent: Thursday, October 09, 2014 9:23 PM
To: 2.OWB.US.Houston_all; Kai Zhou
Cc: trading@owbunker.de
Subject: Hapag Lloyd Inquiry Tomorrow 10:00 Seaspan Hamburg

Dear Colleagues,

like to inform you about the attached inquiry which please quote Tomorrow on basis FOB by 10:00 Hamburg time.

Details as per below:

2900 MT RMK700 HSFO in either Tacoma 16.10.2014 / Oakland 22.10.2014 / Los Angeles 24.10.2014

Thank you

O.W. Bunker Germany GmbH

Karl-Heinz Selmer

Direct: +49 40 325590 12
Mobile: +49 151 276276 80

Message

| | |
|---|---|
| **From**: | Kai Zhou [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAI ZHOU16F] |
| **Sent**: | 10/23/2014 4:10:08 AM |
| **To**: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject**: | RE: SOFIA EXPRESS - Tacoma |

Good morning Karl,

US Oil is offering only OWB:

$490/mtd   Booming : $2200

Typicals : 14.3 API, 211F flash, -6C pour, 2.5 sulfur, AL+Si <10, Na <10, etc.

Tesoro : offering only 2 traders :

$495/mtd   Booming : $2450

Typicals: ~10-11 API, ~520 Visc, ~176 Flash, ~1.89 Sulfur, ~45 Al/Si

P66 : price not competitive these days I am not covering him ( I am very good with them but if I cover P66 I will need to support and provide feedback or last look to P66 ) . Nonetheless if you see other trader offers better price basis P66, we can of course match.

Best regards.

Kai

**From:** Karl Heinz Selmer
**Sent:** Wednesday, October 22, 2014 7:35 AM
**To:** 2.OWB.US.Houston_all
**Cc:** trading@owbunker.de
**Subject:** SOFIA EXPRESS - Tacoma

OWG-9949-000514

Dear Colleagues,

pls quote with overnight val:

**SOFIA EXPRESS**

HFO:   2700 mt RMK 700

In Tacoma on 29.10.2014

Thanks

**O.W. Bunker Germany GmbH**

**Karl-Heinz Selmer**

Direct:  +49 40 325590 12
Mobile: +49 151 276276 80
Yahoo: khse_owbunker
Email:   khse@owbunker.de
Internet: www.owbunker.com
O.W. Bunker Germany GmbH, Neumühlen 11, 22763 Hamburg

Geschäftsführer: Götz Lehsten / Sitz: Hamburg / Handelsregister: Amtsgericht Hamburg HRB 100089 / Managing Director: Götz Lehsten / Registered Seat: Hamburg / Company Register: Amtsgericht Hamburg HRB 100089
This email and any attachments may contain confidential information and is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are requested to please delete this message and any copy of it immediately from your computer system and kindly notify the sender. Opinions expressed in this email are those of the individual, and do not necessarily represent those of O.W. Bunker Germany GmbH. Whilst O.W. Bunker Germany GmbH has taken steps to minimise the risk of software virus contamination, it cannot accept liability for any damage from any virus software or the like contained in this email. Thank you!

Please consider the environment before printing this email