# EXHIBIT 15

| | |
|---|---|
| From: | Karl Heinz Selmer [khse@owbunker.de] |
| Sent: | Friday, October 10, 2014 4:16 AM |
| To: | Gaus, Lukas |
| Subject: | typcials - TACOMA / Oakland / LA |

Tacoma
US OIL Typicals : 14.3 API, 680Visc, 211F flash, -6C pour, 2.15 sulfur, AL+Si

Tesoro Typicals: 510 Vis,10.5 API, 0.05 Water , 0.05 Ash , 1.88 Sul

Oakland
P66

Typicals
API 9.67
VIS 617.57
Flash 174.07
POUR 39.545
CCR 11.284
ASH 0.0336
H20 0.0991
S 3.2
V 103.37
Na 35.309
Al 18.506
Si 29.076
SED 0.0099
Al+Si 35

OW LA

8.7 API
450 Visc
3.3% Sulf
157 Flash
16 MCR
45 Al + Si
0.02 Ash
290 Van
0.2 Water

HPL-USOT 00093

| | |
|---|---|
| From: | Karl Heinz Selmer [khse@owbunker.de] |
| Sent: | Wednesday, October 01, 2014 3:53 AM |
| To: | Gaus, Lukas |
| Subject: | SANTA ROBERTA - Typicals |

**Tacoma**

Tesoro: Typicals: 510 Visc, 10.5 API, 0.05 Water, 0.05 Ash, 1.88 Sulfur

US OIL: Typicals 14.3 API, 211F flash, -6C pour, 2.15 sulfur, AL+Si

**Oakland**

P66
Typicals
API 9.67
VIS 617.57
Flash 174.07
POUR 39.545
CCR 11.284
ASH 0.0336
H20 0.0991
S 3.2
V 103.37
Na 35.309
Al 18.506
Si 29.076
SED 0.0099
Al+Si 35

**LA**

OW
RMK:

8.9 API
340 Visc
3.3% Sulf
157 Flash
15 MCR
20 Al + Si
0.02 Ash
260 Van
**0.2 Water**

1

HPL-USOT 00142

**From:** Karl Heinz Selmer [khse@owbunker.de]  
**Sent:** Thursday, October 09, 2014 3:56 AM  
**To:** Niemeyer, Dorit  
**Subject:** Typicals - VIENNA XP - Tacoma

P66

|  | RMK700 |
|---|---|
| API | 13.50 |
| VIS | 640.00 |
| FLASH | 169 |
| POUR | 36 |
| CCR / MCR | 14.1 |
| ASH | 0.030 |
| H2O | 0.05 |
| S | 1.88 |
| V | 73 |
| Na | 30 |
| Al | 14 |
| Si | 32 |
| Sed | 0.015 |
| Al+Si | 42.0 |

TESORO Typicals: 510 Vis, 10.5 API, 0.05 Water, 0.05 Ash, 1.88 Sul

USOIL Typicals : 14.3 API, 658 Vis 211F flash, -6C pour, 2.15 sulfur, AL+Si

1

HPL-USOT 00180