# EXHIBIT 16

4140 Mineralöleinkauf
**MINERALOL-Preisvereinbarungen für HFO und MDO**

**Hapag-Lloyd**

| | | | | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|
| Schiff: | | SEASPAN HAMBURG | | Hafen: | Tacoma | ~~Oakland~~ | ~~Los Angeles~~ | |
| | | | | ETA: | 16/10/14 0:00 | ~~22/10/14 0:00~~ | ~~24/10/14 0:00~~ | |
| Bestellmenge IFO/MFO (mt): | 2900 | | Bestelltyp IFO/MFO: | RMK 700 | ETS: | 16/10/14 0:00 | | |
| Bestellmenge MDO (mt): | | | Bestelltyp MDO: | | | | | |

| | | Nettopreise US $ pmt. | | | | | Analysendaten zur Heizwertbestimmung | | | | Brennstoffqualität: | | Bestellkombination: | | Zins % | Notizen | H a f e n a u s w a h l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IFO / MFO | | | MDO | | | | | | CCAI MAX RMG: 855 / RMK: 870 | Netto MJ/KG | Abstand zum besten Energie-Preis ($/mt) | IFO/MFO Gesamt-kosten nach Energiewert gewichtet ($) | IFO/MFO + MDO Gesamt-kosten nach Energiewert gewichtet ($) | 5 Z a h l z i e l | |
| W a h l | Anbieter | 1. Offer | 2. Offer | 3. Offer | 1. Offer | 2. Offer | 3. Offer | Visk-osität 50°C | Schwefel % | Dichte kg/cbm. 15°C | Asche % | Wasser % | | | | | | |
| | Chemoil | | | | | | | | | | | | | | | | | |
| | Gefo | 528 | | | | | | 495 | 3.1 | 1008 | 0.01 | 0.02 | 866 | 39.963 | $15.34 | $1,561,186 | | P66 | 2 |
| | OW Bunker | 521 | | | | | | 495 | 3.1 | 1008 | 0.01 | 0.02 | 866 | 39.963 | $8.34 | $1,540,886 | | P66 | 2 |
| | Peninsula | 518 | 517 | 516.5 | | | | 470 | 3 | 1008.2 | 0.045 | 0.1 | 867 | 39.942 | $4.10 | $1,528,593 | | Chevron | 2 |
| | Gefo 2te | 526.5 | | | | | | 510 | 1.88 | 991.7 | 0.05 | 0.05 | 850 | 40.549 | $6.32 | $1,535,038 | | Tesoro | 3 |
| X | OW Bunker 2te | 523 | | | | | | 680 | 2.15 | 969.5 | 0.05 | 0.05 | 825 | 40.769 | lowest energy cost | $1,516,700 | | US Oil - only one vessel! | 1 |
| | Peninsula 2te | 525 | | | | | | 510 | 1.88 | 991.7 | 0.05 | 0.05 | 850 | 40.549 | $4.82 | $1,530,688 | | Tesoro | 1 |

| Verkäufer: | OW Bunker | Name: | Karl Heinz Selmer | Best Nr.: | 028 | 4504073597 |
|---|---|---|---|---|---|---|
| Physischer Lieferant: | US Oil | Datum: | 10/10/2014 | US-$: | | $1,516,700.00 |
| | | | | Unterschrift: | | |

HPL-USOT 00094

4140 Mineralöleinkauf
## MINERALOL-Preisvereinbarungen für HFO und MDO

**Hapag-Lloyd**

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Schiff: Sofia Express | Hafen: Tacoma | | | |
| | ETA: 29/10/14 0:00 | | | |
| Bestellmenge IFO/MFO (mt): 2700 | Bestelltyp IFO/MFO: RMK 700 | ETS: | | |
| Bestellmenge MDO (mt): | Bestelltyp MDO: | | | |

