# **EXHIBIT 19**

Message

| | |
|---|---|
| **From**: | trading@owbunker.de [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EMAIL.TRADING@WRISTBUNKER.DE85E] |
| **Sent**: | 10/1/2014 2:21:51 PM |
| **To**: | 2.OWB.US.Houston_all [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2.OWB.US.Houston_alle81] |
| **Subject**: | SANTA ROBERTA - TACOMA - 09.10.2014 - Purchase Order Confirmation No. 119-28179 |
| **Attachments**: | Purchase Order Confirmation - 119-Q0000025420.pdf |

```
Good day,

Please find enclosed your Purchase Order Confirmation as requested.


Best regards
O.W. Bunker Germany GmbH

Bunker Trader
Karl Heinz Selmer
Neumühlen 11
D-22763 Hamburg
Germany

Office:+49 40 3255900
Direct:+49 4032 5590 12
Mobile:+49 151 276 276 80
Fax:   +49 40 330471
Email: khse@owbunker.de
Yahoo ID: khse_owbunker
```

**O.W. Bunker Germany GmbH**
**WW Division**

**Bunker**

O.W. Bunker USA. Inc.   (1685)
2603 Augusta Drive
Suite 440
USA-TX 77057 Houston
United States of America
Mr.

Neumühlen 11
D-22763 Hamburg
Germany
Phone: +49 40 3255900
Fax: +49 40 330471
Tax No. / Steuer Nr. 41/768/03458
E-mail: trading@owbunker.de
Internet: http://www.owbunker.com
Managing director: Götz Lehsten
HR B 100089
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A

# Purchase Order Confirmation

**Purchase Order No.**   119-28179
We are hereby pleased to confirm our nomination as follows:

Hamburg   1. October 2014

| | |
|---|---|
| **Vessel** | SANTA ROBERTA (IMO: 9227326) |
| **Port** | TACOMA |
| **Delivery date** | 9. October 2014 |
| **Account** | O.W. Bunker Germany GmbH |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2.700,00 | MT | Fueloil 700 CST 3,5% | USD | 549,53 | MT | |
| 1,00 | LPS | Booming fee | USD | 2.200,00 | LPS | |

| | |
|---|---|
| **Agent** | NORTON LILLY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |
| **Remarks** | all per ISO8217 2005(E)<br>HALO GTC2007 shall apply. |

Kind Regards

**Karl Heinz Selmer**

| | |
|---|---|
| **Direct** | +49 4032 5590 12 |
| **Mobile** | +49 151 276 276 80 |
| **Yahoo ID** | khse_owbunker |
| **E-Mail** | khse@owbunker.de |
| **Office E-Mail** | trading@owbunker.de |

O.W. Bunker Germany GmbH
WW Division



**SELLER ENSURES:**
-------------------------------
Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

OWG-9949-000192

Message

| | |
|---|---|
| **From**: | trading@owbunker.de [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EMAIL.TRADING@WRISTBUNKER.DE85E] |
| **Sent**: | 10/10/2014 3:15:07 PM |
| **To**: | 2.OWB.US.Houston_all [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2.OWB.US.Houston_alle81] |
| **Subject**: | SEASPAN HAMBURG - TACOMA - 16.10.2014 - Purchase Order Confirmation No. 119-28241 |
| **Attachments**: | Purchase Order Confirmation - 119-Q0000025579.pdf |

Good day,

Please find enclosed your Purchase Order Confirmation as requested.


Best regards
O.W. Bunker Germany GmbH

Bunker Trader
Karl Heinz Selmer
Neumühlen 11
D-22763 Hamburg
Germany

Office:+49 40 3255900
Direct:+49 4032 5590 12
Mobile:+49 151 276 276 80
Fax:    +49 40 330471
Email: khse@owbunker.de
Yahoo ID: khse_owbunker

**O.W. Bunker Germany GmbH**
**WW Division**

**Bunker**

O.W. Bunker USA. Inc.   (1685)
2603 Augusta Drive
Suite 440
USA-TX 77057 Houston
United States of America
Mr.

Neumühlen 11
D-22763 Hamburg
Germany
Phone: +49 40 3255900
Fax: +49 40 330471
Tax No. / Steuer Nr. 41/768/03458
E-mail: trading@owbunker.de
Internet: http://www.owbunker.com
Managing director: Götz Lehsten
HR B 100089
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A

# Purchase Order Confirmation

**Purchase Order No.**   119-28241
We are hereby pleased to confirm our nomination as follows:

Hamburg   10. October 2014

| | |
|---|---|
| **Vessel** | SEASPAN HAMBURG (IMO: 9224300) |
| **Port** | TACOMA |
| **Delivery date** | 16. October 2014 |
| **Account** | O.W. Bunker Germany GmbH |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2.900,00 | MT | Fueloil 700 CST 3,5% | USD | 519,97 | MT | Barge |
| 1,00 | LPS | Booming fee | USD | 2.200,00 | LPS | |

| | |
|---|---|
| **Agent** | NORTON LILLY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |
| **Remarks** | all per ISO8217 2005(E)<br>HALO GTC 2007 shall apply. |

Kind Regards

**Karl Heinz Selmer**

| | |
|---|---|
| **Direct** | +49 4032 5590 12 |
| **Mobile** | +49 151 276 276 80 |
| **Yahoo ID** | khse_owbunker |
| **E-Mail** | khse@owbunker.de |
| **Office E-Mail** | trading@owbunker.de |

O.W. Bunker Germany GmbH
WW Division


**SELLER ENSURES:**
-------------------------------
Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

Message

| | |
|---|---|
| **From**: | westafrica@owbunker.com [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EMAIL.WESTAFRICA@OWBUNKER.COM5B3] |
| **Sent**: | 10/23/2014 5:05:29 PM |
| **To**: | 2.OWB.US.Houston_all [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2.OWB.US.Houston_alle81] |
| **CC**: | westafrica@owbunker.com [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=email.westafrica@owbunker.com5b3] |
| **Subject**: | SOFIA EXPRESS - TACOMA - 29.10.2014 - Purchase Order Confirmation No. 176-22763 |
| **Attachments**: | Purchase Order Confirmation - 176-Q0000005729.pdf |

Good day,

Please find enclosed your Purchase Order Confirmation as requested.


