# EXHIBIT 20

Message

| | |
|---|---|
| **From**: | 2.OWB.US.Houston_all [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2.OWB.US.HOUSTON_ALLE81] |
| **Sent**: | 10/1/2014 1:41:46 PM |
| **To**: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject**: | SANTA ROBERTA - TACOMA - 10/9/2014 - Sales Order Confirmation No. 172-13072 |
| **Attachments**: | Sales Order Confirmation - 172-Q0000007772.pdf |

Good day,

Thank you very much for your order, which we are pleased to confirm as per attached Sales Order Confirmation. We recommend that you check the details and kindly report any errors or omissions immediately.

Should you have any further requests, please do not hesitate to contact us.


Best regards
O.W. Bunker USA Inc.

Bunker Purchaser, North America
Kai Zhou
Office:+1 281 946 2300
Direct:+1 281 946 2306
Mobile:+1 281 734 9719
Fax:   +1 281 946 2301
Email: kaiz@owbunker.com
Yahoo ID: kaiz_owbunker

# O.W. Bunker USA Inc.



O.W. Bunker Germany GmbH - WW   (10070)
Neumühlen 11
D-22763 Hamburg
Germany
Mr. Karl-Heinz Selmer

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Sales Order Confirmation

| | | |
|---|---|---|
| **Sales Order No.** | **172-13072** | |

We are hereby pleased to acknowledge receipt of your order as follows :

HOUSTON   1. October 2014

| | |
|---|---|
| **Vessel** | SANTA ROBERTA (IMO: 9227326) |
| **Port** | TACOMA |
| **Delivery date** | 9. October 2014 |
| **Seller** | O.W. Bunker USA Inc. |
| **Your ref.** | |
| **Account** | MASTER AND/OR OWNER AND/OR CHARTERERS AND/OR MV SANTA ROBERTA AND/OR O.W. BUNKER GERMANY GMBH - WW |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Supplier |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 549.80 | MT | US Oil Trading LLC |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | US Oil Trading LLC |

| | |
|---|---|
| **Agent** | NORTON LILY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY UPON PRESENTATION OF INVOICE (ORIGINAL/TELEX/FAX). COPY OF DELIVERY RECEIPT WILL BE FORWARDED WHEN WE HAVE RECEIVED SAME. |
| **Remarks** | |

We thank you for this nomination.

**Kind Regards**

**Kai Zhou**

| | |
|---|---|
| **Direct** | +1 281 946 2306 |
| **Mobile** | +1 281 734 9719 |
| **Yahoo ID** | kaiz_owbunker |
| **E-Mail** | kaiz@owbunker.com |
| **Office E-Mail** | houston@owbunker.com |

OWG-9949-000465

**O.W. Bunker USA Inc.**



**TERMS AND CONDITIONS.**

---------------------------------------------

**SAMPLES:**

Measuring and sampling to be done at barge/tanktruck/shoreside manifold, and receiving Vessels crew is requested to witness and verify the measuring of quantity and the drawing and sealing of samples. These verified quantities as noted in the BDR aswell as these samples taken are the only ones deemed representative, and any dispute regarding quality to be settled by testing these retained samples by an independent laboratory at port/place of delivery, and result of this testing is deemed to be final and binding for both parties.

**TERMS:**

The sale and delivery of the marine fuels described above are subject to the OW Bunker Group's Terms and Conditions of sale(s) for Marine Bunkers. The acceptance of the marine bunkers by the vessel named above shall be deemed to constitute acceptance of the said general terms applicable to you as ´Buyer´ and to O.W. Bunker USA Inc. as ´Seller´.
The fixed terms and conditions are well known to you and remain in your possession. If this is not the case, the terms can be found under the web address:
http://owbunker.com/wp-content/uploads/2013/12/OWB_GTC_ValidFrom01092013.pdf

**GUIDELINES FOR RECEIVING BUNKERS:**

We strongly urge you to forward the information regarding: General Instructions and Guidelines for Bunkering, for Receiving Vessels, on page 3, soonest possible to your Chief Engineer onboard.Following the suggested Guidelines should minimize risk of quantity disputes.Please bear in mind that barge figures are the sole valid quantity determination, wherefore Chief Engineer's attendance onboard the barge is extremely important.

