# EXHIBIT 21

# O.W. Bunker USA Inc.

**Bunker**

US Oil Trading LLC
3001 MARSHALL AVENUE
P.O. BOX 2255, TACOMA
, WA 98401
United States of America
Mr. Lee Weber

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

Purchase Order No.    172-13121
We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | VIENNA EXPRESS (IMO: 9450416) |
| Port | TACOMA |
| Delivery date | 16. October 2014 |
| Account | O.W. Bunker Inc. |

HOUSTON   9. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 521.00 | MT | |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | |

| | |
|---|---|
| Agent | NORTON LILY |
| Payment | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |
| Remarks | |

Kind Regards

Kai Zhou

| | |
|---|---|
| Direct | +1 281 946 2306 |
| Mobile | +1 281 734 9719 |
| Yahoo ID | kaiz_owbunker |
| E-Mail | kaiz@owbunker.com |
| Office E-Mail | houston@owbunker.com |

# O.W. Bunker USA Inc.

 Bunker

**SELLER ENSURES:**

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene; polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

# O.W. Bunker USA Inc.

**Bunker**

US Oil Trading LLC
3001 MARSHALL AVENUE
P.O. BOX 2255, TACOMA
, WA 98401
United States of America
Mr. Lee Weber

2603, Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

Purchase Order No.   172-13191
We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | SOFIA EXPRESS (IMO: 9450404) |
| Port | TACOMA |
| Delivery date | 29. October 2014 |
| Account | O.W. Bunker USA Inc. |

HOUSTON   23. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 490.00 | MT | |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | |

Agent

Payment        WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE.

Remarks


Kind Regards

Kai Zhou

| | |
|---|---|
| Direct | +1 281 946 2306 |
| Mobile | +1 281 734 9719 |
| Yahoo ID | kaiz_owbunker |
| E-Mail | kaiz@owbunker.com |
| Office E-Mail | houston@owbunker.com |

OWB PC V1.05_STAN    10/23/2014   10:20:07/(CET)

USOT_000055

# O.W. Bunker USA Inc.



**SELLER ENSURES:**

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

# O.W. Bunker USA Inc.

**Bunker**

US Oil Trading LLC
3001 MARSHALL AVENUE
P.O. BOX 2255, TACOMA
, WA 98401
United States of America
Mr. Lee Weber

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

Purchase Order No.    172-13072

We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | SANTA ROBERTA (IMO: 9227326) |
| Port | TACOMA |
| Delivery date | 9. October 2014 |
| Account | O.W. Bunker USA Inc. |

HOUSTON   1. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2,700.00 | MT | Fueloil 700 CST 3,5% | USD | 548.00 | MT | |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | |

| | |
|---|---|
| Agent | NORTON LILY |
| Payment | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |

Remarks

Kind Regards

Kai Zhou

| | |
|---|---|
| Direct | +1 281 946 2306 |
| Mobile | +1 281 734 9719 |
| Yahoo ID | kaiz_owbunker |
| E-Mail | kaiz@owbunker.com |
| Office E-Mail | houston@owbunker.com |

# O.W. Bunker USA Inc.

 **Bunker**

SELLER ENSURES:
--------------------------------

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

# O.W. Bunker USA Inc.

**Bunker**

US Oil Trading LLC
3001 MARSHALL AVENUE
P.O. BOX 2255, TACOMA
, WA 98401
United States of America
Mr. Lee Weber

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81
SWIFT: INGBNL2A
IBAN: NL26 INGB 0020 1180 31
SWIFT: INGBNL2A

## Purchase Order Confirmation

Purchase Order No.   172-13131
We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | SEASPAN HAMBURG (IMO: 9224300) |
| Port | TACOMA |
| Delivery date | 16. October 2014 |
| Account | O.W. Bunker USA Inc. |

HOUSTON   10. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 2,900.00 | MT | Fueloil 700 CST 3,5% | USD | 519.00 | MT | |
| 1.00 | LPS | Booming fee | USD | 2,200.00 | LPS | |

| | |
|---|---|
| Agent | NORTON LILY |
| Payment | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |
| Remarks | |

Kind Regards

Kai Zhou

| | |
|---|---|
| Direct | +1 281 946 2306 |
| Mobile | +1 281 734 9719 |
| Yahoo ID | kaiz_owbunker |
| E-Mail | kaiz@owbunker.com |
| Office E-Mail | houston@owbunker.com |

**O.W. Bunker USA Inc.**



SELLER ENSURES:
-----------------------------

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

OWB PC V1.05_STAN    10/10/2014    10:59:04F(CET)

USOT 000166