# EXHIBIT 22



# U.S. Oil Trading LLC
## Quality, Service, Performance

**Confirmation Number:** 14-185 12818

**Date/Time:** 10/15/2014     10:45 AM

**Buyer:** OW Bunker & Trading A/S

**Fax:**

**Seller** US Oil Trading LLC

**Fax:** 253-572-1717

**Vessel:** Vienna Express

**Dest. Port:** Tacoma, WA, USA

**ETA:** Friday, October 17, 2014

**Agent:** Norton Lilly

**Payment Terms:** Wire transfer due 30 days from completion of bunkering.

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---|---|---|---|---|
| RMK700 | | 2,700.00 | $521.00 | $1,406,700.00 |
| | | | | $1,406,700.00 |

For any questions regarding this transaction, please feel free to contact me at any time..

Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR
BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE.  PRICING IS ON A DELIVERED BASIC BUT ALL
EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS
SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR
RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED,
ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS
DELIVERED.  YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE
QUANTITY IS REQUESTED.

PLEASE NOTIFY WITIHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,

**Voice:** 253-680-3238
**Fax1:** 253-572-1717
**Fax2:** 253-383-9970
**Home:**
**Cell:** 253-377-8356
**Car:**
**Pager:**

Lee N. Weber

US Oil Trading LLC

3001 Marshall Avenue

USOT 000001

Tacoma, WA  98421

Email: lnw@usor.com

USOT 000002



## U.S. Oil Trading LLC
## Quality, Service, Performance

Confirmation Number: 14-190 12829

Date/Time: 10/28/2014    11:35 AM

Buyer: OW Bunker & Trading A/S
Fax:

Seller US Oil Trading LLC
Fax: 253-572-1717

Vessel: Sofia Express
Dest. Port: Tacoma, WA, USA
ETA: Wednesday, October 29, 2014
Agent: Norton Lilly
Payment Terms: Wire transfer due 30 days from completion of bunkering.

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---------|--------------|-------------|--------------|-------|
| RMK700 |  | 2,700.00 | $490.00 | $1,323,000.00 |
|  |  |  |  | $1,323,000.00 |

For any questions regarding this transaction, please feel free to contact me at any time.,
Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR
BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE.  PRICING IS ON A DELIVERED BASIC BUT ALL
EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS
SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR
RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED,
ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS
DELIVERED.  YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE
QUANTITY IS REQUESTED.

PLEASE NOTIFY WITHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
 ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,

|  | Voice: | 253-680-3238 |
|--|--------|--------------|
|  | Fax1: | 253-572-1717 |
|  | Fax2: | 253-383-9970 |
|  | Home: |  |
| Lee N. Weber | Cell: | 253-377-8356 |
| US Oil Trading LLC | Car: |  |
| 3001 Marshall Avenue | Pager: |  |

USOT 000053

Tacoma, WA 98421                              Email: lnw@usor.com

USOT 000054



# U.S. Oil Trading LLC
## Quality, Service, Performance

**Confirmation Number:** 14-179 12815

**Date/Time:** 11/10/2014    8:22 AM

**Buyer:**                OW Bunker & Trading A/S
**Fax:**

**Seller** US Oil Trading LLC
**Fax:** 253-572-1717

**Vessel:** Santa Roberta
**Dest. Port:** Tacoma, WA, USA
**ETA:** Wednesday, October 08, 2014
**Agent:** Norton Lilly
**Payment Terms:** Wire transfer due 30 days from completion of bunkering.

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---------|-------------|-------------|--------------|-------|
| RMK700  |             | 2,700.00    | $548.00      | $1,479,600.00 |
|         |             |             |              | $1,479,600.00 |

For any questions regarding this transaction, please feel free to contact me at any time..

Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE.  PRICING IS ON A DELIVERED BASIC BUT ALL EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED, ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS DELIVERED.  YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE QUANTITY IS REQUESTED.

PLEASE NOTIFY WITIHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC. ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,

**Voice:** 253-680-3238
**Fax1:** 253-572-1717
**Fax2:** 253-383-9970
**Home:**
**Cell:** 253-377-8356
**Car:**
**Pager:**

Lee N. Weber
US Oil Trading LLC
3001 Marshall Avenue

USOT 000108

Tacoma, WA  98421                          Email: lnw@usor.com

USOT 000109



# U.S. Oil Trading LLC
## Quality, Service, Performance

| | |
|---|---|
| Confirmation Number: | 14-184 12819 |
| Date/Time: | 10/13/2014    2:43 PM |
| Buyer: | OW Bunker & Trading A/S |
| Fax: | |
| Seller | US Oil Trading LLC |
| Fax: | 253-572-1717 |
| Vessel: | Seaspan Hamburg |
| Dest. Port: | Tacoma, WA, USA |
| ETA: | Thursday, October 16, 2014 |
| Agent: | Norton Lilly |
| Payment Terms: | Wire transfer due 30 days from completion of bunkering. |

| Product | ISO Standard | Volume (MT) | Price ($/MT) | Total |
|---|---|---|---|---|
| RMK700 | | 2,900.00 | $519.00 | $1,505,100.00 |
| | | | | $1,505,100.00 |

For any questions regarding this transaction, please feel free to contact me at any time..
Thank you for your order.

SPECIAL NOTES:

PRICING ABOVE IS EXCLUSIVE OF ANY BOOMING FEES
A FEE OF $2,200 WILL BE APPLIED AS A SEPARATE LINE ITEM ON FINAL INVOICING FOR
BOOMING FEES.

BARGE SURCHARGE INCLUDED IN THE PRICE.  PRICING IS ON A DELIVERED BASIC BUT ALL
EXTRAORDINARY CHARGES CAUSED BY THE VESSEL WILL BE RE-CHARGED WITH DOCUMENTS
SUPPORTING THE CHARGES.
THE CHARGES INCLUDE BARGE'S DEMURRAGE CAUSED BY THE VESSEL, COSTS FOR
RETURNING PRODUCT BECAUSE THE VESSEL COULD NOT TAKE ALL THE PRODUCT ORDERED,
ETC.

CHANGES IN QUANTITY MAY OR MAY NOT CHANGE THE QUOTED PRICE OF PRODUCTS
DELIVERED.  YOU WILL BE NOTIFIED OF THE DELIVERED PRICE CHANGE, IF ANY, WHEN THE
QUANTITY IS REQUESTED.

PLEASE NOTIFY WITIHIN 24 HOURS IF ABOVE QUANTITIES, PRICE, ETC.
ARE NOT IN ACCORDANCE WITH YOUR UNDERSTANDING.

Regards,

| | |
|---|---|
| **Voice:** | 253-680-3238 |
| **Fax1:** | 253-572-1717 |
| **Fax2:** | 253-383-9970 |
| **Home:** | |
| **Cell:** | 253-377-8356 |
| **Car:** | |
| **Pager:** | |

Lee N. Weber
US Oil Trading LLC
3001 Marshall Avenue

USOT 000163

Tacoma, WA 98421                              Email: lnw@usor.com

USOT 000164