# EXHIBIT 23

| | |
|---|---|
| **From:** | SEASPAN HAMBURG [seaspan_hamburg.VRBH6@globeemail.com] |
| **Sent:** | Friday, October 17, 2014 12:51 PM |
| **To:** | RQMT-SECTION1 |
| **Cc:** | tech-e4@seaspanltd.ca |
| **Subject:** | Seaspan Hamburg - HFO BDN - Tacoma on 16.10.2014 |
| **Attachments:** | BDN HFO Tacoma 16.10.2014.pdf |

Good Day,

Please find attached BDN for 2900mt HFO delivered at Tacoma on 16.10.2014.

Thanks & Best Regards,

Capt. Devjeet Basu
Master , Seaspan Hamburg
US Mobile :- + 1 508 237 5486
Ph: +870 7732 073 00
Ph: +870 7732 096 83
Fax:+870 7839 786 88

Received: from MPD at Globe Wireless;
Fri, 17 Oct 2014 17:17 UTC
Message-id: 322850335

HPL-USOT 00113

## U.S. OIL TRADING, LLC

**MARINE BUNKER**
RECEIPT FOR DELIVERY TO VESSEL

| TACOMA REFINERY<br>P.O. BOX 2255<br>TACOMA, WA 98401-2255<br>(253) 383-1651 | VESSEL NAME:<br>**SEASPAN HAMBURG** | IMO#<br>**924300** | VESSEL AGENT:<br>**NORTON LILLY** |
|---|---|---|---|
| | BARGE COMPANY:<br>**OLYMPIC TUG & BARGE** | BARGE NO.:<br>**BETSY ARNTZ** | U.S. OIL S.A. NUMBER:<br>**14-184** |
| | DELIVERY LOCATION (INCLUDE TERMINAL OR DOCK NAME)<br>**PCT** | | |

### PRODUCT

| GRADE | DENSITY kg/m3 @ 15C | API GRAVITY | FLASH PMCC F | POUR POINT DEGREES C | SULFUR WT% | BS&W VOL% | VISCOSITY CST @ 50C | VANADIUM PPM | ALUMINUM PPM |
|---|---|---|---|---|---|---|---|---|---|
| RMK-700 | 978 | 13.1 | 209° | -6 | 2.725% | <0.05 | 674.00 | | |
| | | | | | | | | | |
| | | | | | | | | | |

THIS FUEL OIL COMPLIES WITH REGULATION 14 (1) OR (4) (a) AND REGULATION 18 (1) OF MARPOL ANNEX VI.

REPRESENTATIVE SAMPLES TAKEN AND RETAINED BY _____

PHYSICAL PROPERTY TEST RESULTS LISTED BY _____ SAMPLES DELIVERED TO BARGE BY _____

### THIS SECTION TO BE COMPLETED BY BARGE COMPANY REPRESENTATIVE
### QUANTITY**

| | GRADE: RMK 700 | GRADE: RMG 380 | GRADE: |
|---|---|---|---|
| Total Gross Barrels Delivered By Barge | (19376.18) | 0.00 | |
| Temp. and Grav. Conversion Factor | 0.9641 | | |
| Total Net Barrels | -18679.73 | 0.00 | |
| Conversion Factor - Bbls/ M. Ton | 0.15526 | | |
| Metric Tons Delivered | -2900.21 | 0.00 | |

| DATE AND TIME ALL FAST AT LOADING TERMINAL | TIME STARTED PUMPING TO VESSEL | DATE AND TIME FINISHED PUMPING TO VESSEL |
|---|---|---|
| October 16, 2014  7:55 | October 16, 2014  10:12 | October 16, 2014  16:37 |

**CERTIFICATION OF EXPORT.** Vessel certifies that it intends to use product delivered to barge at U.S. Oil's terminal for bunkers on a voyage leaving the U.S. Port.

