# EXHIBIT 25



M/V  SANTA ROBERTA
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| O.W. Bunker Germany GmbH - WW | **DATE OF INVOICE** :  09. October 2014 |
| Neumühlen 11 | |
| D-22763 Hamburg | **INVOICE NO** :  172-13360 |
| Germany | |
| | ORDER NO.  :  172-13072 |
| | DATE OF SUPPLY  :  09. October 2014 |
| PORT: TACOMA | **DUE DATE** :  08. November 2014 |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,700.110  MT | Fueloil 700 CST 3,5% | 549.53  MT | 1,483,791.45 |
| 1.000  LPS | Booming fee | 2,200.00  LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,485,991.45 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

INTERCOMPANY COUNTERPART: Vendor 1685
O.W. BUNKER USA INC.

**BANK:**  ING Bank N.V.

**ACCOUNT:**  IBAN: NL26 INGB 0020 1180 31   USD and all other currencies
IBAN: NL10 INGB 0651 3696 81   EUR

SWIFT: INGBNL2A

2603 Augusta Drive
Suite 440
USA-TX 77057  Houston

Phone: +1 281 946 2300
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556



M/V SEASPAN HAMBURG
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| O.W. Bunker Germany GmbH - WW | **DATE OF INVOICE** : 16. October 2014 |
| Neumühlen 11 | |
| D-22763 Hamburg | **INVOICE NO** : 172-13386 |
| Germany | |
| | ORDER NO. : 172-13131 |
| | DATE OF SUPPLY : 16. October 2014 |
| PORT: TACOMA | **DUE DATE** : **15. November 2014** |
| YOUR REFERENCE: | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,900.210 MT | Fueloil 700 CST 3,5% | 519.97 MT | 1,508,022.19 |
| 1.000 LPS | Booming fee | 2,200.00 LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,510,222.19 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

INTERCOMPANY COUNTERPART: Vendor 1685
**BANK:** ING Bank N.V.                                         O.W. BUNKER USA INC.
                                                                2603 Augusta Drive
**ACCOUNT:** IBAN: NL26 INGB 0020 1180 31   USD and all other currencies   Suite 440
           IBAN: NL10 INGB 0651 3696 81   EUR                    USA-TX 77057 Houston

           SWIFT: INGBNL2A                                       Phone: +1 281 946 2300
                                                                 Fax: +1 281 946 2301


                                                                 Internet: http://www.owbunker.com
Per telegraphic transfer directly to our account without deduction                                 EIN: 99-0373556
of bank charges which are for buyers account.

OWG-9949-000046



**Bunker**

M/V VIENNA EXPRESS
AND/OR OWNERS/CHARTERERS

O.W. Bunker Germany GmbH - WW
Neumühlen 11
D-22763 Hamburg
Germany

**DATE OF INVOICE** : 18. October 2014

**INVOICE NO** : 172-13396

ORDER NO. : 172-13121

DATE OF SUPPLY : 18. October 2014

PORT: TACOMA
YOUR REFERENCE:

**DUE DATE** : 17. November 2014

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,710.930 MT | Fueloil 700 CST 3,5% | 522.86 MT | 1,417,428.73 |
| 1.000 LPS | Booming fee | 2,200.00 LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,419,628.73 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

INTERCOMPANY COUNTERPART: Vendor 1685
O.W. BUNKER USA INC.

**BANK:** ING Bank N.V.

**ACCOUNT:** IBAN: NL26 INGB 0020 1180 31
IBAN: NL10 INGB 0651 3696 81

USD and all other currencies
EUR

2603 Augusta Drive
Suite 440
USA-TX 77057 Houston

SWIFT: INGBNL2A

Phone: +1 281 946 2300
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556

OWG-9949-000054



M/V  SOFIA EXPRESS
AND/OR OWNERS/CHARTERERS

| | |
|---|---|
| O.W. Bunker Germany GmbH - WW<br>Neumühlen 11<br>D-22763 Hamburg<br>Germany | **DATE OF INVOICE** : 01. November 2014<br>**INVOICE NO** : 172-13467<br>ORDER NO. : 172-13191<br>DATE OF SUPPLY : 29. October 2014 |
| PORT: TACOMA<br>YOUR REFERENCE: | **DUE DATE** : **28. November 2014** |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 2,680.220  MT | Fueloil 700 CST 3,5% | 490.36  MT | 1,314,272.68 |
| 1.000  LPS | Booming fee | 2,200.00  LPS | 2,200.00 |

| | | | | |
|---|---|---|---|---|
| Your VAT No. | DE814847085 | VAT Amount | USD | 0.00 |
| Our VAT No. | 99-0373556 | Total | USD | 1,316,472.68 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of delivery With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

INTERCOMPANY COUNTERPART: Vendor 1685
O.W. BUNKER USA INC.

**BANK:** ING Bank N.V.

**ACCOUNT:** IBAN: NL26 INGB 0020 1180 31   USD and all other currencies
IBAN: NL10 INGB 0651 3696 81   EUR

SWIFT: INGBNL2A

2603 Augusta Drive
Suite 440
USA-TX 77057  Houston

Phone: +1 281 946 2300
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556