# EXHIBIT 30

| | |
|---|---|
| From: | Niemeyer, Dorit on behalf of RQMT-SECTION3 |
| Sent: | Wednesday, November 05, 2014 7:56 AM |
| To: | 'Karl Heinz Selmer'; 'trading@owbunker.de' |
| Subject: | FW: Quality - Quantity Report Order 4504078460 Sofia Express Tacoma ISO 8217 RMK700-2010 Barge Betsy Arntz   density claim! |
| Attachments: | Quality - Quantity Report Order 4504078460 Sofia Express Tacoma ISO 8217 RMK700-2010 Barge Betsy Arntz.xlsx |

Dear Karl,
please find attached the bunker analysis report of the SOFIA EXPRESS, purchase order no. 4504078460.
According to the bunker delivery receipt, the density was 983,0 kg/m³ whereas the analyzed density is just 978,00 kg/m³. This difference results in a short delivery of 13.759 mt, which we, Hapag-Lloyd, claim as per our purchase order agreement.
USD 492,00 x 13,759 mt = USD 6.769,43
You may conduct a counter analysis in an independent major laboratory on basis ISO method, taking one of the double sealed and countersigned samples as described in the attached survey report. The costs for counter analysis are for Seller's account. The laboratory must provide readable pictures of the sample bottle before and after seal-breaking.
Best regards,
Dorit Niemeyer
HAPAG-LLOYD AG
Manager Fuels and Lubricants
Purchasing and Supply
Ballindamm 25
20095 Hamburg
Germany
Tel. +49 40 3001 2657
Fax. +49 40 3001 2658
dorit.niemeyer@hlag.com
www.hapag-lloyd.com
Vorsitzender des Aufsichtsrats: Dipl.-Ing. Dr.-Ing. E.h. Jürgen Weber,
Vorstand: Rolf Habben Jansen (Vorsitzender), Anthony J. Firmin, Peter Ganz
Sitz: Hamburg, Handelsregister: Amtsgericht Hamburg HRB 97937.
Chairman of the Supervisory Board: Dipl.-Ing.Dr.-Ing. E.h. Jürgen Weber,
Executive Board: Rolf Habben Jansen (CEO), Anthony J. Firmin, Peter Ganz
Registered Seat: Hamburg, Company Register: Amtsgericht Hamburg 97937