USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAPAG-LLOYD AKTIENGESELLSCHAFT,

                    Plaintiff,

  -against-

U.S. OIL TRADING LLC, O.W. BUNKER GERMANY GMBH, O.W. BUNKER & TRADING A/S, O.W. BUNKER USA, INC., ING BANK N.V., CRÉDIT AGRICOLE CIB.

                     Defendants.

**14 Civ. 9949 (VEC)**

## ORDER APPROVING AMENDMENT TO BOND AMOUNT

**WHEREAS**, concurrently with the filing this interpleader action plaintiff Hapag-Lloyd Aktiengesellschaft ("Hapag") tendered bond no. SNO0000012 (the "Bond") as security for the competing claims of the defendants herein; and,

**WHEREAS**, the Court accepted the Bond on December 19, 2014 (Dkt. 9); and,

**WHEREAS**, pursuant to the Court's Order dated December 19, 2014, Hapag is required to "increase the bond by an additional 6% of the invoiced amount to maintain adequate security" if the competing claims that are the subject of this action are not resolved by the yearly anniversary of the bond's issuance (e.g., December 18 of each year), (Dkt. 5); and,

**WHEREAS**, the competing claims of the defendants in this action remain unresolved; and,

**WHEREAS**, Hapag has tendered a rider/endorsement to the Bond that increases the total security provided by the Bond by an additional 6% of the invoiced amount for the respective bunker supplies that are the subject of this action;

**IT IS HEREBY ORDERED** that the rider to the Bond issued by National Casualty Company and tendered to the Court by Hapag is acceptable and shall be attached to and form part of the Bond.

Dated:   New York, New York
         January  6 , 2017

SO ORDERED.

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE