```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
---------------------------------------------------X ELECTRONICALLY FILED
                                                 :  DOC #:_____
HAPAG-LLOYD AKTIENGESELLSCHAFT,                  :  DATE FILED: 11/26/2019
                                                 :
                              Plaintiff,         :   14-CV-9949 (VEC)
                                                 :   15-CV-6718 (VEC)
              -against-                          :
                                                 :        ORDER
U.S. OIL TRADING L.L.C., O.W. BUNKER             :
GERMANY GMBH, O.W. BUNKER &                      :
TRADING A/S, ING BANK N.V. AND CREDIT            :
AGRICOLE S.A.,                                   :
                                                 :
                              Defendants.        :
---------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court previously ordered that the parties must provide a status update no later than November 26, 2019;

IT IS HEREBY ORDERED that the parties must provide a status update no later than **December 13, 2019**.

**SO ORDERED.**

Date: **November 26, 2019**    _____
      **New York, New York**    **VALERIE CAPRONI**
                             **United States District Judge**