UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
HAPAG-LLOYD AKTIENGESELLSCHAFT, :
:
Plaintiff, :
:
-against- :
:
U.S. OIL TRADING L.L.C., O.W. BUNKER :
GERMANY GMBH, O.W. BUNKER & :
TRADING A/S, ING BANK N.V. AND CREDIT :
AGRICOLE S.A., :
:
Defendants. :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/17/2019

14-CV-9949 (VEC)
15-CV-6718 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must provide a status update no later than

**December 27, 2019**.

**SO ORDERED.**

Date:  **December 17, 2019**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**