USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
HAPAG-LLOYD AKTIENGESELLSCHAFT,

                      Plaintiff,

-against-

U.S. OIL TRADING L.L.C., O.W. BUNKER
GERMANY GMBH, O.W. BUNKER &
TRADING A/S, ING BANK N.V. AND CREDIT
AGRICOLE S.A.,

                      Defendants.
--------------------------------------------------------------X

14-CV-9949 (VEC)
15-CV-6718 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the parties must provide a status update no later than **January 17, 2020**.

**SO ORDERED.**

Date: **December 29, 2019**
       New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**