USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    :
HAPAG-LLOYD AKTIENGESELLSCHAFT, :
    :
                              Plaintiff, :      14-CV-9949 (VEC)
    :      15-CV-6718 (VEC)
            -against- :
    :           ORDER
U.S. OIL TRADING L.L.C., O.W. BUNKER :
GERMANY GMBH, O.W. BUNKER & :
TRADING A/S, ING BANK N.V. AND CREDIT :
AGRICOLE S.A., :
    :
                             Defendants. :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the parties must provide a status update no later than **January 31, 2020**.

**SO ORDERED.**

Date: **January 17, 2020**
      New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**