| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>    HAPAG-LLOYD AKTIENGESELLSCHAFT,<br><br>                              Plaintiff,<br><br>                  -against-<br><br>    U.S. OIL TRADING L.L.C., O.W. BUNKER<br>    GERMANY GMBH, O.W. BUNKER &<br>    TRADING A/S, ING BANK N.V. AND CREDIT<br>    AGRICOLE S.A.,<br><br>                              Defendants.<br>--------------------------------------------------------------X | : : : : : : : : : : : : : : : | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 01/31/2020<br><br>14-CV-9949 (VEC)<br>15-CV-6718 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the parties must provide a status update no later than **February 14, 2020**.

**SO ORDERED.**

Date:  January 31, 2020                                 _____<br>
       New York, New York                           **VALERIE CAPRONI**<br>
                                                           **United States District Judge**