```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
-------------------------------------------------------------- X ELECTRONICALLY FILED
                                                  :             DOC #:
HAPAG-LLOYD AKTIENGESELLSCHAFT,                   :             DATE FILED: 02/17/2020
                                                  :
                                  Plaintiff,      :             14-CV-9949 (VEC)
                                                  :             15-CV-6718 (VEC)
                         -against-                :
                                                  :                ORDER
U.S. OIL TRADING L.L.C., O.W. BUNKER              :
GERMANY GMBH, O.W. BUNKER &                       :
TRADING A/S, ING BANK N.V. AND CREDIT             :
AGRICOLE S.A.,                                    :
                                                  :
                                  Defendants.     :
--------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties must provide a status update no later than **February 28, 2020**.

**SO ORDERED.**

Date: February 17, 2020                                _____
      New York, New York                                **VALERIE CAPRONI**
                                                               **United States District Judge**