```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
-------------------------------------------------X  ELECTRONICALLY FILED
                                                 :  DOC #:
HAPAG-LLOYD AKTIENGESELLSCHAFT,                  :  DATE FILED: 02/28/2020
                                                 :
                            Plaintiff,           :  14-CV-9949 (VEC)
                                                 :  15-CV-6718 (VEC)
              -against-                          :
                                                 :         ORDER
U.S. OIL TRADING L.L.C., O.W. BUNKER             :
GERMANY GMBH, O.W. BUNKER &                      :
TRADING A/S, ING BANK N.V. AND CREDIT            :
AGRICOLE S.A.,                                   :
                                                 :
                            Defendants.          :
-------------------------------------------------X
```

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the parties must provide a status update no later than **March 13, 2020**.

**SO ORDERED.**

Date: **February 28, 2020**  
**New York, New York**

_____  
**VALERIE CAPRONI**  
**United States District Judge**