```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
------------------------------------- X   ELECTRONICALLY FILED
                                      :   DOC #:
HAPAG-LLOYD AKTIENGESELLSCHAFT,       :   DATE FILED: 03/13/2020
                                      :
                         Plaintiff,   :   14-CV-9949 (VEC)
                                      :   15-CV-6718 (VEC)
              -against-               :
                                      :   ORDER
U.S. OIL TRADING L.L.C., O.W. BUNKER  :
GERMANY GMBH, O.W. BUNKER &           :
TRADING A/S, ING BANK N.V. AND CREDIT :
AGRICOLE S.A.,                        :
                                      :
                         Defendants.  :
--------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties must provide a status update no later than **March 27, 2020**.


**SO ORDERED.**

Date: **March 13, 2020**                                _____
      **New York, New York**                            **VALERIE CAPRONI**
                                                          **United States District Judge**