USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

HAPAG-LLOYD AKTIENGESELLSCHAFT,

                        Plaintiff,

-against-

U.S. OIL TRADING L.L.C., O.W. BUNKER GERMANY GMBH, O.W. BUNKER & TRADING A/S, ING BANK N.V. AND CREDIT AGRICOLE S.A.,

                        Defendants.

------------------------------------------------------------- X

14-CV-9949 (VEC)
15-CV-6718 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

      IT IS HEREBY ORDERED that the parties must provide a status update no later than **April 10, 2020**.

**SO ORDERED.**

**Date: March 27, 2020**
**New York, New York**

                                  **VALERIE CAPRONI**
                                  **United States District Judge**