| Wahl | Anbieter | Nettopreise US $ pmt. ||||||  Analysendaten zur Heizwertbestimmung |||||  CCAI MAX RMG: 855 / RMK: 870 | Netto MJ/KG | Abstand zum besten Energie-Preis ($/mt) | IFO/MFO Gesamt-kosten nach Energiewert gewichtet ($) | IFO/MFO + MDO Gesamt-kosten nach Energiewert gewichtet ($) | Zins % 5 | Notizen | Hafenauswahl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IFO / MFO ||| MDO ||| Visk-osität 50°C | Schwefel % | Dichte kg/cbm. 15°C | Asche % | Wasser % | | | | | | Zahlziel | | |
| | | 1. Offer | 2. Offer | 3. Offer | 1. Offer | 2. Offer | 3. Offer | | | | | | | | | | | | | |
| | Chemoil | k.a. | | | | | | | | | | | | | | | | | | |
| | Gefo | 498 | | | | | | 529 | 1.89 | 996 | 0.05 | 0.05 | 854 | 40.485 | $10.46 | $1,356,652 | | | Tesoro | |
| | Monjasa | k.a. | | | | | | | | | | | | | | | | | | |
| X | OW Bunker | 495 | 494.5 | 492 | | | | 620 | 1.9 | 969 | 0.05 | 0.05 | 825 | 40.856 | lowest energy cost | $1,328,400 | | | US Oil | |
| | Peninsula | 496 | 493.5 | | | | | 529 | 1.89 | 996 | 0.05 | 0.05 | 854 | 40.485 | $5.96 | $1,344,502 | | | Tesoro | |

| Verkäufer: | OW Bunker | Name: | K.H. Selmer | Best Nr.: | 029 | 4504078460 |
|---|---|---|---|---|---|---|
| Physischer Lieferant: | US Oil | Datum: | 10/23/2014 | US-$: | | $1,328,400.00 |
| | | | | Unterschrift: | | |

HPL-USOT 00117

4140 Mineralöleinkauf
## MINERALOL-Preisvereinbarungen für HFO und MDO



| | | | | | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Schiff: | Santa Roberta | | | | Hafen: | ~~Los Angeles~~ | ~~Oakland~~ | Tacoma | |
| | | | | | ETA: | ~~3/10/14 8:00~~ | ~~5/10/14 8:00~~ | 9/10/14 8:00 | |
| Bestellmenge IFO/MFO (mt): | 2700 | | Bestelltyp IFO/MFO: | RMK 700 | ETS: | ~~3/10/14 17:00~~ | ~~6/10/14 6:00~~ | 9/10/14 18:00 | |
| Bestellmenge MDO (mt): | 100 | | Bestelltyp MDO: | DMA (0.1) | | | | | |

| | | Nettopreise US $ pmt. | | | | | Analysendaten zur Heizwertbestimmung | | | | CCAI MAX RMG: 855 / RMK: 870 | Netto MJ/KG | Abstand zum besten Energie-Preis ($/mt) | IFO/MFO Gesamt-kosten nach Energiewert gewichtet ($) | IFO/MFO + MDO Gesamt-kosten nach Energiewert gewichtet ($) | Notizen | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wahl | Anbieter | IFO / MFO | | | MDO | | | Viskosität 50°C | Schwefel % | Dichte kg/cbm. 15°C | Asche % | Wasser % | | | | | | |
| | | 1. Offer | 2. Offer | 3. Offer | 1. Offer | 2. Offer | 3. Offer | | | | | | | | | | | |
| | Chemoil | k.A. | | | k.A. | | | | | | | | | | | | k.A. | 1 |
| | Gefo | k.A. | | | 891 | | | | | | | | | | | | Maxum | 1 |
| X | OW Bunker | 554 | | | | | | 490 | 2.15 | 969.5 | 0.05 | 0.05 | 828 | 40.769 | lowest energy cost | $1,495,800 | | US Oil | 3 |
| | Peninsula | 555 | | | 947 | | | 617 | 3.2 | 1001.3 | 0.0336 | 0.09 | 857 | 39.985 | $11.65 | $1,527,249 | $1,621,949 | P66 | 3 |
| | Gefo 2te | 553 | | | | | | 470 | 2.88 | 1008.7 | 0.045 | 0.1 | 867 | 39.973 | $9.81 | $1,522,291 | | Chevron | 2 |
| | Gefo 2te | 557.5 | | | | | | 510 | 1.88 | 995.9 | 0.05 | 0.05 | 854 | 40.490 | $7.29 | $1,515,490 | | Tesoro | 3 |
| | OW Bunker 2te | 556 | | | 947 | | | 617 | 3.2 | 1001.3 | 0.0336 | 0.09 | 857 | 39.985 | $12.65 | $1,529,949 | $1,624,649 | P66 | 3 |
| | OW Bunker 2te | 555 | | | 895 | 885 | | 340 | 3.3 | 1006.9 | 0.02 | 0.2 | 869 | 39.833 | $13.72 | $1,532,836 | $1,621,336 | OW Bunker | 1 |
| | Peninsula 2te | 557 | | | 1030 | | | 510 | 1.88 | 995.9 | 0.05 | 0.05 | 854 | 40.490 | $6.79 | $1,514,140 | $1,617,140 | Tesoro | 3 |