Best regards
O.W. Bunker Germany GmbH

Bunker Trader
Jose Antonio Monroy Ramirez
Neumühlen 11
D-22763 Hamburg
Germany

Office:+49 40 32 55 900
Direct:+49 4032 5590 73
Mobile:+49 (151) 276 276 45
Fax:
Email: jora@owbunker.de
Yahoo ID: jora_owbunker

**O.W. Bunker Germany GmbH**
**O.W. Bunker Germany Sourcing**

**Bunker**

O.W. Bunker USA. Inc.   (1685)
2603 Augusta Drive
Suite 440
USA-TX 77057 Houston
United States of America
Mr.

Neumühlen 11
D-22763 Hamburg
Germany
Phone: +49 40 3255900
Fax: +49 40 330471
Tax No. / Steuer Nr. 41/768/03458
E-mail: trading@owbunker.de
Internet: http://www.owbunker.com
Managing director: Götz Lehsten
HR B 100089
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A

# Purchase Order Confirmation

**Purchase Order No.**   176-22763
We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| **Vessel** | SOFIA EXPRESS (IMO: 9450404) |
| **Port** | TACOMA |
| **Delivery date** | 29. October 2014 |
| **Account** | O.W. Bunker Germany GmbH |

Hamburg   23. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2.700,00 | MT | Fueloil 700 CST 3,5% | USD | 490,36 | MT | Barge |
| 1,00 | LPS | Booming fee | USD | 2.200,00 | LPS | |

| | |
|---|---|
| **Agent** | NORTON LILLY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |
| **Remarks** | all per ISO8217n2005(E)<br>HALO GTC 2007 shalll apply |

**Kind Regards**

**Jose Antonio Monroy Ramirez**

| | |
|---|---|
| **Direct** | +49 4032 5590 73 |
| **Mobile** | +49 (151) 276 276 45 |
| **Yahoo ID** | jora_owbunker |
| **E-Mail** | jora@owbunker.de |
| **Office E-Mail** | westafrica@owbunker.com |

O.W. Bunker Germany GmbH  
O.W. Bunker Germany Sourcing



**SELLER ENSURES:**
--------------------------------
Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

Message

| | |
|---|---|
| **From**: | trading@owbunker.de [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EMAIL.TRADING@WRISTBUNKER.DE85E] |
| **Sent**: | 10/9/2014 9:35:31 AM |
| **To**: | 2.OWB.US.Houston_all [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2.OWB.US.Houston_alle81] |
| **Subject**: | VIENNA EXPRESS - TACOMA - 16.10.2014 - Purchase Order Confirmation No. 119-28229 |
| **Attachments**: | Purchase Order Confirmation - 119-Q0000025559.pdf |

```
Good day,

Please find enclosed your Purchase Order Confirmation as requested.


Best regards
O.W. Bunker Germany GmbH

Bunker Trader
Karl Heinz Selmer
Neumühlen 11
D-22763 Hamburg
Germany

Office:+49 40 3255900
Direct:+49 4032 5590 12
Mobile:+49 151 276 276 80
Fax:   +49 40 330471
Email: khse@owbunker.de
Yahoo ID: khse_owbunker
```

**O.W. Bunker Germany GmbH**
**WW Division**

**Bunker**

O.W. Bunker USA. Inc.   (1685)
2603 Augusta Drive
Suite 440
USA-TX 77057 Houston
United States of America
Mr.

Neumühlen 11
D-22763 Hamburg
Germany
Phone: +49 40 3255900
Fax: +49 40 330471
Tax No. / Steuer Nr. 41/768/03458
E-mail: trading@owbunker.de
Internet: http://www.owbunker.com
Managing director: Götz Lehsten
HR B 100089
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A

# Purchase Order Confirmation

**Purchase Order No.**   119-28229

We are hereby pleased to confirm our nomination as follows:

Hamburg   9. October 2014

| | |
|---|---|
| **Vessel** | VIENNA EXPRESS (IMO: 9450416) |
| **Port** | TACOMA |
| **Delivery date** | 16. October 2014 |
| **Account** | O.W. Bunker Germany GmbH |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2.700,00 | MT | Fueloil 700 CST 3,5% | USD | 522,15 | MT | Barge |
| 1,00 | LPS | Booming fee | USD | 2.200,00 | LPS | |

| | |
|---|---|
| **Agent** | NORTEN LILLY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |
| **Remarks** | all per ISO8217 2005(E)<br>HALO GTC2007 shall apply |

Kind Regards

**Karl Heinz Selmer**

| | |
|---|---|
| **Direct** | +49 4032 5590 12 |
| **Mobile** | +49 151 276 276 80 |
| **Yahoo ID** | khse_owbunker |
| **E-Mail** | khse@owbunker.de |
| **Office E-Mail** | trading@owbunker.de |

O.W. Bunker Germany GmbH
WW Division



**SELLER ENSURES:**
-------------------------------
Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.