**OTHERWISE:**

Any errors or omissions in above Confirmation should be reported immediately.

PLEASE INFORM US BY RETURN IF ABOVE NOMINATION DETAILS ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

OWG-9949-000466

**O.W. Bunker USA Inc.**



**GENERAL INSTRUCTIONS AND GUIDELINES FOR BUNKERING, FOR RECEIVING VESSELS**

**BEFORE BUNKERING:**

Please make sure to check all information given by the supplier on Bunker Requisition Form or such similar form as the supplier presents via the barge. If you notice changes in quantity or quality please urgently contact the relevant person in charge in your own operations to have same verified.

Make sure to witness and verify initial measurements and ullaging onboard the barge before. ALL tanks to be checked and measured including actual temperature of cargo – also including those tanks said not to be included in the particular supply (idle tanks). Compare measurements and verify the quantities as per barge ullage tables. When in full agreement please sign the ullage/sounding report for Before Supply figures. If any disagreements with the measurements, temperature and thereby figures please advise this on the Sounding form or, if not allowed, on separate Letter of Protest (make sure to obtain signature and stamp from barge Master for receipt).

If surveyor attends please ensure the surveyor also participates in measuring all barge tanks before supply and verify the figures.

**DURING BUNKERING:**

Always place a watchman to witness safe operation including also proper and correct sampling. The watchman must ensure that sampling is done properly, as continuous drip sampling throughout the delivery, and that clean devices are used for sampling. Also the watchman must witness proper and correct division into minimum 4 (four) clean and new identical sample bottles, including proper labeling and sealing of ALL samples. Make sure original sample (cubitainer) is shaken vigorously for 3 minutes before splitting into the 4 sample bottles and that bottles are filled in several passes. All seal numbers to be inserted into the Bunker Delivery Receipt (BDR). The MARPOL sample must be one of these samples drawn under witnessing.

The watchman must pay special attention to the bunker hose, and any un-agreed attempts to transfer air via same should cause immediate stoppage unless the use of air is caused by stripping of barge tanks, which stripping to be agreed in advance by both parties. If air is blown on continued basis, and stoppage on the supply not possible for any reason, the incident to be stated on a Letter of Protest, which should also contain the time (hours from/to) that airblow was notified.

It is known in some areas that the so-called Cappucino Effect may be used or attempted to be used during supply. Pay special attention hereto and take all necessary precautions to observe, which includes:
- During tank measurements before it should be notified whether there are signs of air on the measuring tape used for ullaging.
- Look carefully for any signs of bubbles or similar on the surface of the fuel when it is still onboard the barge.
- Agree with the barge when and if they are going to make stripping of their tanks.
- Check and note the draft fore, mid and aft on the barge before and after supply to compare.
- If any signs at all of cappuccino or similar (except eventual stripping, agreed in advance), please stop the supply immediately and compare supply quantities made so far.
- Contact vessel operator in charge and request notification to the Seller and Supplier immediately.
- If surveyor attending please ensure that the surveyor signs a Letter of Protest also.
- After stopping the bunker supply please wait minimum 1 hour to await bubbles to disappear and re-measure the barge jointly with barge Master.

**AFTER COMPLETION:**

Repeat the measurement, sounding and ullaging of the barge, including verification of temperature of each tank. Make sure also on completion to verify contents of ALL tanks, including those being idle.

Report (ullage) must be signed by all parties involved, including eventual nominated surveyor. If disagreements with the figures (mm, temperature) a Letter of Protest to be issued, but also such specific disagreements to be stated on the Ullage report covering "after" supply.