**EXEMPTION FROM SALES AND USE TAX & AIR POLLUTION REGULATION:** The shippor vessel to which this product is delivered is engaged in operating as a private or common carrier by water in interstate or foreign commerce. The recipient certifies that the product purchased under this receipt is for use in connection with its business of operating as a private or common carrier by water in interstate or foreign commerce; that while the vessel is within the territorial boundaries of the State of Washington, it will not consume the product delivered hereunder; and that the sale is entitled to exemption from the retail sales and use tax of the State of Washington under the provisions of RCW 82.08.0261 and WAC 458-20-175, and exemption from Section 9.07 (d) of PSAPCA Regulation 1.

**DISCLAIMERS:** No disclaimer stamp of any type or form will be accepted on this bunker certificate nor should any such stamp be applied, nor will it affect, change or waive U.S. Oil's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

**MARITIME LIENS:** All disputes arising out of this transaction shall be interpreted and enforced in accordance with the general maritime law of the United States of America and all statutes related thereto.

**DELIVERY POINT:** Title to and the risk of loss of oil passes to customer on delivery of oil to vessel at the vessel's flange.

REMARKS:  VESSEL SAMPLE SEAL  SURVEYOR SEAL
LAB        8287135        2212354
VESSEL     8287137        2212353
MARPOL     8287121        2212352
SUPPLY     8287136        2212351

ERRORS MADE BY THE BARGEMAN AND CORRECTED BY THE BARGING COMPANY WILL APPEAR AS CORRECTIONS ON THE WHITE COPY ONLY.

PRODUCT DISCHARGED TO VESSEL LISTED ABOVE
A REPRESENTATIVE SAMPLE HAS BEEN DELIVERED TO THE VESSEL REPRESENTATIVE.

SEAL #: Ship (36833773) Barge (36833729) Marpol (36833767)

THE FOREGOING RECEIVED ON BOARD VESSEL (SEE STATEMENT ABOVE)

BARGE COMPANY REPRESENTATIVE: By _____ 16-Oct-14
(BARGE CO. REPRESENTATIVE) (DATE)

X _____ Chief Engineer
(AUTHORIZED VESSEL OFFICIAL) (TITLE) (DATE)

Stamp: M.V. "SEASPAN HAMBURG" RMG 380
Stamp: Bunkers received on board on behalf of Charterers. No lien or responsibility for supply and/or payment is taken into custody for the account of accountability for the grade or cargo received by or on behalf of the Owner, Manager, Master, Officers or Crew of the Owner or Manager.  Oct 16 2014  Chief Engineer

HPL-USOT 00114

**From:** BM Sofia Express [bm.sof@fleet.hlag.com]
**Sent:** Wednesday, October 29, 2014 7:02 PM
**To:** Ship Management Fuel
**Subject:** BDN after bunker operation in Tacoma 29/10/2014
**Attachments:** BDN Ref. No.029-4504078460.JPG

dear Ladies and Gentlemen,

Please find our bunker receipt after bunker operation in Tacoma on 29th/10/2014.

Kind regards
Christian Gründel - Master
CMS Sofia Express

Tel: +870 773 151 218
Fax: +870 783 200 948

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00128

# U.S. OIL TRADING, LLC

**MARINE BUNKER**
RECEIPT FOR DELIVERY TO VESSEL

| TACOMA REFINERY P.O. BOX 2255 TACOMA, WA 98401-2255 (253) 383-1651 | VESSEL NAME: SOFIA EXPRESS | IMO# 9450404 | VESSEL AGENT: NORTON LILLY |
|---|---|---|---|
| | BARGE COMPANY: OLYMPIC TUG & BARGE | BARGE NO.: BETSY ARNTZ | U.S. OIL S.A. NUMBER: 14-190 |
| | DELIVERY LOCATION (INCLUDE TERMINAL OR DOCK NAME) WUT | | |

## PRODUCT

| GRADE | DENSITY kg/m3 @ 15C | API GRAVITY | FLASH PMCC F | POUR POINT DEGREES C | SULFUR WT% | BS&W VOL% | VISCOSITY CST @ 50C | VANADIUM PPM | ALUMINUM PPM |
|---|---|---|---|---|---|---|---|---|---|
| RMK 700 | 983 | 12.4 | 216° | -6 | 2.740% | <0.05 | 686.00 | | |

THIS FUEL OIL COMPLIES WITH REGULATION 14 (1) OR (4) (a) AND REGULATION 18 (1) OF MARPOL ANNEX VI.