| Verkäufer: | OW Bunker | Name: | Karl Heinz Selmer | Best Nr.: | 028 | 4504069984/4504069986 |
|---|---|---|---|---|---|---|
| Physischer Lieferant: | Us Oil / OW Bunker | Datum: | 10/1/2014 | US-$: | | $1,495,800.00 |
| | | | | Unterschrift: | | |

# Hapag-Lloyd

4140 Mineralöleinkauf
## MINERALOL-Preisvereinbarungen für HFO und MDO

| Schiff: | Vienna Expres | Hafen: | 1 Tacoma | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| | | ETA: | 16.10.14 0:00 | | | |
| Bestellmenge IFO/MFO (mt): | 2700 | Bestelltyp IFO/MFO: RMK 700 | ETS: | | | |
| Bestellmenge MDO (mt): | | Bestelltyp MDO: | | | | |

| Wahl | Anbieter | Nettopreise US $ pmt. IFO / MFO | | | MDO | | | Analysendaten zur Heizwertbestimmung | | | | CCAI MAX RMG: 855 / RMK: 870 | Netto MJ/KG | Abstand zum besten Energie-Preis ($/mt) | IFO/MFO Gesamt- kosten nach Energiewert gewichtet ($) | IFO/MFO + MDO Gesamt- kosten nach Energiewert gewichtet ($) | Zins % s z a h l z i e l | Notizen | Hafenauswahl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1. Offer | 2. Offer | 3. Offer | 1. Offer | 2. Offer | 3. Offer | Visk- osität 50°C | Schwefel % | Dichte kg/cbm. 15°C | Asche % | Wasser % | | | | | | | |
| | Gefo | 532,5 | | | | | | 510 | 1,88 | 996 | 0,05 | 0,05 | 854 | 40,488 | $8,25 | $1.447.879 | | tesoro | |
| X | OW Bunker | 529 | 528 | | | | | 650 | 2,1 | 970 | 0,05 | 0,05 | 826 | 40,778 | lowest energy cost | $1.425.600 | | us oil rmk 700 | |
| | Peninsula | 530 | 529 | | | | | 510 | 1,88 | 996 | 0,05 | 0,05 | 854 | 40,488 | $4,75 | $1.438.429 | | Tesoro | |
| | Chemoil | k.a. | | | | | | | | | | | | | | | | | |
| | Pan Nation | k.a. | | | | | | | | | | | | | | | | | |

| Verkäufer: | OW Bunker | Name: | K.H. Selmer | Best Nr.: | 029 | 4504073073 |
|---|---|---|---|---|---|---|
| Physischer Lieferant: | US Oil | Datum: | 06.10.2014 | US-$: | | $1.425.600,00 |
| | | | | Unterschrift: | | |