OWG-9949-000467

**O.W. Bunker USA Inc.**



**QUANTITY COMPLAINTS:**

**Receiving Vessel to inform discrepancies in writing latest upon completion of taking the bunkers.**

OWG-9949-000468

Message

| | |
|---|---|
| **From**: | 2.OWB.US.Houston_all [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2.OWB.US.HOUSTON_ALLE81] |
| **Sent**: | 10/9/2014 2:39:08 PM |
| **To**: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject**: | VIENNA EXPRESS - TACOMA - 10/16/2014 - Sales Order Confirmation No. 172-13121 |
| **Attachments**: | Sales Order Confirmation - 172-Q0000007861.pdf |

Good day,

Thank you very much for your order, which we are pleased to confirm as per attached Sales Order Confirmation. We recommend that you check the details and kindly report any errors or omissions immediately.

Should you have any further requests, please do not hesitate to contact us.


Best regards
O.W. Bunker USA Inc.

Bunker Purchaser, North America
Kai Zhou
Office:+1 281 946 2300
Direct:+1 281 946 2306
Mobile:+1 281 734 9719
Fax:   +1 281 946 2301
Email: kaiz@owbunker.com
Yahoo ID: kaiz_owbunker

OWG-9949-000487

# O.W. Bunker USA Inc.



O.W. Bunker Germany GmbH - WW   (10070)
Neumühlen 11
D-22763 Hamburg
Germany
Mr. Karl-Heinz Selmer

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Sales Order Confirmation

**Sales Order No.**      **172-13121**

We are hereby pleased to acknowledge receipt of your order as follows :

| | | |
|---|---|---|
| **Vessel** | VIENNA EXPRESS (IMO: 9450416) | HOUSTON   9. October 2014 |
| **Port** | TACOMA | |
| **Delivery date** | 16. October 2014 | |
| **Seller** | O.W. Bunker USA Inc. | |
| **Your ref.** | | |
| **Account** | MASTER AND/OR OWNER AND/OR CHARTERERS AND/OR MV VIENNA EXPRESS AND/OR O.W. BUNKER GERMANY GMBH - WW | |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Supplier |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 522.857 | MT | US Oil Trading LLC |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | US Oil Trading LLC |

| | |
|---|---|
| **Agent** | NORTON LILY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY UPON PRESENTATION OF INVOICE (ORIGINAL/TELEX/FAX). COPY OF DELIVERY RECEIPT WILL BE FORWARDED WHEN WE HAVE RECEIVED SAME. |
| **Remarks** | |

We thank you for this nomination.

**Kind Regards**

**Kai Zhou**

| | |
|---|---|
| **Direct** | +1 281 946 2306 |
| **Mobile** | +1 281 734 9719 |
| **Yahoo ID** | kaiz_owbunker |
| **E-Mail** | kaiz@owbunker.com |
| **Office E-Mail** | houston@owbunker.com |

OWG-9949-000488

**O.W. Bunker USA Inc.**



**TERMS AND CONDITIONS.**

--------------------------------------------

**SAMPLES:**

Measuring and sampling to be done at barge/tanktruck/shoreside manifold, and receiving Vessels crew is requested to witness and verify the measuring of quantity and the drawing and sealing of samples. These verified quantities as noted in the BDR aswell as these samples taken are the only ones deemed representative, and any dispute regarding quality to be settled by testing these retained samples by an independent laboratory at port/place of delivery, and result of this testing is deemed to be final and binding for both parties.

**TERMS:**

The sale and delivery of the marine fuels described above are subject to the OW Bunker Group's Terms and Conditions of sale(s) for Marine Bunkers. The acceptance of the marine bunkers by the vessel named above shall be deemed to constitute acceptance of the said general terms applicable to you as ´Buyer´ and to O.W. Bunker USA Inc. as ´Seller´.
The fixed terms and conditions are well known to you and remain in your possession. If this is not the case, the terms can be found under the web address:
http://owbunker.com/wp-content/uploads/2013/12/OWB_GTC_ValidFrom01092013.pdf

**GUIDELINES FOR RECEIVING BUNKERS:**

We strongly urge you to forward the information regarding: General Instructions and Guidelines for Bunkering, for Receiving Vessels, on page 3, soonest possible to your Chief Engineer onboard.Following the suggested Guidelines should minimize risk of quantity disputes.Please bear in mind that barge figures are the sole valid quantity determination, wherefore Chief Engineer's attendance onboard the barge is extremely important.