REPRESENTATIVE SAMPLES TAKEN AND RETAINED BY _____
PHYSICAL PROPERTY TEST RESULTS LISTED BY _____  SAMPLES DELIVERED TO BARGE BY _____

### THIS SECTION TO BE COMPLETED BY BARGE COMPANY REPRESENTATIVE
### QUANTITY**

| | GRADE: RMK 700 | GRADE: MGO | GRADE: F/O 2.2 |
|---|---|---|---|
| Total Gross Barrels Delivered By Barge | (17829.12) | 0.00 | 0.00 |
| Temp. and Grav. Conversion Factor | 0.9629 | | |
| Total Net Barrels | -17167.66 | 0.00 | 0.00 |
| Conversion Factor - Bbls/ M. Ton | 0.15612 | | |
| Metric Tons Delivered | -2680.22 | 0.00 | 0.00 |

| DATE AND TIME ALL FAST AT LOADING TERMINAL | TIME STARTED PUMPING TO VESSEL | DATE AND TIME FINISHED PUMPING TO VESSEL |
|---|---|---|
| October 29, 2014  7:25 | October 29, 2014  8:35 | October 29, 2014  12:55 |

**CERTIFICATION OF EXPORT.** Vessel certifies that it intends to use product delivered to barge at U.S. Oil's terminal for bunkers on a voyage leaving the U.S. Port.

**DISCLAIMERS:** No disclaimer stamp of any type or form will be accepted on this bunker certificate, nor should any such stamp be applied, nor will it alter, change or waive U.S. Oil's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

**EXEMPTION FROM SALES AND USE TAX & AIR POLLUTION REGULATION:** The shippor vessel to which this product is delivered is engaged in operating as a private or common carrier by water in interstate or foreign commerce. The recipient certifies that the product purchased under this receipt is for use in connection with its business of operating as a private or common carrier by water in interstate or foreign commerce; that while the vessel is within the territorial boundaries of the State of Washington, it will not consume the product delivered hereunder; and that the sale is entitled to exemption from the retail sales and use tax of the State of Washington under the provisions of RCW 82.08.0261 and WAC 458-20-175, and exemption from Section 9.07 (d) of PSAPCA Regulation 1.

**MARITIME LIENS:** All disputes arising out of this transaction shall be interpreted and enforced in accordance with the general maritime law of the United States of America and all statutes related thereto.

**DELIVERY POINT:** Title to and the risk of loss of oil passes to customer on delivery of oil to vessel at the vessel's flange.

*Signed as receipt for volume and delivery-temperature only. Specifications subject to verification by analysis of vessel's retained sample.*

REMARKS:

** ERRORS MADE BY THE BARGEMAN AND CORRECTED BY THE BARGING COMPANY WILL APPEAR AS CORRECTIONS ON THE WHITE COPY ONLY.

| PRODUCT DISCHARGED TO VESSEL LISTED ABOVE A REPRESENTATIVE SAMPLE HAS BEEN DELIVERED TO THE VESSEL REPRESENTATIVE. | THE FOREGOING RECEIVED ON BOARD VESSEL (SEE STATEMENT ABOVE) |
|---|---|
| SEAL #: M(36757041)S(36833745)B(36833723) | SEAL #: M(7602808)S(7602814)B(7602804) |
| | MGO |
| BARGE COMPANY REPRESENTATIVE: By [signature]  29-Oct-14 (BARGE CO. REPRESENTATIVE) (DATE) | X [signature] Captain (AUTHORIZED VESSEL OFFICIAL) (TITLE) (DATE) |