**OTHERWISE:**

Any errors or omissions in above Confirmation should be reported immediately.

PLEASE INFORM US BY RETURN IF ABOVE NOMINATION DETAILS ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

OWG-9949-000489

**O.W. Bunker USA Inc.**



**GENERAL INSTRUCTIONS AND GUIDELINES FOR BUNKERING, FOR RECEIVING VESSELS**

**BEFORE BUNKERING:**

Please make sure to check all information given by the supplier on Bunker Requisition Form or such similar form as the supplier presents via the barge. If you notice changes in quantity or quality please urgently contact the relevant person in charge in your own operations to have same verified.

Make sure to witness and verify initial measurements and ullaging onboard the barge before. ALL tanks to be checked and measured including actual temperature of cargo – also including those tanks said not to be included in the particular supply (idle tanks). Compare measurements and verify the quantities as per barge ullage tables. When in full agreement please sign the ullage/sounding report for Before Supply figures. If any disagreements with the measurements, temperature and thereby figures please advise this on the Sounding form or, if not allowed, on separate Letter of Protest (make sure to obtain signature and stamp from barge Master for receipt).

If surveyor attends please ensure the surveyor also participates in measuring all barge tanks before supply and verify the figures.

**DURING BUNKERING:**

Always place a watchman to witness safe operation including also proper and correct sampling. The watchman must ensure that sampling is done properly, as continuous drip sampling throughout the delivery, and that clean devices are used for sampling. Also the watchman must witness proper and correct division into minimum 4 (four) clean and new identical sample bottles, including proper labeling and sealing of ALL samples. Make sure original sample (cubitainer) is shaken vigorously for 3 minutes before splitting into the 4 sample bottles and that bottles are filled in several passes.  All seal numbers to be inserted into the Bunker Delivery Receipt (BDR). The MARPOL sample must be one of these samples drawn under witnessing.

The watchman must pay special attention to the bunker hose, and any un-agreed attempts to transfer air via same should cause immediate stoppage unless the use of air  is caused by stripping of barge tanks, which stripping to be agreed in advance by both parties. If air is blown on continued basis, and stoppage on the supply not possible for any reason, the incident to be stated on a Letter of Protest, which should also contain  the time (hours from/to) that airblow was notified.

It is known in some areas that the so-called Cappucino Effect may be used or attempted to be used during supply. Pay special attention hereto and take all necessary precautions to observe, which includes:
- During tank measurements before it should be notified whether there are signs of air on the measuring tape used for ullaging.
- Look carefully for any signs of bubbles or similar on the surface of the fuel when it is still onboard the barge.
- Agree with the barge when and if they are going to make stripping of their tanks.
- Check and note the draft fore, mid and aft on the barge before and after supply to compare.
- If any signs at all of cappuccino or similar (except eventual stripping, agreed in advance), please stop the supply immediately and compare supply quantities made so far.
- Contact vessel operator in charge and request notification to the Seller and Supplier immediately.
- If surveyor attending please ensure that the surveyor signs a Letter of Protest also.
- After stopping the bunker supply please wait minimum 1 hour to await bubbles to disappear and re-measure the barge jointly with barge Master.

**AFTER COMPLETION:**

Repeat the measurement, sounding and ullaging of the barge, including verification of temperature of each tank. Make sure also on completion to verify contents of ALL tanks, including those being idle.

Report (ullage) must be signed by all parties involved, including eventual nominated surveyor. If disagreements with the figures (mm, temperature) a Letter of Protest to be issued, but also such specific disagreements to be stated on the Ullage report covering ''after'' supply.