Hapag-Lloyd   USOT 00129

| | |
|---|---|
| **From:** | Santa Roberta [santa.roberta@mscfleet.com] |
| **Sent:** | Friday, October 10, 2014 6:21 AM |
| **To:** | RQMT-SECTION4 |
| **Cc:** | 'Fleet4'; Nigmann, Michael; Moran, Harry |
| **Subject:** | SRB SANTA ROBERTA - BUNKERS AT Tacoma 9-Oct-14 |
| **Attachments:** | BDN Tacoma   9-Oct-14.pdf |

Dear sirs good day,

Please find attached BDN for bunkers stemmed at Tacoma on 9-Oct-14


Best regards,
Girish K S Chaudhary / Mr.S Kumar
Master / Chief Engineer
M.V. "Santa Roberta"
FBB Tel : 870 773 152 401
CYPRUS NO : + 357 2503 0847
GENEVA NO : + 41 225 182 371
USA NO : + 1 210 610 1579
E-Mail : santa.roberta@mscfleet.com
SAT-C : 463791225
SAT-C : 463791226

1

HPL-USOT 00170

## U.S. OIL TRADING, LLC

**MARINE BUNKER RECEIPT FOR DELIVERY TO VESSEL**

| TACOMA REFINERY<br>P.O. BOX 2255<br>TACOMA, WA 98401-2255<br>(253) 383-1651 | VESSEL NAME: SANTA ROBERTA | IMO#: 9227326 | VESSEL AGENT: NORTON LILLY |
|---|---|---|---|
| | BARGE COMPANY: OLYMPIC TUG & BARGE | BARGE NO.: BETSY ARNTZ | U.S. OIL S.A. NUMBER: 14-179 |
| | DELIVERY LOCATION (INCLUDE TERMINAL OR DOCK NAME): PCT | | |

### PRODUCT

| GRADE | DENSITY kg/m3 @ 15C | API GRAVITY | FLASH PMCC °F | POUR POINT DEGREES C | SULFUR WT% | BS&W VOL% | VISCOSITY CST @ 50C | VANADIUM PPM | ALUMINIUM PPM |
|---|---|---|---|---|---|---|---|---|---|
| RMK 700 | 975 | 13.5 | 212° | -6 | 2.767% | <0.05 | 696.00 | | |

THIS FUEL OIL COMPLIES WITH REGULATION 14 (1) OR (4) (a) AND REGULATION 18 (1) OF MARPOL ANNEX VI

REPRESENTATIVE SAMPLES TAKEN AND RETAINED BY: _____

PHYSICAL PROPERTY TEST RESULTS LISTED BY: _____ SAMPLES DELIVERED TO VESSEL BY: _____

### THIS SECTION TO BE COMPLETED BY BARGE COMPANY REPRESENTATIVE
### QUANTITY**

| | GRADE: RMK 700 | GRADE: MGO | GRADE: |
|---|---|---|---|
| Total Gross Barrels Delivered By Barge | (18139.34) | 0.00 | 0.00 |
| Temp. and Grav. Conversion Factor | 0.9614 | | |
| Total Net Barrels | -17439.16 | 0.00 | 0.00 |
| Conversion Factor - Bbls/M. Ton | 0.15483 | | |
| Metric Tons Delivered | -2700.11 | 0.00 | 0.00 |
| DATE AND TIME AT LAST AT LOADING TERMINAL | TIME STARTED PUMPING TO VESSEL | | DATE AND TIME FINISHED PUMPING TO VESSEL |
| October 9, 2014  7:13 | October 9, 2014  9:03 | | October 9, 2014  13:48 |

**CERTIFICATION OF EXPORT:** Vessel certifies that it intends to use product delivered to barge at U.S. Oil's terminal for bunkers on a voyage leaving the U.S. Port.

**EXEMPTION FROM SALES AND USE TAX & AIR POLLUTION REGULATION:** The ship or vessel to which this product is delivered is engaged in operating as a private or common carrier by water in interstate or foreign commerce. The recipient certifies that the product purchased under this receipt is for use in connection with its business of operating as a private or common carrier by water in interstate or foreign commerce, that while the vessel is within the territorial boundaries of the State of Washington, it will not consume the product delivered hereunder, and that the sale is entitled to exemption from the retail sales and use tax of the State of Washington under the provisions of RCW 82.08.0261 and WAC 458-20-175, and exemption from Section 9.07 (d) of PSAPCA Regulation I.