**O.W. Bunker USA Inc.**



**QUANTITY COMPLAINTS:**

**Receiving Vessel to inform discrepancies in writing latest upon completion of taking the bunkers.**

OWG-9949-000491

**Message**

| | |
|---|---|
| **From**: | 2.OWB.US.Houston_all [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2.OWB.US.HOUSTON_ALLE81] |
| **Sent**: | 10/10/2014 2:59:32 PM |
| **To**: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject**: | SEASPAN HAMBURG - TACOMA - 10/16/2014 - Sales Order Confirmation No. 172-13131 |
| **Attachments**: | Sales Order Confirmation - 172-Q0000007874.pdf |

Good day,

Thank you very much for your order, which we are pleased to confirm as per attached Sales Order Confirmation. We recommend that you check the details and kindly report any errors or omissions immediately.

Should you have any further requests, please do not hesitate to contact us.


Best regards
O.W. Bunker USA Inc.

Bunker Purchaser, North America
Kai Zhou
Office:+1 281 946 2300
Direct:+1 281 946 2306
Mobile:+1 281 734 9719
Fax:   +1 281 946 2301
Email: kaiz@owbunker.com
Yahoo ID: kaiz_owbunker

# O.W. Bunker USA Inc.

W Bunker

O.W. Bunker Germany GmbH - WW   (10070)
Neumühlen 11
D-22763 Hamburg
Germany
Mr. Karl-Heinz Selmer

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Sales Order Confirmation

**Sales Order No.**      **172-13131**

We are hereby pleased to acknowledge receipt of your order as follows :

HOUSTON   10. October 2014

| | |
|---|---|
| **Vessel** | SEASPAN HAMBURG (IMO: 9224300) |
| **Port** | TACOMA |
| **Delivery date** | 16. October 2014 |
| **Seller** | O.W. Bunker USA Inc. |
| **Your ref.** | |
| **Account** | MASTER AND/OR OWNER AND/OR CHARTERERS AND/OR MV SEASPAN HAMBURG AND/OR O.W. BUNKER GERMANY GMBH - WW |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Supplier |
|---|---|---|---|---|---|---|
| 2,900.00 | MT | Fueloil 700 CST 3,5% | USD | 519.97 | MT | US Oil Trading LLC |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | US Oil Trading LLC |

| | |
|---|---|
| **Agent** | NORTON LILY |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY UPON PRESENTATION OF INVOICE (ORIGINAL/TELEX/FAX). COPY OF DELIVERY RECEIPT WILL BE FORWARDED WHEN WE HAVE RECEIVED SAME. |
| **Remarks** | |

**We thank you for this nomination.**

**Kind Regards**

**Kai Zhou**

| | |
|---|---|
| **Direct** | +1 281 946 2306 |
| **Mobile** | +1 281 734 9719 |
| **Yahoo ID** | kaiz_owbunker |
| **E-Mail** | kaiz@owbunker.com |
| **Office E-Mail** | houston@owbunker.com |

OWG-9949-000508

**O.W. Bunker USA Inc.**



**TERMS AND CONDITIONS.**
--------------------------------------------

**SAMPLES:**

Measuring and sampling to be done at barge/tanktruck/shoreside manifold, and receiving Vessels crew is requested to witness and verify the measuring of quantity and the drawing and sealing of samples. These verified quantities as noted in the BDR aswell as these samples taken are the only ones deemed representative, and any dispute regarding quality to be settled by testing these retained samples by an independent laboratory at port/place of delivery, and result of this testing is deemed to be final and binding for both parties.

**TERMS:**

The sale and delivery of the marine fuels described above are subject to the OW Bunker Group's Terms and Conditions of sale(s) for Marine Bunkers. The acceptance of the marine bunkers by the vessel named above shall be deemed to constitute acceptance of the said general terms applicable to you as ´Buyer´ and to O.W. Bunker USA Inc. as ´Seller´.
The fixed terms and conditions are well known to you and remain in your possession. If this is not the case, the terms can be found under the web address:
http://owbunker.com/wp-content/uploads/2013/12/OWB_GTC_ValidFrom01092013.pdf

**GUIDELINES FOR RECEIVING BUNKERS:**

We strongly urge you to forward the information regarding: General Instructions and Guidelines for Bunkering, for Receiving Vessels, on page 3, soonest possible to your Chief Engineer onboard.Following the suggested Guidelines should minimize risk of quantity disputes.Please bear in mind that barge figures are the sole valid quantity determination, wherefore Chief Engineer's attendance onboard the barge is extremely important.