**DISCLAIMERS:** No disclaimer stamp of any type or form will be accepted on this bunker certificate, nor should any such stamp be applied, nor will it alter, change or waive U.S. Oil's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

**MARITIME LIENS:** All disputes arising out of this transaction shall be interpreted and enforced in accordance with the general maritime law of the United States of America and all statutes related thereto.

**DELIVERY POINT:** Title to and the risk of loss of oil passes to customer on delivery of oil to vessel at the vessel's flange.

**REMARKS:**

### SURVEYOR SEAL NUMBERS
M-2212306  S-2212305  B-2212304
R 2212317-2212302  T 2212301-2212321

** ERRORS MADE BY THE BARGEMAN AND CORRECTED BY THE BARGING COMPANY WILL APPEAR AS CORRECTIONS ON THE WHITE COPY ONLY.

| PRODUCT DISCHARGED TO VESSEL LISTED ABOVE<br>A REPRESENTATIVE SAMPLE HAS BEEN DELIVERED TO THE VESSEL REPRESENTATIVE | THE FUEL DESCRIBED AS DISCHARGED VESSEL (SEE STATEMENT ABOVE) |
|---|---|
| SEAL #: Marpol(36822494) Ship(36822385) Barge(36822873) | SEAL # |
| _____ 9-Oct-14<br>(BARGE CO. REPRESENTATIVE) (DATE) | M/V SANTA ROBERTA<br>X _____ (AUTHORIZED VESSEL OFFICIAL) (TITLE) CHIEF ENGINEER  10/9/14 |

HPL-USOT 00171

**From:** BM Vienna Express [bm.vie@fleet.hlag.com]
**Sent:** Sunday, October 19, 2014 1:47 PM
**To:** RQMT-SECTION3; Ship Management Fuel
**Subject:** VIX HFO Bunker Delivery Receipt (v.31E)
**Attachments:** dgd page 10007.PDF

Dear Ladies and Gentlemen,

Please find attached HFO Bunker Delivery Receipt, Tacoma, 18.10.2014 (v.31E).
Ref. No. 029/4504073073

Many thanks and best regards
Michal Bak / Master
M.Sojda    C/E

CMV Vienna Express, DGWF2
Phone: +870 773233215,
Fax: +870 783153893
Mobile: +49 (0)172 4549923,
e-mail: bm.vie@fleet.hlag.com

Hapag-Lloyd Aktiengesellschaft
Ballindamm 25, D-20095 Hamburg, www.hapag-lloyd.com

Vorsitzender des Aufsichtsrates: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937

Chairman of the Supervisory Board: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber Executive Board: Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz Registered Office: Hamburg, Company Register: Amtsgericht Hamburg HRB 97937

HPL-USOT 00197

## U.S. OIL TRADING, LLC

**MARINE BUNKER**
RECEIPT FOR DELIVERY TO VESSEL

| TACOMA REFINERY P.O. BOX 2255 TACOMA, WA 98401-2255 (253) 383-1651 | VESSEL NAME: **VIENNA EXPRESS** | IMO# **9450416** | VESSEL AGENT: **NORTON LILLY** |
|---|---|---|---|
| | BARGE COMPANY: **OLYMPIC TUG & BARGE** | BARGE NO.: **BETSY ARNTZ** | U.S. OIL S.A. NUMBER: **14-185** |
| | DELIVERY LOCATION (INCLUDE TERMINAL OR DOCK NAME) **WUT** | | |

### PRODUCT

| GRADE | DENSITY kg/m3 @ 15C | API GRAVITY | FLASH PMCC F | POUR POINT DEGREES C | SULFUR WT% | BS&W VOL% | VISCOSITY CST @ 50C | VANADIUM PPM | ALUMINUM PPM |
|---|---|---|---|---|---|---|---|---|---|
| RMK 700 | 979 | 13.0 | 212° | -6 | 2.749% | <0.25 | 687.00 | | |
| | | | | | | | | | |
| | | | | | | | | | |

THIS FUEL OIL COMPLIES WITH REGULATION 14 (1) OR (4) (a) AND REGULATION 18 (1) OF MARPOL ANNEX VI.