**OTHERWISE:**

Any errors or omissions in above Confirmation should be reported immediately.

PLEASE INFORM US BY RETURN IF ABOVE NOMINATION DETAILS ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

OWG-9949-000509

**O.W. Bunker USA Inc.**  **Bunker**

**GENERAL INSTRUCTIONS AND GUIDELINES FOR BUNKERING, FOR RECEIVING VESSELS**

**BEFORE BUNKERING:**

Please make sure to check all information given by the supplier on Bunker Requisition Form or such similar form as the supplier presents via the barge. If you notice changes in quantity or quality please urgently contact the relevant person in charge in your own operations to have same verified.

Make sure to witness and verify initial measurements and ullaging onboard the barge before. ALL tanks to be checked and measured including actual temperature of cargo – also including those tanks said not to be included in the particular supply (idle tanks). Compare measurements and verify the quantities as per barge ullage tables. When in full agreement please sign the ullage/sounding report for Before Supply figures. If any disagreements with the measurements, temperature and thereby figures please advise this on the Sounding form or, if not allowed, on separate Letter of Protest (make sure to obtain signature and stamp from barge Master for receipt).

If surveyor attends please ensure the surveyor also participates in measuring all barge tanks before supply and verify the figures.

**DURING BUNKERING:**

Always place a watchman to witness safe operation including also proper and correct sampling. The watchman must ensure that sampling is done properly, as continuous drip sampling throughout the delivery, and that clean devices are used for sampling. Also the watchman must witness proper and correct division into minimum 4 (four) clean and new identical sample bottles, including proper labeling and sealing of ALL samples. Make sure original sample (cubitainer) is shaken vigorously for 3 minutes before splitting into the 4 sample bottles and that bottles are filled in several passes. All seal numbers to be inserted into the Bunker Delivery Receipt (BDR). The MARPOL sample must be one of these samples drawn under witnessing.

The watchman must pay special attention to the bunker hose, and any un-agreed attempts to transfer air via same should cause immediate stoppage unless the use of air is caused by stripping of barge tanks, which stripping to be agreed in advance by both parties. If air is blown on continued basis, and stoppage on the supply not possible for any reason, the incident to be stated on a Letter of Protest, which should also contain the time (hours from/to) that airblow was notified.

It is known in some areas that the so-called Cappucino Effect may be used or attempted to be used during supply. Pay special attention hereto and take all necessary precautions to observe, which includes:
- During tank measurements before it should be notified whether there are signs of air on the measuring tape used for ullaging.
- Look carefully for any signs of bubbles or similar on the surface of the fuel when it is still onboard the barge.
- Agree with the barge when and if they are going to make stripping of their tanks.
- Check and note the draft fore, mid and aft on the barge before and after supply to compare.
- If any signs at all of cappuccino or similar (except eventual stripping, agreed in advance), please stop the supply immediately and compare supply quantities made so far.
- Contact vessel operator in charge and request notification to the Seller and Supplier immediately.
- If surveyor attending please ensure that the surveyor signs a Letter of Protest also.
- After stopping the bunker supply please wait minimum 1 hour to await bubbles to disappear and re-measure the barge jointly with barge Master.

**AFTER COMPLETION:**

Repeat the measurement, sounding and ullaging of the barge, including verification of temperature of each tank. Make sure also on completion to verify contents of ALL tanks, including those being idle.

Report (ullage) must be signed by all parties involved, including eventual nominated surveyor. If disagreements with the figures (mm, temperature) a Letter of Protest to be issued, but also such specific disagreements to be stated on the Ullage report covering ''after'' supply.