REPRESENTATIVE SAMPLES TAKEN AND RETAINED BY _____
PHYSICAL PROPERTY TEST RESULTS LISTED BY _____  SAMPLES DELIVERED TO BARGE BY _____

### THIS SECTION TO BE COMPLETED BY BARGE COMPANY REPRESENTATIVE
### QUANTITY**

| | GRADE: **RMK 700** | GRADE: **MGO** | GRADE: _____ |
|---|---|---|---|
| Total Gross Barrels Delivered By Barge | (18084.62) | 0.00 | 0.00 |
| Temp and Grav. Conversion Factor | 0.9649 | | |
| Total Net Barrels | -17449.35 | 0.00 | 0.00 |
| Conversion Factor - Bbls/ M. Ton | 0.15536 | | |
| Metric Tons Delivered | -2710.93 | 0.00 | 0.00 |

| DATE AND TIME ALL FAST AT LOADING TERMINAL | | TIME STARTED PUMPING TO VESSEL | | DATE AND TIME FINISHED PUMPING TO VESSEL | |
|---|---|---|---|---|---|
| October 18, 2014 | 12:05 | October 18, 2014 | 13:05 | October 18, 2014 | 16:50 |

**CERTIFICATION OF EXPORT.** Vessel certifies that it intends to use product delivered to barge at U.S. Oil's terminal for bunkers on a voyage leaving the U.S. Port

**EXEMPTION FROM SALES AND USE TAX & AIR POLLUTION REGULATION:** The shipper vessel to which this product is delivered is engaged in operating as a private or common carrier by water in interstate or foreign commerce. The recipient certifies that the product purchased under this receipt is for use in connection with its business of operating as a private or common carrier by water in interstate or foreign commerce; that while the vessel is within the territorial boundaries of the State of Washington, it will not consume the product delivered hereunder; and that the sale is entitled to exemption from the retail sales and use tax of the State of Washington under the provisions of RCW 82.08.0261 and WAC 458-20-175, and exemption from Section 9.07 (d) of PSAPCA Regulation 1.

**DISCLAIMERS:** No disclaimer stamp of any type or form will be accepted on this bunker certificate, nor should any such stamp be applied, nor will it alter, change or waive U.S. Oil's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

**MARITIME LIENS:** All disputes arising out of this transaction shall be interpreted and enforced in accordance with the general maritime law of the United States of America and all statutes related thereto.

**DELIVERY POINT:** Title to and the risk of loss of oil passes to customer on delivery of oil to vessel at the vessel's flange.

*[Stamp: Signed as receipt for volume and delivery-temperature only. Specifications subject to verification by analysis of vessel's retained sample.]*

REMARKS:
Ref. No. 029/4504073073

** ERRORS MADE BY THE BARGEMAN AND CORRECTED BY THE BARGING COMPANY WILL APPEAR AS CORRECTIONS ON THE WHITE COPY ONLY

| PRODUCT DISCHARGED TO VESSEL LISTED ABOVE A REPRESENTATIVE SAMPLE HAS BEEN DELIVERED TO THE VESSEL REPRESENTATIVE. | THE FOREGOING RECEIVED ON BOARD VESSEL (SEE STATEMENT) |
|---|---|
| SEAL #: Ship (36833576) Barge (36833753) Marpol (36833724) | SEAL #: _____ MGO |
| BARGE COMPANY REPRESENTATIVE. By _____ 18-Oct-14 (BARGE CO. REPRESENTATIVE) (DATE) | X _____ C/E (AUTHORIZED VESSEL OFFICIAL) (TITLE) 18.10.2014 |

*[Stamp: VIENNA EXPRESS / Hapag-Lloyd / CMS]*

Hapag-Lloyd
Ship Management
gez. Bak

HPL-USOT 00198