OWG-9949-000510

**O.W. Bunker USA Inc.**



**QUANTITY COMPLAINTS:**

**Receiving Vessel to inform discrepancies in writing latest upon completion of taking the bunkers.**

OWG-9949-000511

Message

| | |
|---|---|
| **From**: | 2.OWB.US.Houston_all [/O=BUNKER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2.OWB.US.HOUSTON_ALLE81] |
| **Sent**: | 10/23/2014 2:22:16 PM |
| **To**: | Karl Heinz Selmer [/o=Bunker/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karl Heinz Selmer2c9] |
| **Subject**: | SOFIA EXPRESS - TACOMA - 10/29/2014 - Sales Order Confirmation No. 172-13191 |
| **Attachments**: | Sales Order Confirmation - 172-Q0000008014.pdf |

Good day,

Thank you very much for your order, which we are pleased to confirm as per attached Sales Order
Confirmation. We recommend that you check the details and kindly report any errors or omissions
immediately.

Should you have any further requests, please do not hesitate to contact us.


Best regards
O.W. Bunker USA Inc.

Bunker Purchaser, North America
Kai Zhou
Office:+1 281 946 2300
Direct:+1 281 946 2306
Mobile:+1 281 734 9719
Fax:   +1 281 946 2301
Email: kaiz@owbunker.com
Yahoo ID: kaiz_owbunker

# O.W. Bunker USA Inc.



O.W. Bunker Germany GmbH - WW   (10070)
Neumühlen 11
D-22763 Hamburg
Germany
Mr. Karl-Heinz Selmer

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Sales Order Confirmation

| | |
|---|---|
| **Sales Order No.** | **172-13191** |

We are hereby pleased to acknowledge receipt of your order as follows :

HOUSTON   23. October 2014

| | |
|---|---|
| **Vessel** | SOFIA EXPRESS (IMO: 9450404) |
| **Port** | TACOMA |
| **Delivery date** | 29. October 2014 |
| **Seller** | O.W. Bunker USA Inc. |
| **Your ref.** | |
| **Account** | MASTER AND/OR OWNER AND/OR CHARTERERS<br>AND/OR MV SOFIA EXPRESS<br>AND/OR O.W. BUNKER GERMANY GMBH - WW |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Supplier |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 490.36 | MT | US Oil Trading LLC |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | US Oil Trading LLC |

| | |
|---|---|
| **Agent** | |
| **Payment** | WITHIN 30 DAYS FROM DATE OF DELIVERY UPON PRESENTATION OF INVOICE<br>(ORIGINAL/TELEX/FAX). COPY OF DELIVERY RECEIPT WILL BE FORWARDED WHEN WE HAVE<br>RECEIVED SAME. |
| **Remarks** | |

We thank you for this nomination.

**Kind Regards**

**Kai Zhou**

| | |
|---|---|
| **Direct** | +1 281 946 2306 |
| **Mobile** | +1 281 734 9719 |
| **Yahoo ID** | kaiz_owbunker |
| **E-Mail** | kaiz@owbunker.com |
| **Office E-Mail** | houston@owbunker.com |

OWG-9949-000517

**O.W. Bunker USA Inc.**



**TERMS AND CONDITIONS.**

--------------------------------------------

**SAMPLES:**

Measuring and sampling to be done at barge/tanktruck/shoreside manifold, and receiving Vessels crew is requested to witness and verify the measuring of quantity and the drawing and sealing of samples. These verified quantities as noted in the BDR aswell as these samples taken are the only ones deemed representative, and any dispute regarding quality to be settled by testing these retained samples by an independent laboratory at port/place of delivery, and result of this testing is deemed to be final and binding for both parties.

**TERMS:**

The sale and delivery of the marine fuels described above are subject to the OW Bunker Group's Terms and Conditions of sale(s) for Marine Bunkers. The acceptance of the marine bunkers by the vessel named above shall be deemed to constitute acceptance of the said general terms applicable to you as ´Buyer´ and to O.W. Bunker USA Inc. as ´Seller´.
The fixed terms and conditions are well known to you and remain in your possession. If this is not the case, the terms can be found under the web address:
http://owbunker.com/wp-content/uploads/2013/12/OWB_GTC_ValidFrom01092013.pdf

**GUIDELINES FOR RECEIVING BUNKERS:**

We strongly urge you to forward the information regarding: General Instructions and Guidelines for Bunkering, for Receiving Vessels, on page 3, soonest possible to your Chief Engineer onboard.Following the suggested Guidelines should minimize risk of quantity disputes.Please bear in mind that barge figures are the sole valid quantity determination, wherefore Chief Engineer's attendance onboard the barge is extremely important.

**OTHERWISE:**

Any errors or omissions in above Confirmation should be reported immediately.

PLEASE INFORM US BY RETURN IF ABOVE NOMINATION DETAILS ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

OWG-9949-000518

**O.W. Bunker USA Inc.**



**GENERAL INSTRUCTIONS AND GUIDELINES FOR BUNKERING, FOR RECEIVING VESSELS**

**BEFORE BUNKERING:**

Please make sure to check all information given by the supplier on Bunker Requisition Form or such similar form as the supplier presents via the barge. If you notice changes in quantity or quality please urgently contact the relevant person in charge in your own operations to have same verified.

Make sure to witness and verify initial measurements and ullaging onboard the barge before. ALL tanks to be checked and measured including actual temperature of cargo – also including those tanks said not to be included in the particular supply (idle tanks). Compare measurements and verify the quantities as per barge ullage tables. When in full agreement please sign the ullage/sounding report for Before Supply figures. If any disagreements with the measurements, temperature and thereby figures please advise this on the Sounding form or, if not allowed, on separate Letter of Protest (make sure to obtain signature and stamp from barge Master for receipt).

If surveyor attends please ensure the surveyor also participates in measuring all barge tanks before supply and verify the figures.

**DURING BUNKERING:**

Always place a watchman to witness safe operation including also proper and correct sampling. The watchman must ensure that sampling is done properly, as continuous drip sampling throughout the delivery, and that clean devices are used for sampling. Also the watchman must witness proper and correct division into minimum 4 (four) clean and new identical sample bottles, including proper labeling and sealing of ALL samples. Make sure original sample (cubitainer) is shaken vigorously for 3 minutes before splitting into the 4 sample bottles and that bottles are filled in several passes.  All seal numbers to be inserted into the Bunker Delivery Receipt (BDR). The MARPOL sample must be one of these samples drawn under witnessing.

The watchman must pay special attention to the bunker hose, and any un-agreed attempts to transfer air via same should cause immediate stoppage unless the use of air  is caused by stripping of barge tanks, which stripping to be agreed in advance by both parties. If air is blown on continued basis, and stoppage on the supply not possible for any reason, the incident to be stated on a Letter of Protest, which should also contain  the time (hours from/to) that airblow was notified.

It is known in some areas that the so-called Cappucino Effect may be used or attempted to be used during supply. Pay special attention hereto and take all necessary precautions to observe, which includes:
- During tank measurements before it should be notified whether there are signs of air on the measuring tape used for ullaging.
- Look carefully for any signs of bubbles or similar on the surface of the fuel when it is still onboard the barge.
- Agree with the barge when and if they are going to make stripping of their tanks.
- Check and note the draft fore, mid and aft on the barge before and after supply to compare.
- If any signs at all of cappuccino or similar (except eventual stripping, agreed in advance), please stop the supply immediately and compare supply quantities made so far.
- Contact vessel operator in charge and request notification to the Seller and Supplier immediately.
- If surveyor attending please ensure that the surveyor signs a Letter of Protest also.
- After stopping the bunker supply please wait minimum 1 hour to await bubbles to disappear and re-measure the barge jointly with barge Master.

**AFTER COMPLETION:**

Repeat the measurement, sounding and ullaging of the barge, including verification of temperature of each tank. Make sure also on completion to verify contents of ALL tanks, including those being idle.

Report (ullage) must be signed by all parties involved, including eventual nominated surveyor. If disagreements with the figures (mm, temperature) a Letter of Protest to be issued, but also such specific disagreements to be stated on the Ullage report covering ''after'' supply.

OWG-9949-000519

**O.W. Bunker USA Inc.**



**QUANTITY COMPLAINTS:**

**Receiving Vessel to inform discrepancies in writing latest upon completion of taking the bunkers.**

OWG-9949-000520